| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | GREGORY LIPPETZ (SBN 154228) |
| 2 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4067 |
| 3 | Telephone: (415) 393-2000 |
|   | Facsimile: (415) 393-2286 |
| 4 | gregory.lippetz@bingham.com |
| 5 | Bingham McCutchen LLP |
|   | RICHARD S. TAFFET |
| 6 | (NY SBN 1721182, *pro hac* application pending) |
|   | 399 Park Avenue |
| 7 | New York, NY 10022-4689 |
|   | Telephone: (212) 705-7000 |
| 8 | Facsimile: (212) 752-5378 |
|   | richard.taffet@bingham.com |
| 9 | |
|   | Attorneys for Plaintiff |
| 10 | SANDISK CORPORATION |




UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 15 | SANDISK CORPORATION, | |
| 16 | Plaintiff, | Case No. **C07 03618 3Z** |
| 17 | vs. | **PLAINTIFF SANDISK CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 18 | LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A., | |
| 19 | | |
| 20 | Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 13, 2007        BINGHAM McCUTCHEN LLP

By: _____
Gregory Lippetz
Attorneys for Plaintiff
SANDISK CORPORATION

A/72091568.1/3002631-0000326417