1  Bingham McCutchen LLP
   ROBERT BERTIN
2  (VA SBN 41278, *pro hac* application pending)
   2020 K Street, NW
3  Washington, DC 20006-1806
   Telephone: (202) 373-6000
4  Facsimile: (202) 373-6001

5  Bingham McCutchen LLP
   GREGORY L. LIPPETZ (SBN 154228)
6  Three Embarcadero Center
   San Francisco, CA 94111-4067
7  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
8
   Bingham McCutchen LLP
9  RICHARD S. TAFFET
   (NY SBN 1721182, *pro hac* application pending)
10 399 Park Avenue
   New York, NY 10022-4689
11 Telephone: (212) 705-7000
   Facsimile: (212) 752-5378
12
   Attorneys for Plaintiff
13 SANDISK CORPORATION

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUCENT TECHNOLOGIES INC. and<br>ALCATEL-LUCENT, S.A.,<br><br>　　　　Defendants. | No. C-07-03618 BZ<br><br>**APPLICATION FOR ADMISSION**<br>**OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, Robert Bertin, an active member in good standing of the bars of the District of Columbia, State of Virginia and United States Patent and Trademark Office, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiff SanDisk Corporation in the above-entitled action.

A/72089153.1/3002631-0000326417                                                              No. C-07-03618 BZ

1       In support of this application, I certify under oath that:

2       1.      I am an active member in good standing of a United States Court or of the
3  court of another State or the District of Columbia, as indicated above;

4       2.      I agree to abide by the Standards of Professional Conduct set forth in Civil
5  Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become
6  familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

7       3.      An Attorney who is a member of the bar of this Court in good standing
8  and who maintain offices within the State of California has been designated as co-counsel in the
9  above-entitled action. The name, address, and telephone number of that attorney is:

> Bingham McCutchen LLP
> GREGORY L. LIPPETZ (SBN 154228)
> Three Embarcadero Center
> San Francisco, CA 94111-4067
> Telephone: (415) 393-2000

13      I declare under penalty of perjury that the foregoing is true and correct.

14  DATED: July 12, 2007

By: /s/ R. B.

Robert Bertin

A/72089153.1/3002631-0000326417                         2

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*