1  Bingham McCutchen LLP
   RICHARD S. TAFFET
2  (NY SBN 1721182, *pro hac* application pending)
   399 Park Avenue
3  New York, NY 10022-4689
   Telephone: (212) 705-7000
4  Facsimile: (212) 752-5378

5  Bingham McCutchen LLP
   GREGORY L. LIPPETZ (SBN 154228)
6  Three Embarcadero Center
   San Francisco, CA 94111-4067
7  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
8
   Bingham McCutchen LLP
9  ROBERT BERTIN
   (VA SBN 41278, pro *hac* application pending)
10 2020 K Street, NW
   Washington, DC 20006-1806
11 Telephone: (202) 373-6000
   Facsimile: (202) 373-6001
12
   Attorneys for Plaintiff
13 SANDISK CORPORATION

FILED
07 JUL 16 AM 11:28
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>    Defendants. | No. C- C07-03618 BZ<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, Richard S. Taffet, an active member in good standing of the bars of the United States Courts for the Northern, Eastern, Western, and Southern Districts of New York, the United States Courts of Appeals for the Second and Sixth Circuits, and the highest court of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiff SanDisk

A/72089034.1                                                                No. C- C07-03618 BZ

1 | Corporation in the above-entitled action.

2 | In support of this application, I certify under oath that:

3 | 1. I am an active member in good standing of a United States Court or of the
4 | court of another State or the District of Columbia, as indicated above;

5 | 2. I agree to abide by the Standards of Professional Conduct set forth in Civil
6 | Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing,* and to become
7 | familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

8 | 3. An Attorney who is a member of the bar of this Court in good standing
9 | and who maintain offices within the State of California has been designated as co-counsel in the
10 | above-entitled action. The name, address, and telephone number of that attorney is:

> Bingham McCutchen LLP
> GREGORY L. LIPPETZ (SBN 154228)
> Three Embarcadero Center
> San Francisco, CA 94111-4067
> Telephone: (415) 393-2000

14 | I declare under penalty of perjury that the foregoing is true and correct.

15 | DATED: July __, 2007

By: _____
Richard S. Taffet

A/72089034.1                                    2

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*