| | |
|---|---|
| 1 | |
| 2 | Bingham McCutchen LLP<br>GREGORY LIPPETZ (State Bar No. 154228)<br>Three Embarcadero Center |
| 3 | San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000 |
| 4 | Facsimile: (415) 393-2286<br>gregory.lippetz@bingham.com |
| 5 | |
| 6 | Bingham McCutchen LLP<br>RICHARD S. TAFFET |
| 7 | (NY SNB 1721182, *pro hac* application pending)<br>399 Park Avenue<br>New York, NY 10022-4689 |
| 8 | Telephone: (212) 705-7000<br>Facsimile: (212) 752-5378 |
| 9 | richard.taffet@bingham.com |
| 10 | Attorneys for Plaintiff<br>SANDISK CORPORATION |

FILED
07 JUL 16 AM 11:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION, | Case No.: C 07-03618-BZ |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A. | |
| Defendant. | |

A/72089090.1/3002631-0000326417                                           C 07-03618-BZ

PROOF OF SERVICE

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I am a citizen of the United States, over 18 years of age, not a party to this action |
| 3 | and employed in the County of San Francisco, California at Three Embarcadero Center, San |
| 4 | Francisco, California 94111-4067. |
| 5 | Today I served the attached: |
| 6-7 | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - RICHARD S. TAFFET |
| 8-9 | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - RICHARD S. TAFFET |
| 10 | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - ROBERT BERTIN |
| 11-12 | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - ROBERT BERTIN |
| 13 | PROOF OF SERVICE |
| 14 | by causing a true and correct copy of the above to be hand delivered in sealed envelope(s) with |
| 15 | all fees fully paid, addressed as follows: |

Alcatel-Lucent, S.A.
c/o The Prentice-Hall Corporation System, Inc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Lucent Technologies, Inc.
c/o The Prentice-Hall Corporation System, Inc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on July 16, 2007.

_Margaret Pavao_
Margaret L. Pavao

A/72089090.1/3002631-0000326417            2            C-07-03618-BZ
PROOF OF SERVICE