1  Bingham McCutchen LLP
2  GREGORY LIPPETZ  (State Bar No. 154228)
   Three Embarcadero Center
3  San Francisco, CA  94111-4067
   Telephone:  (415) 393-2000
4  Facsimile:  (415) 393-2286
   gregory.lippetz@bingham.com
5
   Bingham McCutchen LLP
6  RICHARD S. TAFFET
   (NY SNB 1721182, *pro hac* application pending)
7  399 Park Avenue
   New York, NY  10022-4689
8  Telephone:  (212) 705-7000
   Facsimile:  (212) 752-5378
9  richard.taffet@bingham.com

10 Attorneys for Plaintiff
   SANDISK CORPORATION
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14 SANDISK CORPORATION,                    Case No. C-07-03618-BZ
15                Plaintiff,               PROOF OF SERVICE
16 vs.
17 LUCENT TECHNOLOGIES INC. and
18 ALCATEL-LUCENT, S.A.
19                Defendant.
20

A/72092388.1/3002631-0000326417                              C-07-03618-BZ

PROOF OF SERVICE

|     |                                                                                                  |
|-----|--------------------------------------------------------------------------------------------------|
| 1   | PROOF OF SERVICE                                                                                 |
| 2   | I am a citizen of the United States, over 18 years of age, not a party to this action            |
| 3   | and employed in the County of San Francisco, California at Three Embarcadero Center, San         |
| 4   | Francisco, California 94111-4067.                                                                |
| 5   | Today I served the attached:                                                                     |
| 6   | CIVIL COVER SHEET                                                                                |
| 7   | COMPLAINT                                                                                        |
| 8   |                                                                                                  |
|     | SUMMONS IN CIVIL CASE - LUCENT TECHNOLOGIES, INC.                                                |
| 9   |                                                                                                  |
|     | SUMMONS IN CIVIL CASE - ALCATEL-LUCENT, S.A.                                                     |
| 10  |                                                                                                  |
| 11  | PLAINTIFF SANDISK CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                  |
| 12  |                                                                                                  |
|     | ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND                                             |
| 13  | ADR DEADLINES ISSUES PURSUANT TO CIVIL L.R. 16-2(a), (b) or (c)                                  |
| 14  | STANDING ORDERS OF MAGISTRATE JUDGE ZIMMERMAN                                                    |
| 15  | WELCOME TO THE U.S. DISTRICT COURT                                                               |
| 16  |                                                                                                  |
|     | DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF                                        |
| 17  | CALIFORNIA                                                                                       |
| 18  | by causing a true and correct copy of the above to be hand delivered in sealed envelope(s) with  |
| 19  | all fees fully paid, addressed as follows:                                                       |
| 20  |                                                                                                  |
|     | Alcatel-Lucent, S.A.                                                                             |
| 21  | c/o The Prentice-Hall Corporation System, Inc.<br>2730 Gateway Oaks Drive, Suite 100             |
| 22  | Sacramento, CA 95833                                                                             |
| 23  | Lucent Technologies, Inc.                                                                        |
| 24  | c/o The Prentice-Hall Corporation System, Inc.<br>2730 Gateway Oaks Drive, Suite 100             |
| 25  | Sacramento, CA 95833                                                                             |
| 26  |                                                                                                  |
| 27  |                                                                                                  |
| 28  |                                                                                                  |

1       I declare that I am employed in the office of a member of the bar of this court at

2 whose direction the service was made and that this declaration was executed on July 16, 2007.

                    *Margaret Pavao*
                    Margaret L. Pavao