1  Bingham McCutchen LLP
   RICHARD S. TAFFET
2  (NY SBN 1721182, *pro hac* application pending)
   399 Park Avenue
3  New York, NY 10022-4689
   Telephone: (212) 705-7000
4  Facsimile: (212) 752-5378

5  Bingham McCutchen LLP
   GREGORY L. LIPPETZ (SBN 154228)
6  Three Embarcadero Center
   San Francisco, CA 94111-4067
7  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
8
   Bingham McCutchen LLP
9  ROBERT BERTIN
   (VA SBN 41278, pro *hac* application pending)
10 2020 K Street, NW
   Washington, DC 20006-1806
11 Telephone: (202) 373-6000
   Facsimile: (202) 373-6001
12
   Attorneys for Plaintiff
13 SANDISK CORPORATION

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN JOSE DIVISION
17

18
   SANDISK CORPORATION,                    No. C07-3618 BZ
19
            Plaintiff,                     **[PROPOSED] ORDER GRANTING
20      v.                                 APPLICATION FOR ADMISSION
                                           OF ATTORNEY *PRO HAC VICE***
21 LUCENT TECHNOLOGIES INC. and
   ALCATEL-LUCENT, S.A.,
22
            Defendants.
23

24      Richard S. Taffet, an active member in good standing of the bars of the United

25 States Courts for the Northern, Eastern, Western, and Southern Districts of New York, the

26 United States Courts of Appeals for the Second and Sixth Circuits, and the highest court of the

27 State of New York, whose business address and telephone number is Bingham McCutchen LLP,

28 399 Park Avenue, New York, NY 10022-4689, (212) 705-7000, having applied in the above-

A/21690961.1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1   entitled action for admission to practice in the Northern District of California on a *pro hac vice*

2   basis, representing plaintiff SanDisk corporation,

3          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

4   and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate

5   appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated

6   in the application will constitute notice to the party. All future filings in this action are subject to

7   the requirements contained in General Order No. 45, *Electronic Case Filing*.

8   DATED: 25 July, 2007

                                                United States District Judge

A/21690961.1

2

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*