1  Bingham McCutchen LLP
   ROBERT BERTIN
2  (VA SBN 41278, pro *hac* application pending)
   2020 K Street, NW
3  Washington, DC 20006-1806
   Telephone: (202) 373-6000
4  Facsimile: (202) 373-6001

5  Bingham McCutchen LLP
   GREGORY L. LIPPETZ (SBN 154228)
6  Three Embarcadero Center
   San Francisco, CA 94111-4067
7  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
8

9  Bingham McCutchen LLP
   RICHARD S. TAFFET
10 (NY SBN 1721182, pro *hac* application pending)
   399 Park Avenue
11 New York, NY 10022-4689
   Telephone: (212) 705-7000
12 Facsimile: (212) 752-5378

13 Attorneys for Plaintiff
   SANDISK CORPORATION
14

E-Filing

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18

19 SANDISK CORPORATION,                    No. C- 07-03618 BZ

20         Plaintiff,                      **[PROPOSED] ORDER GRANTING
           v.                              APPLICATION FOR ADMISSION
21                                         OF ATTORNEY *PRO HAC VICE***
   LUCENT TECHNOLOGIES INC. and
22 ALCATEL-LUCENT, S.A.,

23         Defendants.

24
           Robert Bertin, an active member in good standing of the bars of the District of
25
   Columbia and State of Virginia, whose business address and telephone number is Bingham
26
   McCutchen LLP, 2020 K Street, NW, Washington, DC 20006-1806, (202) 373-6000, having
27
   applied in the above-entitled action for admission to practice in the Northern District of
28 A/72089114.1/3002631-0000326417                                              No. C- 07-03618 BZ

1  California on a *pro hac vice* basis, representing plaintiff SanDisk corporation,

2     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

3  and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate

4  appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated

5  in the application will constitute notice to the party. All future filings in this action are subject to

6  the requirements contained in General Order No. 45, *Electronic Case Filing*.

7  DATED: 25 July 2007

8

9  _____
10  United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28