Bingham McCutchen LLP
GREGORY LIPPETZ (SBN 154228)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
gregory.lippetz@bingham.com

Bingham McCutchen LLP
RICHARD S. TAFFET
(NY SBN 1721182)
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
richard.taffet@bingham.com

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>Defendants. | No. 07-03618 JF<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT** |

Plaintiff SanDisk Corporation ("Plaintiff") and Defendants Lucent Technologies Inc. and Alcatel Lucent, S.A., ("Defendants") by their undersigned attorneys, agree as follows:

1. Pursuant to Civil Local Rule 6-1(a), Defendants shall have an extension of sixty days, until October 5, 2007, to answer the Complaint in this action;

2. Defendants agree not to contest service of process of the Complaint in this action on either defendant; and

ACTIVE/72113314.1/3002631-0000326417

COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NON-INFRINGEMENT AND INVALIDITY

1        3.      Defendants consent to jurisdiction over this matter in the United States District Court for the Northern District of California, San Jose Division.

So stipulated:

DATED: 8/1, 2007

BINGHAM MCCUTCHEN LLP

By: _____
Gregory Lippetz, Esq.
Attorneys for Plaintiff
SANDISK CORPORATION

DATED: August 1, 2007

By: _____
Boaz Brickman, Esq.
Attorney for Defendants
LUCENT TECHNOLOGIES INC. and
ALCATEL LUCENT S.A.

ACTIVE/72113314.1/3002631-0000326417

2

COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NON-INFRINGEMENT AND INVALIDITY