1  Bingham McCutchen LLP
2  GREGORY LIPPETZ (State Bar No. 154228)
   Three Embarcadero Center
3  San Francisco, CA 94111-4067
   Telephone: (415) 393-2000
4  Facsimile: (415) 393-2286
   gregory.lippetz@bingham.com
5
   Bingham McCutchen LLP
6  RICHARD S. TAFFET
   (NY SNB 1721182, *pro hac* application pending)
7  399 Park Avenue
   New York, NY 10022-4689
8  Telephone: (212) 705-7000
   Facsimile: (212) 752-5378
9  richard.taffet@bingham.com

10 Attorneys for Plaintiff
   SANDISK CORPORATION
11
                   UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14
   SANDISK CORPORATION,                 Case No.: C 07-03618
15
                 Plaintiff,             PROOF OF SERVICE
16
   vs.
17
   LUCENT TECHNOLOGIES INC. and
18 ALCATEL-LUCENT, S.A.,

19               Defendant.

20

A/72131418.1/3002631-0000326417                          C 07-03618-BZ

PROOF OF SERVICE

<u>PROOF OF SERVICE</u>

I am over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT

PROOF OF SERVICE

by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:

Mr. Boaz Brickman, Esq.
Alcatel-Lucent, S.A.
Room 2F-143
600-700 Mountain Avenue
Murray Hill, NJ 07974.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 1, 2007.

_____
Margaret L. Pavao