1
2
3                   UNITED STATES DISTRICT COURT
4              FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                          SAN JOSE DIVISION
6
7
8   SANDISK CORPORATION,              Case Number CV-07-3618-JF
            Plaintiff,
    V.                                Case Management Conference
9
    LUCENT TECHNOLOGIES INS.,          November 9, 2007
10         Defendant.
                                       CLERK'S NOTICE
11  _____

12

13  To all Parties and Attorneys of Record:

14  A Case Management Conference has been set on November 9, 2007 at 10:30 a.m.

15  before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th

16  floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18   August 10, 2007                    For the Court
                                        Richard W. Wieking, Clerk
19

20                                      By:   /s/
                                        Diana Munz
21                                      Courtroom Deputy Clerk

22
23
24
25
26
27
28