Bingham McCutchen LLP
GREGORY LIPPETZ  (State Bar No. 154228)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
gregory.lippetz@bingham.com

Bingham McCutchen LLP
RICHARD S. TAFFET
(NY SNB 1721182, *pro hac* application pending)
399 Park Avenue
New York, NY  10022-4689
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378
richard.taffet@bingham.com

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>Defendant. | Case No.:  C 07-03618 JF<br><br>PROOF OF SERVICE |

A/72171052.1/3002631-0000326417                                                                  C 07-03618-JF

**PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business.

On August 22, 2007, I served the attached:

**RELATED CASE ORDER**

**CASE MANAGEMENT CONFERENCE CLERK'S NOTICE**

**STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by _____ in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☐ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

☒ (E-MAIL) by sending true and correct copies of the above documents via email to the person(s) at the e-mail address(es) listed below.

Mr. Boaz Brickman, Esq.
Alcatel-Lucent, S.A.
Room 2F-143
600-700 Mountain Avenue
Murray Hill, NJ 07974
brickman@alcatel-lucent.com.

1     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 22, 2007.

_____
Margaret L. Pavao