Bingham McCutchen LLP
GREGORY LIPPETZ (SBN 154228)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
gregory.lippetz@bingham.com

Bingham McCutchen LLP
RICHARD S. TAFFET
(NY SBN 1721182)
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
richard.taffet@bingham.com

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>                Plaintiff,<br><br>       v.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>                Defendants. | No. 07-03618 JF<br><br>**JOINT REQUEST TO MODIFY SCHEDULE** |

Plaintiff SanDisk Corporation ("San Disk") and Defendants Lucent Technologies, Inc. and Alcatel-Lucent, S.A., (collectively "Lucent") jointly request that the Court modify the schedule in this matter as follows:

      1.     Lucent's answer to the Complaint, currently due on or before October 5, 2007, be due on or before October 12, 2007; and

      2.     The Case Management Conference, currently scheduled for November 9,

1  2007, at 9:00 a.m., be rescheduled to November 30, 2007, at a time to be determined by the
2  Court.
3          Respectfully submitted.
4
5  DATED: October 5, 2007                BINGHAM MCCUTCHEN LLP
6
7                                         By:            /s/
                                              Gregory Lippetz, Esq.
8                                             Attorneys for Plaintiff
                                              SANDISK CORPORATION
9
10
11 DATED: October 2, 2007                KIRKLAND & ELLIS LLP
12
13                                         By:    /s/ Jenny N. Lee
                                              Jenny N. Lee
14                                            Attorneys for Defendants
                                              LUCENT TECHNOLOGIES, INC. and
15                                            ALCATEL-LUCENT S.A.
16
17
18
19
20
21
22
23
24
25
26
27
28