Bingham McCutchen LLP
GREGORY LIPPETZ (SBN 154228)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
gregory.lippetz@bingham.com

Bingham McCutchen LLP
RICHARD S. TAFFET
(NY SBN 1721182, *pro hac* application pending)
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
richard.taffet@bingham.com

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>             Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>             Defendants. | Case No.: C 07-03618 JF<br><br>**[PROPOSED] ORDER, MODIFYING SCHEDULE** |

**ORDER**

The Court, upon request of the parties to this action, hereby modifies the schedule as follows:

   1.   Defendants Alcatel-Lucent SA and Lucent Technologies Inc shall answer the Complaint in this action on or before October 12, 2007; and

ACTIVE/72241384.1/3002631-0000326417

**[PROPOSED] ORDER, MODIFYING SCHEDULE**

1  2. The Case Management Conference, currently scheduled for November 9, 2007 at 9:00 a.m., is rescheduled to November 30, 2007 at _____.

IT IS SO ORDERED.

DATED: _____, 2007

_____
Honorable Jeremy Fogel
United States District Judge