1  Bingham McCutchen LLP
   GREGORY LIPPETZ  (State Bar No. 154228)
2  Three Embarcadero Center
   San Francisco, CA  94111-4067
3  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
4  gregory.lippetz@bingham.com

5  Bingham McCutchen LLP
   RICHARD S. TAFFET
6  (NY SNB 1721182, *pro hac* application pending)
   399 Park Avenue
7  New York, NY  10022-4689
   Telephone:  (212) 705-7000
8  Facsimile:  (212) 752-5378
   richard.taffet@bingham.com
9
   Attorneys for Plaintiff
10 SANDISK CORPORATION

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14 | SANDISK CORPORATION,          | Case No.: C 07-03618 JF
15 |         Plaintiff,            | PROOF OF SERVICE
16 | vs.                           |
17 | LUCENT TECHNOLOGIES INC. and  |
   | ALCATEL-LUCENT, S.A.,         |
18 |                               |
   |         Defendant.            |
19

20
21
22
23
24
25
26
27
28

ACTIVE/72242528.1/3002631-0000326417                                C 07-03618-BZ

PROOF OF SERVICE

**PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day _____ delivery, and they are deposited that same day in the ordinary course of business.

On October 5, 2007, I served the attached:

JOINT REQUEST TO MODIFY SCHEDULE

[PROPOSED] ORDER, MODIFYING SCHEDULE

[X]  (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

[X]  E-MAIL) by sending true and correct copies of the above documents via email to the person the e-mail address(es) listed below.

Jenny N. Lee
Kirkland & Ellis LLP
555 CALIFORNIA STREET, SUITE 2700
SAN FRANCISCO, CA 94104
jlee@kirkland.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on October 5, 2007, at San Francisco, California.

_____
Margaret Pavao