1  Bingham McCutchen LLP
   GREGORY LIPPETZ (SBN 154228)
2  Three Embarcadero Center
   San Francisco, CA  94111-4067
3  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
4  gregory.lippetz@bingham.com

5  Bingham McCutchen LLP
   RICHARD S. TAFFET
6  (NY SBN 1721182, *pro hac* application pending)
   399 Park Avenue
7  New York, NY  10022-4689
   Telephone:  (212) 705-7000
8  Facsimile:  (212) 752-5378
   richard.taffet@bingham.com
9

10 Attorneys for Plaintiff
   SANDISK CORPORATION
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                     SAN JOSE DIVISION

15

16 SANDISK CORPORATION,                    Case No.:  C 07-03618 JF

17            Plaintiff,
                                           [~~PROPOSED~~] ORDER,
18 vs.                                     MODIFYING SCHEDULE

19 LUCENT TECHNOLOGIES INC. and
   ALCATEL-LUCENT, S.A.,
20
              Defendants.
21

22

23                              **ORDER**

24     The Court, upon request of the parties to this action, hereby modifies the schedule as

25 follows:

26     1.     Defendants Alcatel-Lucent SA and Lucent Technologies Inc shall answer the

27 Complaint in this action on or before October 12, 2007; and

28
   ACTIVE/72241384.1/3002631-0000326417

1    2.    The Case Management Conference, currently scheduled for November 9, 2007 at
2  9:00 a.m., is rescheduled to November 30, 2007 at __10:30 AM____.
3        IT IS SO ORDERED.
4
5  DATED: __10/9_____, 2007
6                                            Honorable Jeremy Fogel
                                              United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28