1  Jenny N. Lee (Bar No. 247684)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, California 94104-1501
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4
5  *Attorney for Defendants*
   *Lucent Technologies Inc.*
6  *and Alcatel-Lucent, S.A.*

7              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
8                     **SAN JOSE DIVISION**

10 SANDISK CORPORATION,                 )   Case No. C 07-03618 JF
                                        )
11              Plaintiff,              )
                                        )   **[PROPOSED] ORDER GRANTING**
12       vs.                            )   **DEFENDANTS' MOTION TO DISMISS**
                                        )   **WITHOUT PREJUDICE**
13 LUCENT TECHNOLOGIES INC. and         )
   ALCATEL-LUCENT, S.A.,                )   Honorable Jeremy Fogel
14                                      )
                Defendants.             )
15                                      )

[Proposed] Order on Defendants' Motion to Dismiss     1              Case No. C 07-03618 JF
or Stay

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion To Dismiss Without Prejudice Or Stay Pending Resolution Of Appeal In Related Case, the opposition or reply papers filed by the parties, and the oral argument presented by the parties;

IT IS HEREBY ORDERED that Defendants' Motion To Dismiss Without Prejudice is GRANTED.

DATED: _____, 2007.

_____
THE HONORABLE JEREMY FOGEL
United States District Judge

[Proposed] Order on Defendants' Motion to Dismiss or Stay                                                    Case No. C 07-03618 JF