1  Jenny N. Lee (Bar No. 247684)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, California 94104-1501
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4
5  *Attorney for Defendants*
   *Lucent Technologies Inc.*
6  *and Alcatel-Lucent, S.A.*

7  
          **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**
8                **SAN JOSE DIVISION**
9

10 | SANDISK CORPORATION, | Case No. C 07-03618 JF |
11 | | |
   | Plaintiff, | |
12 | | Honorable Jeremy Fogel |
   | vs. | |
13 | | **DEFENDANTS' CERTIFICATION OF** |
   | LUCENT TECHNOLOGIES INC. AND | **INTERESTED ENTITIES OR** |
14 | ALCATEL-LUCENT, S.A., | **PERSONS** |
   | | |
15 | Defendants. | DEMAND FOR JURY TRIAL |

16
17
18
19
20
21
22
23
24
25
26
27
28

Certification of Interested Entities or                    Case No. C 07-03618 JF
Persons

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Certification of Interested Entities or Persons**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  October 12, 2007                         KIRKLAND & ELLIS LLP

                                                                   By:_____/s/_____

                                                                   Jenny N. Lee (Bar No. 247684)
                                                                   KIRKLAND & ELLIS LLP
                                                                   555 California Street
                                                                   San Francisco, California 94104-1501
                                                                   Telephone: (415) 439-1400
                                                                   Facsimile: (415) 439-1500

                                                                   *Attorney for Defendants*
                                                                   *Lucent Technologies Inc.*
                                                                   *and Alcatel-Lucent, S.A.*

Certification of Interested Entities or Persons                                    Case No. C 07-03618 JF