1  Jenny N. Lee (Bar No. 247684)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, California 94104-1501
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4
   *Attorney for Defendants*
5  *Lucent Technologies Inc.*
   *and Alcatel-Lucent, S.A.*
6
7              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
8                    **SAN JOSE DIVISION**

10 SANDISK CORPORATION,                )   Case No. C 07-03618 JF
                                       )
11         Plaintiff,                  )
                                       )   Honorable Jeremy Fogel
12 vs.                                 )
                                       )   **DEFENDANTS' CORPORATE**
13 LUCENT TECHNOLOGIES INC. AND        )   **DISCLOSURE STATEMENT**
   ALCATEL-LUCENT, S.A.,               )   **PURSUANT TO FED. R. CIV. P. 7.1**
14                                     )
           Defendants.                 )   DEMAND FOR JURY TRIAL
15                                     )
                                       )
16                                     )

**Corporate Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Lucent Technologies Inc. certifies that Lucent Technologies Inc., a Delaware corporation, is an indirect wholly owned subsidiary of Alcatel-Lucent, S.A., a publicly held company organized under the laws of the Republic of France. No other publicly held company owns 10% or more of the stock of Lucent Technologies Inc.

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Alcatel-Lucent, S.A. certifies that Alcatel-Lucent has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: October 12, 2007                     KIRKLAND & ELLIS LLP

By:         /s/

Jenny N. Lee (Bar No. 247684)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorney for Defendants*
*Lucent Technologies Inc.*
*and Alcatel-Lucent, S.A.*