UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SANDISK CORPORATION

        Plaintiff(s),

v.

LUCENT TECHNOLOGIES INC. AND
ALCATEL-LUCENT, S.A.
        Defendant(s).
_____/

Case No. C 07-03618 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Oct. 15, 2007

                                                               /s/ J.W. Holland
                                                               [Party]

Dated: Oct. 15, 2007

                                                               /s/ Shiela M. Pierce
                                                               [Counsel]