UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SANDISK CORP.

                      Plaintiff(s),

           v.

LUCENT TECHNOLOGIES INC., et al.,

                    Defendant(s).
_____/

Case No. C 07-03618 JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/15/07

                                                   [Party]  Lucent Technologies Inc. and Alcatel-Lucent, S.A.
                                                   By: Boaz M. Brickman, Corporate Counsel

Dated: 10/15/07

                                                   [Counsel]  Robert A. Appleby
                                                               Kirkland & Ellis LLP