# EXHIBIT B

Westlaw.

202 Fed.Appx. 459    Page 1
202 Fed.Appx. 459, 2006 WL 3026384 (C.A.Fed. (Cal.))
(Cite as: 202 Fed.Appx. 459)

H
Dolby Laboratories, Inc. v. Lucent Technologies, Inc.
C.A.Fed. (Cal.),2006.
This case was not selected for publication in the Federal Reporter.NOTE: This disposition is nonprecedential.
United States Court of Appeals,Federal Circuit.
DOLBY LABORATORIES, INC. and Dolby Laboratories Licensing Corporation, Plaintiffs/Counterclaim Defendants-Cross Appellants,
v.
LUCENT TECHNOLOGIES, INC., Defendant/Counterclaimant-Appellant,
andLucent Technologies Guardian I LLC, Counterclaimant-Appellant.
No. 06-1053, 06-1060.

Oct. 10, 2006.

On Appeal from the United States District Court for the Northern District of California, 01-CV-20709.

Before LINN, PROST, Circuit Judges and SARIS, District Judge. FN*

> FN* Honorable Patti B. Saris, District Judge, United States District Court for the District Massachusetts, sitting by designation.

*460 Judgment
PER CURIAM.
**1 This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.

C.A.Fed. (Cal.),2006.
Dolby Laboratories, Inc. v. Lucent Technologies, Inc.
202 Fed.Appx. 459, 2006 WL 3026384 (C.A.Fed. (Cal.))

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.