# EXHIBIT E

















```
RYC    11/21/05    16:31
3:02-CV-02060    LUCENT TECHNOLOGIES V. GATEWAY INC
*373*
*MO.*
```



# Minutes of the United States District Court
## Southern District of California
### Thursday, November 17, 2005

2002CV02060-B(WMC)

**For the Honorable:** Rudi M. Brewster   District Judge
**Deputy Clerk:** Maria Mirabella   **Court Reporter/ECR:** Jennie Hinkle

**On Calendar:**
2002CV02060-B(WMC)          Lucent Technologies  vs  Gateway Inc

**STATUS CONF**
**TELEPHONIC HRG**

**Minutes:**
PRESENT: ROBERT A. APPLEBY, ESQ., ALAN S. KELLMAN, ESQ., JOHATHAN BAKER, ESQ.,
JOSEPH MICALLEF, ESQ., JOHN GARTMAN, ESQ., JOHN E. GIUST, ESQ.,
JUSTIN M. BARNES, ESQ.

---

TELEPHONIC STATUS CONFERENCE HELD RE MOTION AND TRIAL SCHEDULE
COURT TO ISSUE ORDER

PATENTS TO BE SPILT INTO AS MANY AS 5 GROUPS

GROUP 1:
MOTION HRG SET 08-14-06 AT 9:00 A.M. BEFORE JUDGE BREWSTER
JURY TRIAL SET 10-16-06 AT 9:00 A.M. BEFORE JUDGE BREWSTER

GROUP 2:
MOTION HRG SET 12-11-06 AT 9:00 A.M. BEFORE JUDGE BREWSTER
JURY TRIAL SET 02-05-07 AT 9:00 A.M. BEFORE JUDGE BREWSTER

GROUP 3:
MOTION HRG SET 04-09-07 AT 9:00 A.M. BEFORE JUDGE BREWSTER
JURY TRIAL SET 06-04-07 AT 9:00 A.M. BEFORE JUDGE BREWSTER

GROUP 4:
MOTION HRG SET 08-06-07 AT 9:00 A.M. BEFORE JUDGE BREWSTER
JURY TRIAL SET 10-01-07 AT 9:00 A.M. BEFORE JUDGE BREWSTER

GROUP 5:
MOTION HRG SET 12-10-07 AT 9:00 A.M. BEFORE JUDGE BREWSTER
JURY TRIAL SET 02-04-08 AT 9:00 A.M. BEFORE JUDGE BREWSTER

273 nyC