# EXHIBIT F

















```
AXR    8/11/06    15:26
3:02-CV-02060    LUCENT TECHNOLOGIES V. GATEWAY INC
*523*
*MO.*
```

# Minutes of the United States District Court
## Southern District of California
### Thursday, August 10, 2006

2002CV02060-B(CAB)

| | |
|---|---|
| **For the Honorable:** | Rudi M. Brewster    District Judge |
| **Deputy Clerk:** | Maria Mirabella    **Court Reporter/ECR:** Jennie Hinkle |

**On Calendar:**

2002CV02060-B(CAB)      Lucent Technologies vs Gateway Inc

**MOTION HEARING**

**Minutes:**
PRESENT: ROBERT A. APPLEBY, ESQ., JOHN M. DESMARAIS, ESQ., ALAN S. KELLMAN, ESQ., JUSTIN M. BARNES, ESQ. JOHN GARTMAN, ESQ., JOHN E. GIUST, ESQ.

---

**MOTION HEARING HELD**

MOTION, [455-1], FOR LEAVE TO AMEND COUNTERCLAIMS TO SUBSTITUTE US PATENT NO. RE 39,080 FOR US PATENT NO. 5,627,938 - GRANTED

MOTION, [460-1], FOR RULE 11 SANCTIONS RE: US PATENT NO. 5,341,457 - DENIED

**SCHEDULING ORDER TO ISSUE**

523 AR