# EXHIBIT M

 

## About Us

| Contact Us | About Thomson | About Fraunhofer | About Coding Technologies | About Agere |

**About Thomson: - Partner to the Media & Entertainment Industries**

Thomson (Euronext Paris: 18453; NYSE: TMS) provides services, systems and technology to help its Media & Entertainment clients - content creators, content distributors and users of its technology - realize their business goals and optimize their performance in a rapidly changing technology environment. The Group is the preferred partner to the Media & Entertainment Industries through its Technicolor, Grass Valley, RCA and Thomson brands. For more information: www.thomson.net.

The Technology divison develops and supplies advanced products, services, and technologies to entertainment and media companies. One of three divisions of Thomson, SA, the Technology division has four business units: Corporate Research; Intellectual Property & Licensing, which has a portfolio of more than 48,000 patents; Silicon Solutions, which develops advanced integrated circuits; and Software & Technology Solutions, which focuses on content security, image quality and user interface. In 2004, Thomson Technology opened its new global headquarters in Burbank, CA. The division has 15 additional offices and laboratories in the U.S., France, Germany, Switzerland, Indonesia, China, Japan and Singapore.

Thomson serves as the licensing representative of mp3 patents and software of the Fraunhofer Institute in Germany (co-inventors of mp3), Coding Technologies from Sweden (coinventors of mp3 PRO) and Agere Systems (co-inventors of mp3 SURROUND). Since launching its mp3 licensing program in 1995, Thomson has played an instrumental role in making mp3 the de facto standard in digital audio:

- -Licensing agreements are in place with more than 300 companies
- -Over 300 million licensed mp3 players exist worldwide
- -Virtually every song in the world has been encoded into mp3
- -Licensed mp3 software programs are installed on virtually every computer in the world

| | |
|---|---|
| WWW: | http://www.thomson.net |



Copyright © Thomson 2002-2005 - All rights reserved - Terms of use / Legal mentions - Your privacy is important to us

- Home
- FAQ
- About Us
- About mp3
- Royalty Rates
- Licensed Companies
- Other Formats
- List of Patents
- Press Room
- Site Map
- Apply for a License