# EXHIBIT N

1   Bingham McCutchen LLP
    GREGORY LIPPETZ (SBN 154228)
2   Three Embarcadero Center
    San Francisco, CA  94111-4067
3   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
4   gregory.lippetz@bingham.com

5   Bingham McCutchen LLP
    RICHARD S. TAFFET
6   (NY SBN 1721182)
    399 Park Avenue
7   New York, NY  10022-4689
    Telephone: (212) 705-7000
8   Facsimile: (212) 752-5378
    richard.taffet@bingham.com
9
    Attorneys for Plaintiff
10  SANDISK CORPORATION

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15
    SANDISK CORPORATION,                      No. 07-03618 JF
16
              Plaintiff,                      **STIPULATION EXTENDING
17        v.                                  DEFENDANTS' TIME TO ANSWER
                                              COMPLAINT**
18  LUCENT TECHNOLOGIES INC. and
    ALCATEL-LUCENT, S.A.,
19
              Defendants.
20

21

22        Plaintiff SanDisk Corporation ("Plaintiff") and Defendants Lucent Technologies

23  Inc. and Alcatel Lucent, S.A., ("Defendants") by their undersigned attorneys, agree as follows:

24        1.    Pursuant to Civil Local Rule 6-1(a), Defendants shall have an extension of

25  sixty days, until October 5, 2007, to answer the Complaint in this action;

26        2.    Defendants agree not to contest service of process of the Complaint in this

27  action on either defendant; and

28

ACTIVE/72113314.1/3002631-0000326417

COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NON-INFRINGEMENT AND INVALIDITY

1         3.     Defendants consent to jurisdiction over this matter in the United States

2    District Court for the Northern District of California, San Jose Division.

3         So stipulated:

4

5    DATED: ___8/1___, 2007             BINGHAM MCCUTCHEN LLP

6

7                               By: _____

8                                    Gregory Lippetz, Esq.
                                    Attorneys for Plaintiff

9                                    SANDISK CORPORATION

10

11   DATED: ___August 1___, 2007

12

13                               By: _____

14                                    Boaz Brickman, Esq.
                                    Attorney for Defendants

15                                    LUCENT TECHNOLOGIES INC. and
                                    ALCATEL LUCENT S.A.

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NON-INFRINGEMENT AND INVALIDITY