Bingham McCutchen LLP
GREGORY LIPPETZ (SBN 154228)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
gregory.lippetz@bingham.com

Bingham McCutchen LLP
RICHARD S. TAFFET *Pro Hac Vice*
(NY SBN 1721182)
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
richard.taffet@bingham.com

Bingham McCutchen LLP
ROBERT C. BERTIN *Pro Hac Vice*
(VA Bar No. 42,478)
2020 K Street, NW
Washington, DC 20006
Telephone: (202) 427-4126
Facsimile (202) 373-6413
r.bertin@bingham.com

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>　　　　　Defendants. | Case No.: C 07 03618 JF<br><br>**DECLARATION OF JOE NOVAK** |

A/72163588.1/3002631-0000326417                                                            C 07-03618 JF

DECLARATION OF JOE NOVAK

I, Joe Novak, declare as follows:

1. I am currently employed as Corporate Procurement Manager for SanDisk Corporation. My job responsibilities include managing SanDisk's commercial relationships with its suppliers. I have been employed by SanDisk since 1999. I have personal knowledge of the following facts and, if called to testify, could and would testify as to those facts.

2. In early 2006, I was involved in negotiating a patent license with Thomson on behalf of SanDisk. I was one of the primary SanDisk employees involved in the negotiations with Thomson.

3. Attached as Exhibit A is a true and correct copy of a document titled Patent License Agreement mp3 Codec. Exhibit A is the agreement between SanDisk and Thomson whereby SanDisk obtained the rights to practice the Fraunhofer MP3 patents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 25, 2007

By: _____
Joe Novak