# EXHIBIT A



**STORE YOUR WORLD IN OURS®**

# Sansa® Express™

## User's Manual



Technical Support

**U.S.: 1-866-SANDISK (726-3475)**
**Worldwide: www.sandisk.com/techsupport**

Express-7UM-ENG1

| | |
|---|---|
| **11 – Select** | Press to select an item |
| **12 – Next/Forward** | Press for next track or move right; press and hold for fast forward |
| **13 – Up/Play/Pause/ Resume** | Press to move up one item, play, pause, or resume |
| **14 – Previous/Rewind** | Press to previous track or move left; press and hold for rewind |

## Playback Screen Description



| | |
|---|---|
| **1 – Current/Total Track** | Display the current track number and total number of sound tracks |
| **2 – Artist** | Display the artist name of the current playback track |
| **3 – Title/Album** | Display the song name of the current playback track |
| **4 – Play Time** | Display the timer of the current playback track |
| **5 – Repeat** | Indicate when Repeat function is enabled |
| **6 – Shuffle** | Indicate when Shuffle function is enabled |
| **7 – Play/Pause** | Display the music of voice files playback status |
| **8 – Battery Indicator** | Indicate the battery status |
| **9 – Progress Bar** | Display the progress of the current playback track |

## Hold Switch

The Sansa Express™ Hold Switch is located on the right side of the device. It is used to prevent any accidental operation. Once the Hold Switch is moved to the lock position, all the function keys will be disabled. All the buttons on the Sansa Express™ device will not operate when the Hold Switch is active (Orange Color visible).

## Minimum System Requirements

- Windows XP SP1+
- Windows Media Player 10+
- CD-ROM drive
- USB 2.0 port required for hi-speed transfer