Bingham McCutchen LLP
GREGORY LIPPETZ (SBN 154228)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
gregory.lippetz@bingham.com

Bingham McCutchen LLP
RICHARD S. TAFFET *Pro Hac Vice*
(NY SBN 1721182)
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
richard.taffet@bingham.com

Bingham McCutchen LLP
ROBERT C. BERTIN *Pro Hac Vice*
(VA Bar No. 42,478)
2020 K Street, NW
Washington, DC 20006
Telephone: (202) 427-4126
Facsimile (202) 373-6413
r.bertin@bingham.com

Attorneys for Plaintiff/Counterdefendant
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>          Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: C 07-03618 JF<br><br>**[PROPOSED] ORDER, GRANTING PLAINTIFF/COUNTERDEFENDANT SANDISK CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

A/72285084.2

C 07 03618

**[PROPOSED] ORDER, GRANTING PLAINTIFF/COUNTERDEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

|    |    |
|----|----|
| 1  | **ORDER** |
| 2  | Upon consideration of Plaintiff's Motion for Summary Judgment, the opposition |
| 3  | or reply papers filed by the parties, and the oral argument presented by the parties; |
| 4  |    |
| 5  | **IT IS HEREBY ORDERED** that Plaintiff's for Summary Judgment is |
| 6  | **GRANTED WITH PREJUDICE**. |
| 7  |    |
| 8  | DATED: _____, 2007       _____ |
|    | Honorable Jeremy Fogel |
| 9  | United States District Judge |

# ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment, the opposition or reply papers filed by the parties, and the oral argument presented by the parties;

**IT IS HEREBY ORDERED** that Plaintiff's for Summary Judgment is **GRANTED WITH PREJUDICE**.

DATED: _____, 2007

_____
Honorable Jeremy Fogel
United States District Judge