Bingham McCutchen LLP
GREGORY LIPPETZ (SBN 154228)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
gregory.lippetz@bingham.com

Bingham McCutchen LLP
RICHARD S. TAFFET *Pro Hac Vice*
(NY SBN 1721182)
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
richard.taffet@bingham.com

Bingham McCutchen LLP
ROBERT C. BERTIN *Pro Hac Vice*
(VA Bar No. 42,478)
2020 K Street, NW
Washington, DC 20006
Telephone: (202) 427-4126
Facsimile (202) 373-6413
r.bertin@bingham.com

Attorneys for Plaintiff/Counterdefendnat
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: C 07-03618 JF<br><br>**[PROPOSED] ORDER, GRANTING PLAINTIFF AND COUNTERDEFENDANT SANDISK CORPORATION'S MOTION TO DISMISS DEFENDANT LUCENT TECHNOLOGIES INC.'S COUNTERCLAIM** |

A/72288115.2

C 07 03618

**[PROPOSED] ORDER, GRANTING PLAINTIFF/COUNTERDEFENDANT'S MOTION TO DISMISS
DEFENDANT'S COUNTERCLAIM**

**ORDER**

Upon consideration of Plaintiff's Motion To Dismiss Defendant's Counterclaim, the opposition or reply papers filed by the parties, and the oral argument presented by the parties;

**IT IS HEREBY ORDERED** that Plaintiff's Motion To Dismiss is **GRANTED WITH PREJUDICE**.

DATED: _____, 2007

_____
Honorable Jeremy Fogel
United States District Judge