1  Bingham McCutchen LLP
   GREGORY LIPPETZ (SBN 154228)
2  Three Embarcadero Center
   San Francisco, CA  94111-4067
3  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
4  gregory.lippetz@bingham.com

5  Bingham McCutchen LLP
   RICHARD S. TAFFET *Pro Hac Vice*
6  (NY SBN 1721182)
   399 Park Avenue
7  New York, NY  10022-4689
   Telephone:  (212) 705-7000
8  Facsimile:  (212) 752-5378
   richard.taffet@bingham.com
9
   Bingham McCutchen LLP
10 ROBERT C. BERTIN *Pro Hac Vice*
   (VA Bar No. 42,478)
11 2020 K Street, NW
   Washington, DC 20006
12 Telephone: (202) 427-4126
   Facsimile (202) 373-6413
13 r.bertin@bingham.com

14 Attorneys for Plaintiff/Counterdefendant
   SANDISK CORPORATION
15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

19

| | |
|---|---|
| 20  SANDISK CORPORATION, | Case No.:  C 07-03618 JF |
| 21         Plaintiff, | **[PROPOSED] ORDER, GRANTING PLAINTIFF/COUNTERDEFENDANT SANDISK CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF SANDISK CORPORATION'S MOTION TO DISMISS DEFENDANT LUCENT TECHNOLOGIES INC.'S COUNTERCLAIM** |
| 22  vs. | |
| 23  LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A., | |
| 24         Defendants. | |

A/72288378.2                                                      C 07 03618

**[PROPOSED] ORDER, GRANTING PLAINTIFF/COUNTERDEFENDANT'S REQUEST FOR
JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S**

| | |
|---|---|
| 1 | |
| 2 | AND RELATED COUNTERCLAIM |

### ORDER

Upon consideration of Plaintiff's Motion To Dismiss Defendant's Counterclaim, the opposition or reply papers filed by the parties, and the oral argument presented by the parties;

**IT IS HEREBY ORDERED** that Plaintiff's Motion To Dismiss is **GRANTED WITH PREJUDICE**.

DATED: _____, 2007     _____
Honorable Jeremy Fogel
United States District Judge