# Exhibit A



June M. Sulovski
Licensing Director
Intellectual Property & Standards

600 Mountain Ave.
Room 2F-112
Murray Hill, New Jersey 07974 USA
Tel: 908 582 4049
sulovski@alcatel-lucent.com

May 11, 2007

**VIA OVERNIGHT MAIL**

Dr. Eli Harari
Chairman and Chief Executive Officer

SanDisk Corp.
601 McCarthy Boulevard
Milpitas, CA 95035

FAX: +408-801-8657

Dear Dr. Harari,

**Subject: Alcatel Lucent MP3 Licensing Program**

As you may be aware, Alcatel-Lucent has an extensive patent portfolio and a history of innovation. Alcatel-Lucent has invested significant sums in research and development to create this portfolio. The purpose of this letter is to offer SanDisk a non-exclusive patent license to Alcatel-Lucent's patents for MP3 technology that are relevant to SanDisk's Digital multimedia players with MP3 capabilities.

More specifically, Alcatel-Lucent controls a number of patents relating to MP3 technologies, including U.S. Patent No. 5,341,457 and U.S. Reissue Patent No. Re.39,080. We believe that SanDisk should consider acquiring a license for its digital multimedia players with MP3 capabilities such as those listed in the attached table.

We would like to discuss with you or the appropriate member of your management team the terms and conditions for such a non-exclusive patent license agreement between our companies. I have asked Mr. Ivan Chaperot, Senior Licensing Manager of my organization to handle any patent related discussions with SanDisk Corp. Therefore, please contact Mr. Chaperot regarding your availability. Mr. Chaperot's telephone number is +33 1 4076 5027 and his email is Ivan.Chaperot@alcatel-lucent.com.

Thank you in advance for your attention to this matter.

Sincerely,

Copy to: Ivan Chaperot, Senior Licensing Manager, IP&S, Alcatel-Lucent

**Attachment:**

**Non-exhaustive list of digital multimedia players with MP3 capabilities sold by SanDisk**

| MP3 & Video Players | Reference |
|---|---|
| SanDisk Sansa® Connect™ MP3 Player 4 GB | SDMX8N-4096K |
| Sansa® Express™ MP3 Player 1GB | SDMX6R-1024K |
| Sansa® View - Pocket Video Player America 8GB | SDVX1N-8192 |
| Sansa® e280 MP3 Player 8GB | SDMX4-8192 |
| Sansa® e270 MP3 Player 6GB | SDMX4-6144 |
| Sansa® e260 MP3 Player 4GB | SDMX4-4096 |
| Sansa® e250 MP3 Player 2GB | SDMX4-2048 |
| Sansa® e280R Rhapsody 8GB MP3 Player | SDMX4-8192 |
| Sansa® e270R Rhapsody 6GB MP3 Player | SDMX4-6144 |
| Sansa® e260R Rhapsody 4GB MP3 Player | SDMX4-4096 |
| Sansa® e250R Rhapsody 2GB MP3 Player | SDMX4-2048 |
| Sansa c250 MP3 Player 2GB | SDMX7-2048 |
| Sansa c240 MP3 Player 1GB | SDMX7-1024 |
| Sansa® c150 MP3 Player 2GB | SDMX5-2048 |
| Sansa® c140 MP3 Player 1GB | SDMX5-1024 |
| Sansa® m260 MP3 Player 4GB | SDMX3-4096 |
| Sansa® m250 Digital Audio Player 2GB | SDMX3-2048 |
| Sansa® m240 1GB MP3 Player | SDMX3-1024 |
| Sansa® m230 512MB MP3 Player | SDMX3-512 |
| Sansa® e140 Digital Audio Player 1GB | SDMX2-1024 |
| Sansa® e130 Digital Audio Player 512MB | SDMX2-512 |
| Digital Audio Player 256MB | SDMX1-256 |
| SanDisk Digital Audio Player 512MB | SDMX1-512 |
| Digital Audio Player 1GB | SDMX1-1024 |