# Exhibit H

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. **2007-1546**

Lucent Tech

v.

Gateway

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.

Name of party you represent ___Microsoft Corporation___

Party is (select one)  ___ Appellant/Petitioner    _X_ Cross-Appellant
                      ___ Appellee/Respondent    ___ Intervenor

Tribunal appealed from and case no. _USDC of So. Cal. Case No. 02-CV-2060_

Date of judgment/order _Please see attached_  Type of case _Patent_

Relief sought on appeal _Please see attached._

Relief awarded below (if damages specify) _Please see attached._

Briefly describe the judgment/order appealed from _Please see attached._

Nature of judgment (select one)

    ___ Final judgment, 28 USC 1295

    _x_ Rule 54(b)

    ___ Interlocutory order (specify type) _____

    ___ Other (explain – see Fed. Cir. R. 28(a)(5)) _____

Effective 05/14/07

Name and docket no. of any related cases pending before this court __2007-1546__

Brief statement of the issues to be raised on appeal __Please see attached.__

Have there been discussions with other parties relating to settlement of this case?

        __X__ Yes      ____ No

If "yes," when were the last such discussions?

    ____ Before the case was filed below?

    __X__ During the pendency of the case below?

    ____ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated? __X__ Yes      ____ No

If they were mediated, by whom? __A mediation was held with Mag. Judge Bencivengo in 7/2006.__

Do you believe that this case may be amenable to mediation? ____ Yes   __X__ No

If you answered no, explain why not __Lack of common ground.__

Provide any other information relevant to the inclusion of this case in the court's mediation program __N/A__

Effective 5/14/07          2

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the U.S. Court of Appeals for the Federal Circuit and served a copy on counsel of record, this __25__ day of __September__, __2007__

by: __Telefax and electronic mail.__
(manner of service)

Name of counsel __John Gartman__

Signature of counsel _/s/ John Gartman_

Law firm __Fish & Richardson P.C.__

Address __12390 El Camino Real__

City, State and ZIP __San Diego, CA 92130__

Telephone __(858) 678-5070__

Fax # __(858) 678-5099__

E-mail address __JGartman@fr.com__

Effective 5/14/07                         3

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Case No. 2007-1546
Lucent Tech v. Gateway

**Attachment to**
**DOCKETING STATEMENT**

**Date of judgment/order:**

1. The order for U.S. Patent for U.S. Patent No. 5,341,457, issued on August 6, 2007
2. The order for U.S. Patent for U.S. Patent No. RE 39,080, issued on August 6, 2007

**Relief Sought on Appeal:**

1. Affirm District Court's judgment regarding no infringement, no damages, and, in the alternative, a new trial; reverse or vacate District Court's judgment regarding claim construction, validity, implied license and exhaustion on U.S. Patent No. 5,341,457.

2. Affirm District Court's judgment regarding joint ownership, no standing, license, noninfringement of the Cyberlink encoder, and no damages of U.S. Patent No. RE39,080, and, in the alternative, a new trial; reverse or vacate District Court's judgments regarding claim construction, infringement, intervening rights, broadening reissue, recapture, error warranting reissue, inequitable conduct, and validity of U.S. Patent No. RE39,080.

**Relief awarded below (if damages specify):**

1. Judgment as a matter of law of no infringement of U.S. Patent No. 5,341,457, or in the alternative a new trial.

2. Judgment as a matter of law of no standing and license for U.S. Patent No. RE39,080, or in the alternative a new trial.

4

**Briefly describe the judgment/order appealed from:**

1. Regarding U.S. Patent No. 5,341,457, the District Court entered judgment of no direct infringement, no indirect infringement, Lucent is not entitled to damages sought, no exhaustion, and no invalidity.

2. Regarding U.S. Patent No, RE39,080, the District Court entered judgment that Fraunhofer is a co-owner, Lucent lacks standing, Microsoft has a license, Lucent is not entitled to damages sought, no inducing infringement, no exhaustion, and no invalidity.

**Brief statement of the issues to be raised on appeal:**

1. Regarding U.S. Patent No. 5,341,457, the issues to be raised on appeal are patent issues relating to claim construction, infringement, exhaustion, validity, enforceability and damages.

2. Regarding U.S. Patent No, RE39,080, the issues to be raised on appeal are standing, licensing, and patent issues relating to claim construction, infringement, exhaustion, validity, enforceability and damages.

3. A complete list of the issues is contained in Microsoft's notice of cross appeal, which was filed on September 18, 2007.

5

# CERTIFICATE OF SERVICE

It is hereby certified that true and correct copies of the attached **DOCKETING STATEMENT** were filed by facsimile transmission with the court, and the signed originals and appropriate number of copies of these documents have been mailed or shipped for delivery to the clerk and the parties.

## VIA HAND DELIVERY

Mr. Jan Horbaly, Clerk of Court  (original + 2 copies)
United States Court of Appeals for the Federal Circuit
717 Madison Place N.W., Suite 401
Washington, D.C. 20439
Telephone: 202-633-6550
Facsimile: 202-633-9623

Further, it is hereby certified that true and correct copies of the attached **DOCKETING STATEMENT** were caused to be served on the attorneys of record at the following addresses as indicated:

## VIA FACSIMILE AND ELECTRONIC MAIL

| | |
|---|---|
| Alison P. Adema<br>Hahn & Adema<br>501 West Broadway, Suite 1600<br>San Diego, CA  92101<br>Telephone: (619) 235-2100<br>Facsimile: (619) 235-2101<br>Email: aadema@hahnadema.com | Attorneys for Plaintiff-Appellant,<br>LUCENT TECHNOLOGIES,<br>INC. and MULTIMEDIA<br>PATENT TRUST |
| David J. Zubkoff<br>Seltzer, Caplan, McMahon & Vitek<br>750 B Street, Suite 2100<br>San Diego, CA  92101<br>Telephone: (619) 685-3003<br>Facsimile: (619) 702-6827<br>Email: zubkoff@scmv.com | Attorneys for Defendants- Cross-<br>Appellants, GATEWAY, INC., et<br>al. |

| | |
|---|---|
| James S. Blackburn<br>Arnold & Porter LLP - (L.A.)<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>Email: james_blackburn@aporter.com | Attorneys for Defendant-Cross Appellant, DELL, INC. |

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John M. Desmarais / Alan Kellman<br>Paul Bondor / Gregory Corbett<br>Wendy Adams<br>Kirkland & Ellis LLP<br>Citicorp Center<br>153 East 53rd Street<br>New York, NY 10022-4675<br>Email: jdesmarais@kirkland.com;<br>akellman@kirkland.com;<br>pbondor@kirkland.com;<br>gcorbett@kirkland.com;<br>wadams@kirkland.com;<br>jmafale@kirkland.com | Attorneys for Plaintiff- Appellant LUCENT and MULTIMEDIA PATENT TRUST |
| Ephraim D. Starr<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, California 90017-5800<br>Email: estarr@kirkland.com | Attorneys for Plaintiff-Appellant LUCENT and MULTIMEDIA PATENT TRUST |
| Bryan Farney / Steven R. Daniels<br>Jeffrey B. Plies / Lawrence Fluker<br>DECHERT LLP<br>300 W. Sixth Street, Suite 1850<br>Austin, TX 78701<br>Email: bryan.farney@dechert.com;<br>Steven.daniels@dechert.com;<br>jeff.plies@dechert.com;<br>lawrence.fluker@dechert.com | Attorneys for Defendants-Cross-Appellants, GATEWAY, INC., et al. |

2

| | |
|---|---|
| Ali R. Sharifahmadian<br>Matthew Bathon<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, D.C. 20004-1206<br>E-mail:<br>ali_sharifahmadian@aporter.com;<br>Matthew_Bathon@aporter.com;<br>Thomas_Wischer@aporter.com | Attorneys for Defendant-Cross Appellant, DELL, INC. |
| Joel Freed<br>Natalia V. Blinkova<br>McDermott Will & Emery LLP<br>600 13th Street, N.W.<br>Washington, DC 20005-3096<br>Email: jfreed@mwe.com;<br>nblinkova@mwe.com | Attorneys for Defendant-Cross Appellant, DELL, INC. |
| Leonard D. Conapinski<br>McDermott Will & Emery 1,1,P<br>227 West Monroe Street<br>Chicago, 11, 60606-5096<br>lconapinski@mwe.com | Attorneys for Defendant-Cross Appellant, DELL, INC. |

Dated: 9/24/07

/s/ Judith Best
Judith Best

10776622.doc

3