# Exhibit I

# DECLARATION OF DR. NIKIL JAYANT

I, Nikil Jayant, hereby declare as follows:

1.       I am currently a Georgia Research Alliance Eminent Scholar at the Georgia Institute of Technology and Executive Director of GCATT, the Georgia Centers for Advanced Telecommunication Technology. I have worked for more than 35 years in the field of signal processing, including audio compression. Attached as Exhibit A is my Professional Biography, which describes my education, professional work, and awards.

2.       I am familiar with the technology described and claimed in U.S. Patent No. 5,341,457 (the "'457 patent") and U.S. Reissue Patent No. Re 39,080 (the "'080 patent"). I previously testified as an expert witness for Lucent Technologies at a jury trial in the United States District Court for the Southern District of California regarding infringement of these two patents. (*Lucent Technologies Inc. v. Gateway, Inc.*, Case No. 3:02-cv-02060 (RWB) (the "Microsoft Litigation") In that case, the jury returned a verdict of infringement in Lucent's favor, consistent with my testimony. Attached as Exhibit B to this declaration is a portion of my testimony in that case.

3.       The '457 and '080 patents are directed to fundamental aspects of audio-compression. Compression of an audio signal is necessary when the amount of data required (*i.e.*, number of bits or bit rate) to store or transmit the audio signal exceeds the capacity of the available media. The inventions described and claimed in the '457 and '080 patents exploited the then new and emerging field of perceptual audio coding to allow compression of audio signals, such as music, by using models of human hearing to maximize the degree of compression while maintaining high levels of audio quality. The work described in these patents now forms the basis for many modern-day MP3 audio coders.

4.       This fact is illustrated by the MP3 industry standard itself, which while not mandating any particular encoding scheme, provides a exemplary encoder that employs the inventions of both the '080 and '457 patents. The MP3 Standard is attached to this declaration as Exhibit C.

5.       Claim 4 of the '080 patent generally claims a decoder that is capable of decoding signals that have been encoded according to the methods described in the '080 patent.

-1-

6.      In the Microsoft Litigation, I reviewed Microsoft's Windows Media Player 10 and 11 and the associated source code that performed MP3 encoding in Windows Media Player 10 and 11. I testified that both Windows Media Player 10 and 11 infringe claim 1 of the '080 patent when used to encode an MP3 file. My testimony included a detailed explanation of claim 1 and my infringement analysis. Ex. B, 134:9-20, 136:6-155:25.

7.      I also testified regarding infringement of claim 4 of the '080 patent. Ex. B, 182:24-192:19. In particular, I testified that claim 4 claims a decoder that decodes the frequency coefficients that are encoded according to claim 1, such as the MP3 output of Windows Media Player 10 and 11. Ex. B, 183:15-184:1, 185:24-186:15.

8.      Consistent with the claim construction in that case, I testified that claim 4 contains means plus function claim elements and that the corresponding structure that performs the claimed functions includes a digital signal processor (DSP), a DSP with software, VLSI hardware embodiments or hybrid DSP/VLSI embodiments. I further testified that a DSP is a digital signal processor that processes digital data and that VLSI hardware could, for example, refer to a computer chip. Ex. B, 184:7-185:23, 189:22-190:12.

9.      I testified that devices that had the ability to decode MP3 files encoded using Windows Media Player 10 or 11 included all of the elements of claim 4 of the '080 patent, and, therefore, infringed that claim. Ex. B, 185:24-192:19.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 9th day of November 2007.



Nikil Jayant

-2-

# Exhibit A

## **PROF. NIKIL JAYANT :   PROFESSIONAL BIOGRAPHY**

jayant@gatech.edu

404-894-7285 (Office)
678-522-6543 (Cell)

## **CV Sections**

One-Page Summary

Georgia Institute of Technology

Bell Laboratories Highlights

Professional Contributions and Honors

Publications: Papers, Book Chapters and Books

Patents

**ONE-PAGE SUMMARY**

## Current Academic Appointments

Georgia Research Alliance Eminent Scholar
John Pippin Chair in Wireless Systems
Executive Director, Georgia Centers for Advanced Telecommunication Technology
Director, Georgia Tech Broadband Institute
Strategic Partnerships Director: Information Sciences, Technologies and Services

## Education

| | | |
|---|---|---|
| PhD Electrical Communications Indian Institute of Science-Stanford Residency | 1970 |
| BS  Electrical Communications Indian Institute of Science | 1965 |
| BS  Physics, Mathematics        Mysore University, India | 1962 |
| Mini-MBA   AT&T School of Business (1994) | |

## Professional Affiliations

| | |
|---|---|
| Georgia Institute of Technology, School of Electrical and Computer Engineering | 1998-Present |
| Bell Laboratories (AT&T, Lucent) | 1968-1998 |
| Stanford University | 1967-1968 |
| Founder, MediaFlow LLC | 1999-Present |
| Co-Founder and Chief Scientist, EGT (an ATDC Company) | 2000- 2006 |
| Chair, National Academies Broadband Committee | 2000-2002 |
| Advisory Board Member, Infocomm Institute, A*STAR, Singapore | 2004- Present |

**Publications:**   5 Books, 5 Book Chapters, 142 Papers, 38 Patents

## Fiscal Responsibilities

| | |
|---|---|
| Managed a $60M budget as Bell Labs Director, $ 5M as Department Head | 1986-97 |
| Procured $6M for ventures in speech, audio and multimedia technologies | 1994-97 |
| Provided help as requested, as Georgia Research Alliance Scholar, in co-ordinating  a multi-college research program with an annual research budget of $ 20M + | 1998-2006 |
| Procured, as Broadband Institute Director, $ 3M in research funding from Industry | 1998-Present |
| Helped raise, as Chief Scientist of EGT, $ 20M in venture capital | 2001-2006 |

## Major Awards and Honors

IEEE Browder Thomson Prize Paper Award (1974)
IEEE Donald Fink Prize Paper Award (1995)
Fellow of the IEEE
Recipient of the IEEE Third Millennium Medal
Recipient, Lucent Patent Recognition Award
Member, New Jersey Inventors Hall of Fame
Member, National Academy of Engineering

**GEORGIA INSTITUTE OF TECHNOLOGY**

**GEORGIA INSTITUTE OF TECHNOLOGY**                                    **1998-Present**

**Georgia Research Alliance Eminent Scholar**
Responsible for creating and leading cross-disciplinary research programs in communications, computing and content processing, and for relating these to economic development in the State.

Coordinated GRA Infrastructure Funding in the Advanced Communications Cluster :        1998-2004
Facilitated acquisition of several multifaculty resources including the Residential Laboratory (Aware Home), the Smart Antenna Laboratory,the Software Radio Laboratory and the Optical Networking Laboratory. These resources support research in many organizations, particularly the School of ECE, the College of Computing and GTRI, and have led to significant Federal Funding of associated research programs

Co-chaired (with BellSouth Executive ) the 2005 Batelle Study on                  2004-2005
Roadmapping of Advanced Communications in Georgia

**John Pippin Chair Professor of Electrical and Computer Engineering**        1998-Present

Created an interdisciplinary laboratory for research in the intersecting disciplines of media processing, communications and computing. Laboratory thrusts include:

- Semantic Information Retrieval on Mobile Information Devices
- Power-Aware Speech Recognition
- Video Coding and Quality Measurement for IPTV
- Wireless Video Communications for Mobile Telehealth (with the Medical College of Georgia)

**Director, Georgia Tech Broadband Institute**                            1999-Present

Proposed and implemented the integration of the Wireless Institute with programs in optical and wired access. The resulting Broadband Institute program involves 40 faculty from the Colleges of Engineering and Computing, and GTRI. Principal contributions include:

- One of the world's first demonstrations of Gigabit Wireless (2002)
- One of the world's first demonstrations of 100 Gigabit Single-Laser Optics with a 200km range
- Definitive contributions to IPTV including automatic measurement of network and media quality
- Context-aware home applications supporting *Aging in Place* for older citizens.

**Director, Georgia Tech Wireless Institute**                            1998-1999

Proposed and implemented the integration of a broad array of wireless research at GT into impactful programs in teaching, research and industry partnership. The program coalesced the work of 20 faculty involved in Electromagnetics, Network Systems and Wireless Multimedia

**Director, State of Georgia (Yamacraw) Program in Research Prototyping**        1999-2004

Responsible for the design and integration of broadband systems for Information Technology. This program involved 25 faculty with the complementary research targets of 1 gigabit per second wireless and 1 gigabit per second per user optical in the home:

**Executive Director, Georgia Centers for Advanced Telecommunications Technology**  1999-Present

Responsible for leading multidisciplinary cross-campus research of 20 multi-faculty centers
in Content Processing, Computing and Communications

Principal contributions include:

*Technology*:     Campus-wide STC and ERC research proposals that led to two NSF-ITR Awards
*Policy*:    Broadly recognized work on universal access at national , state and local levels
*Commercialization*:   Partnerships with ATDC and VentureLab on faculty startup opportunities

## Strategic Partnerships Director                                              2005- Present

Responsible for coordinating campus-wide industry partnerships.

Principal contributions include:

Partnership with HP and Nortel (with OIT)
Partnership with Cox (with Tennenbaum Institute and School of Literature, Culture, Communications)
Partnership with IBM (with IMTC and the Health Systems Institute)

## Committee Service

PhD examinations (35)
Faculty Recruiting (4)
Reappointment, Promotion and Tenure (1)
Faculty Awards (1)
Other School and Campus Committees (2)

## Consulting

AT&T, HP, Interdigital, Lucent, and Qualcomm                                1999-Present

## Entrepreneurial Activity

Co-founder and Chief Scientist, EGT Provider of video solutions             2001- 2006
Started Elastic Video and VQTech (VentureLab Initiatives)                        2007

## Teaching and Curriculum Development

- Introduced special topics course, *Multimedia Communications*                1999
- Taught the course for three years, upgraded it to regular graduate course        2003
- Obtained teaching effectiveness score of 4.75 (on a 5-pt scale)            1998-Present
- Collaborated on the curriculum committee for Georgia Tech International      2004-Present

## Student Guidance

**Special Topic Research Assistantships**
- Joon Hyun Sung,  *Mutimedia Storage in Multibit Memories*          1999
- Kihong Kim,  *Network Protocol for Video Messaging*          2000

**Master's Theses**
- Brian Delaney   *Power Efficient Distributed Voice User Interface*          MS 1999
- Babak Firoozbakhsh, *Wireless Communication for Wearables*          MS 1999
- Cagatay Candan, *Information Hiding in Image Signals*          MS 2000
- Jeng-Shiann Jiang, *Wireless System Design with HP-ADS Tools*          MS 2000
- Sinthia Khan, *Image and Video Coding using JPEG2000*          MS 2000
- G.V.Rangaraj, *Speech Communications over Lucent WaveLan*          MS 2000
- Chih-Heng Shih, *Analysis of MPEG-Video Traffic*          MS 2000
- Sridharan Subramanian *Document Parsing for Wireless Multimedia*  MS 2000
- Nikhil Mittal, *Digitization of Cartoon Images*          MS 2001
- Chung-Seok Seo, *Watermarking of Audio Signals*          MS 2001
- Roberto Uzcategui , *Range Extension in Broadband ADSL*          MS 2007

**Doctoral Theses**
- Jung-Hyuck Jo,  *Site-Specific Prediction of Wireless Propagation*          PhD 2003
- Janghyun Yoon, *Semantic Information Retrieval using Wireless Links*          PhD 2003
- Cagatay Candan, *Information Hiding in Image Signals*          PhD 2004
- Brian Delaney,  *Power Efficient Distributed Voice Interface*          PhD 2004
- Babak Firoozbakhsh, *Optimization of Home Wireless Networks*          PhD 2007
- Nitin Suresh, *Functional Measures of Digital Video Quality*          Defense  2007
- Sira Rao, *Region-of-Interest Video Coding for Mobile Telehealth*          Defense  2007
- Seong-Hwan Jang, *Error Resilient Wireless Video Messaging*          Defense  2007

**Research Support Summary**

- Georgia Tech Broadband Institute Industry Funding (2002-2007)          $ 1680 K
- Georgia Tech Wireless Institute Industry Funding (1999-2001)          $ 800 K

- GRA Funding of Advanced Communications Infrastructure (1999-2007)          $ 4055 K
- Yamacraw Program in Broadband System Prototyping (2000 -2004)          $ 5495 K

- GRA Matching of Broadband Research  (2005-2007)          $ 280 K
- GRA Eminent Scholar Grant for Telehealth Research (2004-2006)          $ 101 K

- My Federal Research Proposals focused on ambitious new centers in the STC and ERC programs. While unfunded, these proposals led directly to subsequent smaller grants led by the associate PIs of those major proposals, notably ITR grants in Wireless and Aware Home Research          $ 2.4 M

**Research Support Details**
- Georgia Tech Broadband Institute Industry Funding (2002-2007)          $ 1.68 M
  - PI:  Nikil Jayant

- o  Co-PIs:  Gordon Stuber  (ECE)  Raghupathy Sivakumar (ECE)
     Mustaque Ahamad (CoC)       MaryAnn Ingram (ECE)
  o  Sponsors: BellSouth  HP Labs  Panasonic Labs  Comcast
     Tellabs    Cox Communications    Cisco Systems       EGT
     Arris Interactive    Intel    Nortel Networks       Broadcom

- Georgia Tech Wireless Institute Industry Funding (1999-2001)          $ 800 K
  o  PI: Nikil Jayant
  o  Co-PI:   Gordon Stuber  (ECE)
  o  Sponsors:  Bellsouth   Ericsson   Connexant Systems

- GRA Funding of Advanced Communications Infrastructure (1999-2007)     $ 4.05 M
  o  PI: John Limb (CoC)  Co-PI: Nikil Jayant   Cable and Residential Labs
  o  PI: Nikil Jayant        Software Radio, Smart Antenna and Optical Labs
  o  Sponsor:  Georgia Research Alliance

- Yamacraw Program in Broadband System Prototyping (2000 -2004)         $ 5.49 M
  o  PI:  Nikil Jayant
  o  Co-PIs:  Steve McLaughlin   MaryAnn Ingram  Gordon Stuber
         Ian Akyildiz   Tom Pratt   Steve Ralph  (All ECE)
  o  Sponsor:  State of Georgia (Yamacraw Program)

- Georgia Research Alliance Matching of Broadband Research  (2005-2007)     $ 280 K
  o  PI:  Nikil Jayant
  o  Co-PIs:  Mary Ann Ingram (ECE)   Mustaque Ahamad (CoC)
         Benny Bing (ECE)    Janet Murray (LCC)

- GRA Eminent Scholar Grant for Telehealth Research (2004-2006)          $ 101 K
  o  PI: Nikil Jayant
  o  Co-PIs:  Max Stachura (MCG), Lars Mathiassen (GSU)
     ▪  Max Stachura was the lead PI in 2006

- My NSF Research Proposals focused on ambitious new centers in the
  STC, ERC and Large –ITR programs. While unfunded, these proposals
  led to subsequent smaller grants led by the Associate PIs of those major
  proposals, notably ITR grants in Wireless and Aware Home research :          $2.4 M

## Active and Pending Support
- Georgia Tech Broadband Institute Industry Funding (to December 2007)     $ 370 K
  o  Georgia Research Alliance Matching (to June 2008)          $ 180 K
  o  PI: Nikil Jayant    Co-PIs:  Mustaque Ahamad (CoC)    Janet Murray (LCC)
- Revision of NIH- R01 Grant :  Initially submitted 2006, To be revised: July 2007
  *Real Time Wireless Visual Communications for Remote Pediatric Assessment*
  o  Nikil Jayant (PI)   Co-PI: Max Stachura (MCG)          $ 1.6M

**BELL LABORATORIES HIGHLGHTS**

**BELL LABORATORIES**                                               **1968-1998**

**Director, Multimedia Communications Research Laboratory, Lucent**                1995- 1998
Created new laboratory and led staff of 100, with 8 Department Heads and 75 PhD's.
Created new businesses with estimated revenues of $100M (1998) and $500M (2000):
- Wireless and Internet  Technologies for Speech, Audio and Video Communication
- Natural Language Human-Computer Dialog for Call Centers
- Digital Audio Broadcasting using Terrestrial AM / FM and Satellite Bands
- User Authentication  Software based on Biometrics: Fingerprint, Voiceprint and Faceprint

**Head, Signal Processing Research Department, AT&T**                1986-1995
Created department for advancing communications signal processing, leading to new
technologies and businesses with revenues in the multiple $100M :
- a new 16 kbps ITU International standard for low-delay network telephony
- a  low-complexity voice coder for AUDIX Voicemail, now deployed in 40 countries
- wireless and speech technologies for the  North American Cellular standard
- algorithms for perceptual coding, as a definitive basis of image and HDTV compression
- technology for high-speed, high-density magnetic recording for disk-drives

**Head, Advanced Audio Technology Department, AT&T**                1992 -1995
Created department to respond to the emerging opportunity in digital audio, managed it
concurrently with the Signal Processing Research Department. to define :
- the ISO-MPEG Layer 3 standard for audio coding , the original version of MP3 audio
- technology and strategy for terrestrial and satellite (Sirius Audio) broadcasting
- the world's first prototype of the solid-state audio player  (solid-state CD)

**Supervisor, Digital Voice Coding Group, AT&T**                1982-1986
Responsible for research in voice coding in support of applications in digital telephony
and voice storage. Contributions include:
- ITU standards for high-quality audio communications (based on Sub-band coding and ADPCM)
- New US government standards and terminals for secure voice (based on LPC, CELP)
- Software and hardware  for  analog voice privacy over telephone lines

**Member of Technical Staff, Acoustics Research Department, AT&T**                1968-1982

Research in the field of digital coding and transmission of information signals:
- a family of ITU international standards for network telephony at 16-32 kbps
- worldwide technology for personal communications : DECT, Handyphone
- pioneering algorithms for speech encryption, packet voice and vector quantization
- a signal enhancement algorithm that has enabled the widespread deployment of PC-telephony
- a record of publications that have defined several subfields of signal compression

**Other Bell Labs Contributions**

Chairperson, Bell Labs Divisional Summer Program for Minorities (1986-88)
Lecturer, Lucent Science and Technology International Seminars (1995-1997)

**PROFESSIONAL CONTRIBUTIONS AND HONORS**

**PROFESSIONAL CONTRIBUTIONS**

**Books**

<u>Waveform Quantization and Coding</u>    IEEE Reprint Press 1976
<u>Digital Coding of Waveforms</u> (with P.Noll)   Prentice Hall 1984
<u>Signal Compression</u>: World Scientific 1997
<u>Broadband: Bringing Home the Bits</u> (Committee Chair)   National Academies Press 2002
<u>Broadband Last Mile Technologies</u>    Marcel Dekker / CRC Press 2005

**Academic and Teaching Experience**

Research Associate, Stanford University   1967-68
Visiting Professor, Indian Institute of Science 1974, 1977
Visiting Professor, University of California at Santa Barbara 1984
Faculty, UCLA, UCSB and Rutgers Extension Courses in Communications 1975-89
Faculty, Elsevier (Europe) Courses in Speech and Image Processing 1991-93
IEEE Lecturer on Digital Audio at ICASSP Meeting   1993
Guest Lecturer in Signal Processing, Digital Communications and Multimedia (1994-):
   Technical University of Berlin, National Taiwan University, Indian Institute of Science,
   University of Maryland, Columbia University, Princeton University, University of
   Michigan, University of Southern California, University of California at Santa Barbara,
   Technion University at Haifa, Israel, Middle University Turkey, National University of Singapore
Bell Labs Lecturer, In-house Courses (1970-1990) and International Seminars (1995-97)
IEEE Distinguished Lecturer (2000)
Creator and teacher of new graduate course, *Multimedia Communications* (Georgia Tech)

**Invited and Keynote Talks**

IEEE Audio Workshop (Mohonk, 1989)
IEEE Communication Theory Workshop (Florida Keys, 1992)
IEEE Speech Coding Workshop (Toronto, 1994)
IEEE International Conference on Image Processing (Orlando, 1995)
European Signal Processing Society: Annual Symposium (Norway, 1995)
IEEE Conference on Visual Communications and Image Processing (Lausanne, 1996)
IEEE Asilomar Conference (Pacific Grove, 1997)
IEEE Media Briefing celebrating 50 years of Signal Processing (NY, 1997)
Keynote, IEEE Signal Processing Society Meeting (Seattle, 1998)
Keynote, Second SPIE Conference on Digital Wireless Communications (Orlando, 2000)
Motorola University Wireless Futures Forum (Phoenix, 1999)
Keynote, Technion University Haifa, 25th Anniversary of Signal Processing School
IEEE Conference on Highly Interactive Computing (Bangalore, 2001)
IEEE Conference on Communications and Signal Processing (Singapore, 2001)
International Conference on Systems, Signal and Image Processing (Rome, 2003)
Keynote, IEEE-ICASSP (Acoustics, Speech and Signal Processing) (Montreal, 2004)
American Telemedicine Association Conference (Nashville, 2007)

**Contributions to Conferences, Standards, National Organizations and Industry**

Co-Guest Editor, *IEEE Trans on Communications*, Issue on Bit Rate Reduction (1982)
First Editor-in-Chief, *IEEE Signal Processing Magazine* (1984-86)
Co-Guest Editor, *IEEE Communications Magazine*, Issue on Signal Processing (1993)
Editor, *Special Issue of AT&T Journal on Multimedia Technologies* (1995)
Editor, Chapter on Digital Audio, in *IEEE-CRC Handbook on Signal Processing* (1998)
Editor, *Proc.IEEE Special Issue on Gigabit Wireless* (2004)

Organizer and/or Chair: Numerous IEEE Conference Sessions including, most recently:
   *Multimedia Technology and Services*, at the IEEE Tyrrhenian International Conference
      on Digital Communications (Ischia,1999)
   *Signal Processing for Multimedia Communications* at the IEEE Globecom (Rio, 1999)
   *Information Retrieval: A System View* at the Third International Symposium on
      Information and Signal Processing and Analysis (Rome, 2003)
Organizer, GCATT Symposium on Next Generation Video (Georgia Tech, 2003)
Organizer and Chair, IASTED Telehealth Special Session on Visual Telediagnosis (Montreal, 2007)

Member:  ISO-MPEG Committees on Audio and Video Standards (1989-94)
Member:  CEMA, NRSC and FCC Committees or Panels for Digital Audio Broadcasting
Member:  NSF Expert Panels on Joint Source and Channel Coding (1999) and
         Communications Signal Processing (2001)
Member: Expert Panel on Embedded Hybrid Systems, Singapore NSF (2002)
Chair: NAS-CSTB Committee on Broadband Last-Mile Technologies (1999-2002)
Member of Scientific Advisory Board, NTT-DoCoMo USA (2001-2002)
Member of Scientific Advisory Board, Infocomm Institute, Singapore (2002- )

Invited contributor, CENIC: *Corporation for Education Networks Initiative in California* (2003)
Invited Panelist, IEEE ICC, *Industry Academic Collaborations, Glasgow (2007)*

## CONSULTANCIES

| | |
|---|---|
| Founder and President of Consulting Company, MediaFlow LLC | 1999-present |
| Qualcomm/Cooley Godward LLP (Digital Cellular Telephony) | 1999 |
| Interdigital/Fulbright and Jaworski LLP (Digital Cellular Telephony) | 2000-2003 |
| Gartner Group (Media Computing) | 2000 |
| AT&T/Cooley Godward LLP (Speech Coding) | 2001-2003 |
| HP Labs/Fulbright and Jaworski (Image and Video Coding) | 2002 |
| Lucent/Kirkland and Ellis LLP (Audio Coding) | 2002-present |
| Ibiquity (Audio Coding) | 2003 |

## **AWARDS AND HONORS**

Alfred Hay Gold Medal (Best ECE Student, Indian Institute of Science, 1965)

IEEE Browder Thompson Memorial Prize Paper Award (1974)

IETE-India Industry Paper Award (1990)

IEEE Donald Fink Prize Paper Award (1995)

Lucent Patent Recognition Award (1997)

New Jersey Inventors Hall of Fame (1998)

IEEE Distinguished Lecturer (2000)

Elected Fellow of the IEEE (1982)
   *For contributions to adaptive quantization and speech communication*

Elected to the National Academy of Engineering (1996)
   *For contributions to the compression of speech, audio and image signals*

Recipient, IEEE Third Millennium Medal (2000)
   *For contributions to Signal Processing*

**PUBLICATIONS:   PAPERS, BOOK CHAPTERS AND BOOKS**

## Journal and Conference Publications, Book Chapters and Books

Jayant, N. S., *An 'erasure' scheme for atmospheric noise burst interference*, Proc. IEEE, p. 1944, Dec. 1966.

Jayant, N. S., *Data communication through the atmospheric burst error channel*, IEEE Trans. Comm., pp. 383-389, June 1967.

Jayant, N. S., *A retransmission scheme for data communication in the presence of atmospheric noise bursts*, Jour. Inst. of Telecomm. Eng. (India), pp. 109-115, Mar. 1968.

Jayant, N. S., *Adaptive delta modulation with a one-bit memory*, Bell Syst. Tech. Jour., pp. 321-342, Mar. 1970.

Jayant, N. S., *Spectral location of Rayleigh and 'm' fading signals in white Gaussian noise*, IEEE Trans. Aerospace and Electronics Syst., pp. 228-238, Mar. 1970.

Jayant, N. S., *Characteristics of a delta modulator*, Proc. IEEE: Letters, pp. 428-429, Mar. 1971.

Jayant, N. S., *Further results on adaptive delta modulation with a one-bit memory*, Proc. Int. Conf. Comm., Montreal, vol. 1, pp. 16-21, June 1971.

Jayant, N. S. and Shipley, K., *Multiple delta modulation of a speech signal*, Proc. IEEE, p. 1382, Sept. 1971.

Jayant, N. S. and Rosenberg, A., *The preference of slope overload to granularity in the delta modulation of speech*, Bell Syst. Tech. Jour., pp. 3117-3125, Dec. 1971.

Jayant, N. S., *Delta modulation of pitch, formant and amplitude signals for the synthesis of voiced speech*, Proc. Int. Conf. Speech Comm. and Processing, Apr. 1972.

Jayant, N. S., Cummiskey, P., and Flanagan, J. L., *Design and implementation of an adaptive delta modulator*, Proc. IEEE Int. Conf. Speech Comm. and Processing, Boston, MA, Apr. 1972.

Jayant, N. S., *A study of statistical pattern verification*, IEEE Trans. Syst. Man and Cybernetics, pp. 238-246, Apr. 1972.

Jayant, N. S. and Rabiner, L. R., *The application of dither to the quantization of speech signals*, Bell Syst. Tech. Jour., vol. 51, no. 6, pp. 1293-1304, Jul.-Aug. 1972.

Jayant, N. S., *Delta modulation of pitch, formant and amplitude signals for the synthesis of voiced speech*, IEEE Trans. Audio and Electroacoustics Special Issue on Speech Comm., pp. 135-140, June 1973.

Jayant, N. S., *Adaptive quantization with a one-word memory*, Bell Syst. Tech. Jour., pp. 1119-1144, Sept. 1973.

Cummiskey, P. Jayant, N. S.,  and Flanagan, J. L., *Adaptive quantization in differential PCM coding of speech*, Proc. IEEE Int. Commun. Conf., Seattle, WA, June 1973. Also in Bell Syst. Tech Jour., vol. 52, pp. 1105-1118, Sept. 1973.

Jayant, N. S., *Digital coding of speech waveforms*, Proc. of IEEE, pp. 611-632, May 1974, Invited Paper (IEEE Browder Thompson Award)

Jayant, N. S., *On the correlation between bit sequences in consecutive delta modulation of a speech signal*, Bell Syst. Tech. Jour., pp. 937-946, May 1974.

Jayant, N. S., *On the power spectrum of the staircase function in linear delta modulation*, IEEE Trans. Acous., Speech and Sig. Processing, pp. 162-168, Apr. 1975. Also in Proc. Int. Cong. on Acous., 1974.

Cummiskey, P , Jayant, N. S., Schafer, R. W.and Flanagan, J. L., *Hardware ADPCM coder*, Proc. IEEE Int. Conf. Audio & Electroacoustics, 1974.

Jayant, N. S. and Sambur M. R., *LPC synthesis starting from white noise corrupted or differentially quantized speech*, Proc. Int. Conf. Acous., Speech and Sig. Processing, Apr. 1975.

Jayant, N. S., Schafer, R. W., and Karim, M. R., *Step-size-transmitting differential coders for mobile telephony*, Proc. Int. Conf. Comm., vol. 30, pp. 6-10, June 1975.

Jayant, N. S., *Step-size transmitting differential coders for mobile telephony*, Bell Syst. Tech. Jour., pp. 1557-1582, Nov. 1975.

Jayant, N. S., *An auto-correlation criterion for the time diversity reception of speech over burst error channels*, Bell Syst. Tech. Jour., pp. 1583-1596, Nov. 1975.

Jayant, N. S., *Average and median-based smoothing techniques for improved digital speech quality in the presence of transmission errors*, IEEE Trans. Comm., pp. 1043-1045, Sept. 1976.

Jayant, N. S. and Sambur M. R., *Speech encryption by manipulations of LPC parameters*, Bell Syst. Tech. Jour., pp. 1373-1388, Nov. 1976.

Jayant, N. S. and Sambur M. R., *LPC synthesis from speech inputs containing quantizing noise or additive white noise*, IEEE Trans. Acous., Speech and Sig. Processing, pp. 448-494, Dec. 1976.

Jayant, N. S.(ed.) , **Waveform Quantization and Coding**, IEEE Press Reprint Book, 1976.

Jayant, N. S., *Pitch-adaptive DPCM coding of speech with 2-bit quantization and, fixed spectrum prediction*, Bell Syst. Tech. Jour., pp. 439-454, Mar. 1977.

Jayant, N. S. and Kak, S.C., *On speech encryption using waveform scrambling*, Bell Syst. Tech. Jour., pp. 781-808, May-June 1977.

Jayant, N. S., *Speech encryption by manipulation of LPC and waveform-code parameters*, Proc. Int. Conf. Comm., June 1977.

Jayant, N. S., *On the delta modulation of a first-order Gauss-Markov signal*, IEEE Trans. Comm., pp. 150-155, Jan. 1978.

Jayant, N. S., Crochiere, R. E., Rabiner, L. R., Tribolet, J. M., *A study of objective measures for speech waveform coders*, Proc. Int. Zurich Sem. on Digital Comm., H1.1 to H1.7, Mar. 1978.

Jayant, N. S., *A first-order Markov model for understanding delta modulation noise spectra*, IEEE Trans. Comm., pp. 1316-1318, Aug. 1978.

Jayant, N. S and Christensen, S. W., *Tree encoding of speech using the (M,L) - Algorithm and adaptive quantization*, IEEE Trans. Comm., pp.1376-1379, Sept. 1978.

Jayant, N. S., *Waveform Coding of Speech*, Jour. of Acous. Soc. of India, pp. 65-74, Oct. 1978, Invited Paper.

Flanagan, J. L., Schroeder, M. R., Atal, B. S., Crochiere, R. E., Jayant, N. S., and Tribolet, J. M., *Speech Coding*, IEEE Trans. on Comm., vol. COM-27, pp. 710-737, Apr. 1979. Invited Paper.

Jayant, N. S. and Christensen, S. W., *Adaptive aperture coding of speech waveforms-I*, Bell Syst. Tech. Jour., pp. 1631-1645, Sept. 1979.

Jayant, N. S., Steele, R., and Schmidt, C., *Statistical block protection coding for DPCM coded speech*, Bell Syst. Tech. Jour., pp. 1647-1697, Sept. 1979.

Jayant, N. S., Steele, R., Chan, N. W., and Schmidt, C. E., *On soft decision demodulation for PCM- and DPCM-encoded speech*, IEEE Trans. Comm., pp.308-311, Feb. 1980.

Jayant, N. S. and Christensen, S. W., *Adaptive aperture coding of speech waveforms-II,* Bell Syst. Tech. Jour. (Brief), pp. 471-477, Mar. 1980.

Jayant, N. S., *Effects of packet losses in waveform coded speech*, Proc. Int. Conf. Computer Comm., Atlanta, GA, 1980.

Jayant, N. S., McDermott, B. J., Christensen, S. W., and Quinn, A. M., *A comparison of four methods of analog speech encryption*, IEEE Trans. Comm., pp.18-23, Jan. 1981. Also in Proc. Int. Conf. Comm., Seattle, WA, June 1980.

Jayant, N. S. and Steele, R., *Statistical block protection coding for DPCM-AQF speech,* IEEE Trans. Comm., pp. 1899-1907, Nov. 1980.

Jayant, N. S. and Christensen, S. W., *Effects of packet losses on waveform coded speech and, improvements due to an odd-even interpolation procedure*, IEEE Trans. Comm., pp. 101-109, Feb.1981.

Jayant, N. S., *Subsampling of a DPCM speech channel to provide two self-contained, half-rate channels*, Bell Syst. Tech. Jour., pp. 501-509, Apr. 1981. Also in Proc. of Int. Conf. Comm., Denver, CO, June 1981.

McGonegal, C. A., Berkley, D. A., and Jayant, N. S., *Private Communications*, Bell Syst. Tech. Jour., vol. 60, pp. 1563-1572, 1981.

Jayant, N. S., *Adaptive postfiltering of ADPCM speech*, Bell Syst. Tech. Jour., pp. 707-717, May-June 1981.

Cox, R. V., Jayant, N. S., and McDermott, B., *An analog scrambler for speech based on sequential permutations in time and frequency*, Proc. IEEE-Globecom, 1982, A6.2.1.

Jayant, N. S., *Analog scramblers for speech privacy*, Computers and Security, Nov.-Dec. 1982.

Jayant, N. S., Cox, R. V., McDermott, B. J., and Quinn, A. M., *Analog scramblers for speech based on sequential permutations in time and frequency*, Bell Syst. Tech. Jour., vol. 61, no. 1, pp. 25-46, Jan. 1983.

Jayant, N. S., *Variable rate ADPCM based on explicit noise coding*, Bell Syst. Tech. Jour., pp. 657-677, Mar. 1983. Also in Proc. of IEEE-Globecom Conf., San Diego, CA, Nov. 1983.

Jayant, N. S., *Variable rate speech coding: A review*, Proc. Int. Conf. Comm., Amsterdam, May 1984.

Jayant, N. S., *Signal Processing in Digital Speech Communication*, Proc. Int. Conf. Computers, Systems and Sig. Processing, Bangalore, India, Dec.1984, <u>Invited Paper</u>.

Jayant, N. S. and P.Noll, ***Digital Coding of Waveforms - Principles and Applications to Speech and Video***, Prentice Hall, 1984.

Soong, F., Cox, R. V., and Jayant, N. S., *Sub-band coding of speech using backward adaptive prediction and bit allocation*, Proc. IEEE Int. Conf. Acous., Speech, and Sig. Processing, pp. 1672-1675, Tampa, FL, 1985.

Jayant, N. S. and Ramamoorthy, V., *Adaptive postfiltering of 16 kb/s ADPCM speech*, Proc. of Int. Conf. Acous., Speech and Sig. Processing, Apr. 1985.

Ramamoorthy, V. and Jayant, N. S., *Enhancement of ADPCM speech by adaptive postfiltering*, Bell Syst. Tech. Jour., Oct. 1984. Also in Proc. Int. Conf. Comm., Chicago, June 1985.

Jayant, N. S. and E.B.Richardson, *Sub-band coding with adaptive prediction for 56 kb/s audio*, IEEE Trans. Acous., Speech and Sig. Processing**,** Aug. 1986.

Jayant, N. S., *Digital Coding of Speech, Data Communication, Networks and Systems, 2*, T. Bartee, McMillan, 1986, Book Chapter.

Jayant, N. S. and Ramamoorthy, V., *Adaptive postfiltering of 16 kb/s ADPCM speech*, Proc. Int. Conf. on Acous., Speech and Sig. Processing, Apr. 1986.

Soong, F. K., Cox, R. V., and Jayant, N. S., *A high quality subband speech coder with backward adaptive predictor and optimal time-frequency bit assignment*, Proc. IEEE Int. Conf. Acous., Speech and Sig. Processing, pp. 2387-2390, Tokyo, Japan, Apr. 1986.

Soong, F. K., Cox, R. V., Jayant, N. S., *On the backward adaptive predictor and optimal time-frequency bit assignments of a high performance subband speech coder*, Proc. Int. Symp. on Circuits and Syst., pp. 1343-1346, May 1986.

Jayant, N. S., *Coding speech at low bit rates*, IEEE Spectrum, pp. 58-63, June 1986, Invited Paper.

Jayant, N. S., *On the effective number of keys in a voice, privacy system based on permutation scrambling*, AT&T Tech. Jour., pp.192-196, Jan.-Feb. 1987.

Jayant, N. S., *Backward adaptive algorithms for speech prediction and enhancement*, Proc. Conf. on Information Sciences and Systems, pp. 623-626, Johns Hopkins Univ., Mar. 1987, Invited Paper.

Jayant, N. S., *ADPCM coding of speech with backward-adaptive algorithms for noise feedback and postfiltering*, Proc. Int. Conf. Acous., Speech, and Sig. Processing, Apr. 1987.

DeMarca, J. R. B. and Jayant, N. S., *An algorithm for assigning binary indices to the code vectors of a multi-dimensional quantizer*, Proc. Int. Conf. Comm., Seattle, WA, June 1987.

Jayant, N. S. and Ramamoorthy, V., *Digital coding of speech with zero delay***,** Jour. Inst. of Electronics and Telecomm. Eng., 1988, Invited Paper.

Cox, R. V., Gay, S. L., Seshadri, N., Shoham, Y., Quackenbush, S., and Jayant, N. S., *New directions in sub-band coding*, IEEE Jour. Selected Areas in Communications, Special Issue on Voice Coding, for Communications, vol. 6, no. 2, pp. 391-409, Feb. 1988.

Ramamoorthy, V., Jayant, N. S., Cox, R. V., and Sondhi, M. M., *Enhancement of ADPCM speech coding with backward-adaptive, algorithms for postfiltering and noise feedback*, Jour. Selected Areas in Communications, pp. 364-382, Feb. 1988, Invited Paper.

Safranek, R. J., MacKay, K., Jayant, N. S., and Kim, T., *Sub-band coding of images using selective quantization of reconstruction error in the dominant sub-band*, Proc. Int. Conf. Acous., Speech, and Sig. Processing, pp. 765-769, Apr. 1988.

Ramamoorthy, V. and Jayant, N. S., *High quality image coding with a model-testing vector quantizer and a human visual model*, Proc. Int. Conf. Acous., Speech and Sig. Processing, Apr. 1988.

Shoham, Y., DeMarca, N., Farvardin, N., and Jayant, N. S., *Robust vector quantization for noisy channels*, Proc. NASA-JPL Mobile Satellite Conf., pp. 515-520, May 1988.

Jayant, N. S. and Ramamoorthy, V., *Digital coding of speech with zero delay*, Jour. Inst. Electronics & Telecommunication Engineers (India), Dec. 1988, Invited Paper.

Pappas, T. N. and Jayant, N. S., *An adaptive clustering algorithm for image segmentation*, Proc. ICCV '88, Tarpon Springs, FL, Dec. 1988.

Chen, J-H. and Jayant, N. S., *Speech coding with time-varying bit allocations to excitation and LPC parameters*, IEEE Int. Conf. on Acous., Speech and Sig. Processing, Glasgow, Scotland, May 1989.

Pappas, T. N. and Jayant, N. S., *An adaptive clustering algorithm for image segmentation*, Proc. ICASSP '89, pp. 1667-1670, May 1989.

Jayant, N. S., *Speech coding: the 4.8 kbps challenge*, Proc. Int. Symp. on Signals, Systems & Electronics, Erlangen, Germany, Sept. 1989, Invited Paper.

Jayant, N. S., *High quality coding of telephone speech and wideband audio*, IEEE Communications Magazine, Jan. 1990, Invited Paper.

Podilchuk, C. I., Jayant, N. S., and Noll, P. W., *Sparse-vector codebooks for the quantization of non-dominant sub-bands in image coding*, IEEE Int. Conf. on Acous., Speech & Sig. Proc., Apr. 1990.

Jayant, N. S., *Recent advances in speech coding*, McGraw Hill Yearbook of Science and Technology, June 1990, Invited Paper.

Jayant, N. S., Lawrence, V. B., and Prezas, D. P., *Coding of Speech and Wideband Audio*, AT&T Tech. Journal, Sept.-Oct. 1990.

Safranek, R. J., Johnston, J. D., Jayant, N. S., and Podilchuk, C. I., *Perceptual coding of image signals*, Proc. 24th Asilomar Conference, Pacific Grove, CA, pp. 346-350, Nov. 1990.

Jayant, N. S., *Speech coding and text-to-speech synthesis*, Proc. AT&T Speech Processing Symp., Dec. 1990.

Jayant, N. S., Johnston, J. D., and Shoham, Y., *Coding of Wideband Speech*, Proc. Eurospeech '91, Sept. 1991.

Chen, J-H., Jayant, N. S., and Cox, R. V., *Improving the performance of the 16 kbps low delay CELP speech coder*, Proc. IEEE Int. Conf. Acoust., Speech, & Sig. Proc., Apr. 1992.

Jayant, N. S., *Signal Coding: Technology Targets and Research Directions*, IEEE J. Selected Areas in Communications, pp. 796-818, June 1992, Invited Paper.

Chen, J-H., Cox, R. V., Lin, Y-C., Jayant, N. S., and Melchner, M. J., *A low delay CELP coder for the CCITT 16 kbps speech coding standard*, IEEE J. Selected Areas in Communications, pp 830-849, June 1992.

Jayant, N. S., *Recent advances in speech coding*, McGraw Hill Year Book, 1992. Book Chapter.

Jayant, N. S., *Signal Coding: The Next Decade*, Worldwide Advances in Communication Networks, Plenum Press, 1993, Book Chapter.

Jayant, N. S., *Speech and Image compression: Challenges and Opportunities*, Proc. Conf. on Recent Advances in Signal Processing &, Communication, Bangalore, India, Jan. 1993, Invited Paper.

Gould, K. W., Cox, R. V., Jayant, N. S., and Melchner, M. J., *Robust speech coding for the indoor wireless channel*, AT&T Technical Journal, pp. 64-73, July-Aug. 1993.

Jayant, N. S., *High quality networking of audiovisual information*, IEEE Communications Magazine, pp. 84-95, Sept. 1993.

Jayant, N. S., Johnston, J. D., and Safranek, R. J., *Signal compression based on models of human perception*, Proc. IEEE, pp.1385-1422, Oct. 1993. Invited Paper. (IEEE Donald Fink Award).

Jayant, N. S. and Bingham, J. A. C., *PAC-based systems for digital audio broadcasting in the FM-Radio Band*, Proc. CCIR (ITU) Meeting, Oct. 1993.

Jayant, N. S., Chen, E. Y., Johnston, J. D., Quackenbush, S. R., Dorward, S. M., Thompson, K., Cupo, R. L., Wang, J-D., Sundberg, C-E. W., and Seshadri, N., *The AT&T in-band adjacent channel system for digital audio broadcasting*, Proc. Int. Symp. on Digital Audio Broadcasting, pp. 254-267, Toronto, Mar. 1994.

Liu, T-S. and Jayant, N. S., *Adaptive post-processing algorithms for low bit rate video signals*, Proc. ICASSP '94, Apr. 1994.

Jayant, N. S., *Personal communication services: Challenges in technology integration*, Proc. IEEE International Symposium on Personal Wireless, Communication, Bangalore, India, Aug. 1994.

Jayant, N. S., *Status report on PAC and MPAC: Perceptual audio coders from AT&T*, Proc. Inter. Symposium on Broadcasting, Montreaux, Oct. 1994.

Jayant, N. S., *AT&T technology for digital audio broadcasting*, AT&T Journal Brief, Oct.-Nov. 1994.

Jayant, N. S., Johnston, J. D., and Safranek, R. J., *Image coding based on models of human vision*, Handbook of Visual Communication, Academic Press, 1995, Invited Chapter,

Podilchuk, C. I., Jayant, N. S., and Farvardin, N., *Three-dimensional subband coding of video*, IEEE Trans. on Image Processing, 1995.

Jayant, N. S. and Chen, E. Y., *Digital Audio Technology*, Special Issue of AT&T J. on Speech and Audio Processing, pp. 23-34, Mar.-Apr. 1995.

Jayant, N. S. and Liu, T. S., *Adaptive post processing of low bit rate video*, IEEE Trans. Image Processing, pp. 1032-1035, July 1995.

Jayant, N. S., Ackland, B. D., Lawrence, V. B., and Rabiner, L. R., *Multimedia: Technology Dimensions and Challenges*, AT&T Tech. Jour., vol. 74, no. 5, pp.14-33, Sept./Oct. 1995.

Chen, E. Y. and Jayant, N. S., *Digital audio radio: An application of audio coding technology*, Proc. Int. Conf. Industrial Technology, Shanghai, Dec. 1996.
Jayant, N. S.(ed,), *Digital Audio Communication*, Section IX (Chaps 39-43) in CRC-IEEE Handbook on Signal Processing, 1997. Book Chapter

Atal, B. S. and Jayant, N. S., *Speech Coding, Zue*, V., Handbook of Speech Processing, Springer, 1997. Book Chapter.

Yang, K-H., Jacquin, A., and Jayant, N. S., *A rate-distortion model for H-263 - Compatible Codecs and its application to quantizer selection*, Proc. ICIP, Oct. 1997.

Apostolopoulos, J. and Jayant, N. S., *Postprocessing for very low bit rate video compression*, IEEE Trans. on Image Processing, 1997.

Jayant, N. S., **Signal Compression**, World Scientific Publishing, Singapore, 1997.

Jayant, N.S. and S.K. Mitra, *Multimedia: Technologies, Applications and Services,* Proc. IEEE Tyrhennian Workshop on Communications and Signal processing, Ischia, June 1998.

Yang, K. H., Jacquin, A., and Jayant, N. S., *Normalized rate-distortion model for quantization in MC-DCT video coders*, Electronics Letters, An International Publication, in Proceedings, vol. 33, no. 25, Dec. 4, 1998.

Jo, J-H. and Jayant, N.S.,  *Measurement and analysis of the channel characteristics of an in-building wireless network*, Proc. Automatic RF Technical Group 54th Conference, Atlanta, GA, Dec. 1999.

Firoozbaksh, B., Jayant, N. S., Park, S. and Jayaraman, S., *Wireless communication of vital signs using the Georgia Tech wearable motherboard*, Proc. IEEE Conf. On Multimedia and Expo, New York, July-Aug. 2000.

Jang, S-H and Jayant, N.S., *Object-oriented source and channel coding for video messaging applications over wireless networks*, Proc. IEEE Globecom, San Francisco, Nov. 2000.

Candan, C. and Jayant, N. S., *A new interpretation of data hiding capacity*, Proc. IEEE-ICASSP, May 2001.

Cho, S., Goulart, A., Akyildiz, I., and Jayant, N. S., *An adaptive FEC with QoS provisioning for real-time traffic in LEO satellite networks*, Proc. IEEE-ICC, June 2001.

Bing, B. and Jayant, N. S., *A cellphone for all standards*, Advanced Technology Article, IEEE Spectrum**,** May 2002**.** Invited Paper

Jo, J-H., Ingram, M. A., and Jayant, N. S., *Angle clustering in indoor space-time channels based on ray tracing*, Proc. IEEE-VTC2001, Sept. 2001.

Yoon, J. and Jayant, N. S., *Relevance feedback for semantics based image retrieval*, Proc. IEEE-ICIP, Oct. 2001. National Academies Committee (Chair: N.S. Jayant), **Broadband: Bringing Home The Bits**, National Research Council Press. www.nap.edu, March 2003

Delaney, B., Hans, M., Simunic, T., Acquaviva, A., and Jayant, N. S., *A low power, fixed point, front end feature extraction for a distributed speech recognition system*, Proc. IEEE-ICASSP, 2002.

Uzcategui, R. and Jayant, N. S., *A new mathematical interpretation of the FSAN crosstalk-summing method*, Proc. IEEE-ICC, June 2002.

Candan, C. and Jayant, N. S., *A minimum distortion data hiding technique for compressed images*, Proc. IEEE-MMSP, 2002. Yoon, J. and Jayant, N. S., *Prefetching for content-based image retrieval*, Proc. IEEE Conf. on Multimedia and Expo**,** June 2002.

Yoon, J. and Jayant, N. S., *Semantics-sensitive image retrieval: An information fusion approach*, Proc. IEEE Conf. on Multimedia and Expo, July 2003.

Jang, S-H. and Jayant, N. S., *An adaptive non-linear motion vector resampling algorithm for down-scaling video transcoding*, Proc. IEEE Conf. on Multimedia and Expo, July 2003.

Jo, J-H. and Jayant, N. S., *Performance evaluation of multiple IEEE 802.11b WLAN stations in the presence of bluetooth radio interference*, Proc. IEEE-ICC, June 2003.

Delaney,B., Jayant, N.S., and Simunic.T, *A WLAN Scheduling Algorithm to reduce the energy consumption of a Distributed Speech Recognition frontend,* Proc. IEEE Embedded Systems for Real Time Multimedia (ESTI Media) Workshop, October 2003.

Firoozbaksh, B., Pratt, T.and Jayant, N. S., *Analysis of IEEE 802.11a interference on UWB systems*, IEEE Conference on Ultra Wideband Systems and Technologies, November 2003.

Jo, J-H, Ingram, M-A , and Jayant, N.S., *Deterministic Angle Clustering in Indoor Space-Time channels based on RayTracing,* Proc. IEEE Vehicular Technology Conference, 2003.

Jayant, N.S., *The Dimensions of Pervasive Broadband ,*International Electronics Consortium Handbook, 2004

Jayant, N.S. (ed.) , Proc. IEEE Special Mini-Issue on Gigabit Wireless, February 2004.

Suresh, N. and Jayant, N.S., *Mean Time between Failures: a Functional Quality Metric for Consumer Video,* Proc. First Video Processing and Quality Measurement Workshop, Scottsdale, January 2005. Invited Paper

Delaney,B. Simunic,T. and Jayant, N.S.., *Energy Aware Distributed Speech Recognition for Mobile Wireless Devices* IEEE Design and Test for Computers, Vol 22, No.1, Jan-Feb 2005.

Jo, J-H, Ingram, M-A , and Jayant, N.S., *Angle Clustering in Rectangular Buildings  based on RayTracing,* IEEE Transactions on Communications, 2005.

Apostolopoulos, J. (HP Labs) and Jayant, N., *Broadband in the Last Mile: Current and Future Applications,* in *Broadband Last Mile* , in Jayant N.S. (ed.), CRC press, 2005.

Jayant, N,S, (ed.), ***Broadband Last Mile : Access Technologies for Internetworking and Multimedia Communications***, Marcel-Dekker-CRC Press, 2005.

Rao, S. and Jayant, N.S., *A Flexible Approach to Spatial Quality Distribution in Wireless Medical Video,* Proceedings of the Third IASTED International Conference on Circuits, Signals, and Systems, pp. 194-199, October 2005.

Rao, S., Jayant, N.S., and Firoozbahksh, B., *Towards High Quality Region-of-Interest Medical Video over Wireless Networks using Motion Compensated Temporal Filtering,* Proceedings of the Third IASTED International Conference on Circuits, Signals, and Systems, pp. 212-217, October 2005.

Suresh, N. and Jayant, N.S., *Subjective Video Quality Metrics based on Failure Statistics,* IASTED International Conference on Circuits, Signals and Systems, Marina del Ray, .October 2005.
Suresh, N., Yang, O., and Jayant, N.S., *Mean Time Between Failures: A Subjectively Meaningful Quality Metric for Consumer Video*, Second International Workshop on Video Processing and Quality Metrics for Consumer Electronics, Scottsdale, January 2006, Invited Paper.

Suresh, N. and Jayant, N.S., *Objective Measurement of Video Quality: Prediction of Mean Time between Failures,* NAB 2006 (National Association of Broadcasters), Las Vegas, April 2006.

Suresh, N. and Jayant, N.S., *Mean Time Between Failures: A Subjectively Meaningful Quality Metric*, IEEE International Conference on Acoustics, Speech, and Signal Processing, Toulouse, May 2006.

Rao, S. and Jayant, N.S., *Optimizing Algorithms for Region-of-Interest Compression, with Application to Mobile Telehealth*, Special Session on Perceptual Visual Processing, IEEE ICME, Toronto, Canada, July, 2006, Invited Paper.

Suresh, N., Yang, O., and Jayant, N.S., *AVQ: A Zero-Reference Metric for Automatic Measurement of the Quality of Visual Communications,* Third International Workshop on Video Processing and Quality Metrics for Consumer Electronics, Scottsdale, January  2007, Invited Paper.

Jayant, N.S., Rao, S., Khasanshina, E.V., and Stachura, M., *A Rigorous Technical Framework for Video Communications for Mobile Telehealth,* American Telemedicine Association Annual Conference, Nashville, May 2007, <u>Invited Paper</u>.

**PATENTS**

## Patents

1   Rao, S. and Jayant, N.S., *Expert System and Method for Elastic Encoding of Video According to Regions of Interest,* US Patent Application, Filed May 1, 2007

2   Suresh, N. and Jayant, N.S., *Automatic Video Quality Measurement System and Method Based on Spatial-Temporal Coherence Metrics,* US Patent Application, Filed May 1, 2007

3   Jang, S. and Jayant, N.S., S*ystem and Method for Object-Oriented Video Processing,* US Patent #6,882,686, April 19, 2005

4   Jayant, N. S., Monaco, J., Altunbasak, Y., Hartung, J., Krishnamachari, S., John, S., Sauser, M., and Elliott C., *Efficient compression and transport of video over a network*, US Patent Application, Filed July 1, 2003

5   Jayant, N. S., Sivakumar, R., Nicholson, G., and Gordon, C., *System and method of quality of service signaling between client and server*, US Patent Application, Filed September 2002

6   Sivakumar, R. and Jayant, N. S., *Communication system and techniques for transmission from source to destination*, US Patent Application, Filed September 2002

7   Jayant, N. S., Jang, S-H. and Yoon, J., *Video compression using adaptive selection of groups of frames, adaptive bit allocation and adaptive replenishment*, US Patent Application 09/902,976, Filed July 11, 2001

8   Jayant, N. S., Jang, S-H. and Yoon, J., *System and method for calculating an optimum display size for a visual object*, US Patent Application 09/902,995, Filed July 11, 2001

9   Jayant, N. S., Jang, S-H. and Yoon, J., *Adaptive edge detection and enhancement for image processing*, US Patent Application 09/903,028, Filed July 11, 2001

10  Chen, J-H., Cox, R. V., and Jayant, N. S., *Tunable perceptual weighting filter for tandem coders*, US Patent #6,144,935, November 7, 2000

11  Jayant, N. S. and Lagarias, J. C., *Method and apparatus for providing error-tolerant communication of information*, US Patent #5,999,566, December 7, 1999

12  Zhong, J. and Jayant, N. S., *Simulated natural movement of a computer-generated synthesized talking head*, US Patent #5,933,151, August 3, 1999

13  Jayant, N. S. and Lagarias, J. C., *Method and apparatus for providing error-tolerant storage of information*, US Patent #5,892,775, April 6, 1999

14  Yang, K., Jacquin, A., and Jayant, N. J., *Normalized rate-distortion model for quantization of digital signals*, US Patent Application, Filed October 1998

15  Apostolopoulos, J. A. and Jayant, N. S., *Method and apparatus for post-processing images*, US Patent #5,850,294, December 15, 1998

16  Jayant, N. S. and Porat, M., *Method and apparatus for image processing using model-based localized quantization*, US Patent #5,828,413, October 23, 1998

17  Dorward, S. M., Jayant, N. S., Johnston, J. D., Quackenbush, S. R., and Thompson, K. L., *Device

*and method for efficient utilization of allocated transmission medium bandwidth*, US Patent #5,825,976, October 20, 1998

18  Jayant, N. S., *Hiding a source identifier within a signal*, US Patent 5,826,227, October 20, 1998

19  Grewe, A., Jayant, N. S., Shelby, K. A., and Singer, H. M., *Smart tray for audio player*, US Patent #5,724,482, March 3, 1998

20  Cox, R. V., Chen, J-H., and Jayant, N. S., *Tunable post-filter for tandem coders*, US Patent #5,694,519, December 1997.

21  Bremer, G., Jayant, N. S., Ko, K. D., Seshadri, N., and Smithwick, L. J., *Simultaneous analog and digital communication*, US Patent #5,661,718, August 26, 1997

22  Jayant, N. S. and Safranek, R. J., *Compression of signals for perceptual quality by selecting frequency bands having relatively high energy*, US Patent #5,559,900, September 24, 1996

23  Jayant, N. S. and Liu, T. S., *5,850,294, Method of and system for enhancing distorted graphical information*, US Patent #5,473,384, December 5, 1995

24  Dorward, S. M., Jayant, N. S., Johnston, J. D., Quackenbush, S. R., Seshadri, N., and Sundberg, C-E. W., *Tailored error protection*, US Patent #5,463,641, October 31, 1995

25  Jacquin, A. E., Jayant, N. S., and Podilchuk, C., *Geometric vector quantization*, US Patent #5,371,544, December 6, 1994

26  Jayant, N. S. and Podilchuk, C. I., *Geometric vector quantization*, US Patent #5,136,374, August 4, 1992

27  Jayant, N. S. and DeMarca, J. R. B., *Resisting the effects of channel noise in digital transmission of information*, US Patent #4,791,654, December 13, 1988

28  Jayant, N. S. and Ramamoorthy, V., *Predictive communication system filtering arrangement*, US Patent No. 4,726,037, February 16, 1988

29  Jayant, N. S. and Ramamoorthy, V., *Predictive communication system filtering arrangement*, US Patent #4,617,676, October 14, 1986

30  Jayant, N. S. and Cox, R. V., *Time-frequency scrambler*, US Patent #4,551,580, November 5, 1985

31  Jayant, N. S., *Adaptive differential pulse code modulation*, US Patent #4,513,426, April 23, 1985

32  Jayant, N. S., *Digital transmission error reduction*, US Patent #4,375,581, March 1, 1983

33  Jayant, N. S., Schmidt, C. E., and Steele, R., *Error reduction speech communication system*, US Patent #4,291,405, September 22, 1981

34  Jayant, N. S. and Kak, S. C., *Uniform permutation privacy system*, US Patent #4,100,374, July 11, 1978

35  Jayant, N. S., *Spectral analyzer using Delta modulation*, US Patent #3,903,401, September 2, 1975

36  Jayant, N. S., *Signal selection in diversity transmission systems*, US Patent #3,997,844, December 14, 1976

37  Flanagan, J. L. and Jayant, N. S., *Digital signal detection in telephonic communication systems*, US Patent #3,891,805, June 24, 1975