# Exhibit C

INTERNATIONAL STANDARD

ISO/IEC 11172-3

First edition
1993-08-01

# Information technology — Coding of moving pictures and associated audio for digital storage media at up to about 1,5 Mbit/s —

## Part 3:
Audio

*Technologies de l'information — Codage de l'image animée et du son associé pour les supports de stockage numérique jusqu'à environ 1,5 Mbit/s —*

*Partie 3: Audio*



Reference number
ISO/IEC 11172-3:1993(E)

LUC 017174

ISO/IEC 11172-3: 1993 (E)

# Contents                                                                 Page

Introduction..................................................................................................v

Section 1: General........................................................................................1

1.1   Scope...................................................................................................1

1.2   Normative references...........................................................................1

Section 2: Technical elements......................................................................2

2.1   Definitions............................................................................................2

2.2   Symbols and abbreviations................................................................10

2.3   Method of describing bitstream syntax..............................................12

2.4   Requirements....................................................................................14

**Annexes**

A     Diagrams............................................................................................38

B     Tables................................................................................................45

C     The encoding process........................................................................66

D     Psychoacoustic models...................................................................109

E     Bit sensitivity to errors.....................................................................140

© ISO/IEC 1993
All rights reserved. No part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from the publisher.

ISO/IEC Copyright Office • Case Postale 56 • CH1211 Genève 20 • Switzerland

Printed in Switzerland.

LUC 017175

LUCDB 0017178

© ISO/IEC　　　　　　　　　　　　　　　　　　　　　　　　　ISO/IEC 11172-3: 1993 (E)

F　　Error concealment...................................................................142

G　　Joint stereo coding ..................................................................143

H　　List of patent holders...............................................................147

LUC 017176

LUCDB 0017179

## Foreword

ISO (the International Organization for Standardization) and IEC (the International Electrotechnical Commission) form the specialized system for worldwide standardization. National bodies that are members of ISO or IEC participate in the development of International Standards through technical committees established by the respective organization to deal with particular fields of technical activity. ISO and IEC technical committees collaborate in fields of mutual interest. Other international organizations, governmental and non-governmental, in liaison with ISO and IEC, also take part in the work.

In the field of information technology, ISO and IEC have established a joint technical committee, ISO/IEC JTC 1. Draft International Standards adopted by the joint technical committee are circulated to national bodies for voting. Publication as an International Standard requires approval by at least 75 % of the national bodies casting a vote.

International Standard ISO/IEC 11172-3 was prepared by Joint Technical Committee ISO/IEC JTC 1, *Information technology*, Sub-Committee SC 29, *Coded representation of audio, picture, multimedia and hypermedia information*.

ISO/IEC 11172 consists of the following parts, under the general title *Information technology — Coding of moving pictures and associated audio for digital storage media at up to about 1,5 Mbit/s*:

— *Part 1: Systems*

— *Part 2: Video*

— *Part 3: Audio*

— *Part 4: Compliance testing*

Annexes A and B form an integral part of this part of ISO/IEC 11172. Annexes C, D, E, F, G and H are for information only.

LUC 017177

LUCDB 0017180

© ISO/IEC                                                                                         ISO/IEC 11172-3: 1993 (E)

Introduction

Note: Readers interested in an overview of MPEG Audio should read this Introduction and then proceed to annex A (Diagrams) and annex C (The encoding process) before reading the normative clauses 1 and 2.

To aid in the understanding of the specification of the stored compressed bitstream and its decoding, a sequence of encoding, storage and decoding is described.

## 0.1  Encoding

The encoder processes the digital audio signal and produces the compressed bitstream for storage. The encoder algorithm is not standardized, and may use various means for encoding such as estimation of the auditory masking threshold, quantization, and scaling. However, the encoder output must be such that a decoder conforming to the specifications of clause 2.4 will produce audio suitable for the intended application.



Figure 1 -- Sketch of the basic structure of an encoder

Figure 1 illustrates the basic structure of a audio encoder. Input audio samples are fed into the encoder. The mapping creates a filtered and subsampled representation of the input audio stream. The mapped samples may be called either subband samples (as in Layer I or II, see below) or transformed subband samples (as in Layer III). A psychoacoustic model creates a set of data to control the quantizer and coding. These data are different depending on the actual coder implementation. One possibility is to use an estimation of the masking threshold to do this quantizer control. The quantizer and coding block creates a set of coding symbols from the mapped input samples. Again, this block can depend on the encoding system. The block 'frame packing' assembles the actual bitstream from the output data of the other blocks, and adds other information (e.g. error correction) if necessary.

There are four different modes possible, single channel, dual channel (two independent audio signals coded within one bitstream), stereo (left and right signals of a stereo pair coded within one bitstream), and Joint Stereo (left and right signals of a stereo pair coded within one bitstream with the stereo irrelevancy and redundancy exploited).

LUC 017178

v

LUCDB 0017181

### 0.2 Layers

Depending on the application, different layers of the coding system with increasing encoder complexity and performance can be used. An ISO/IEC 11172-3 Audio Layer N decoder is able to decode bitstream data which has been encoded in Layer N and all layers below N.

Layer I

This layer contains the basic mapping of the digital audio input into 32 subbands, fixed segmentation to format the data into blocks, a psychoacoustic model to determine the adaptive bit allocation, and quantization using block companding and formatting. The theoretical minimum encoding/decoding delay for Layer I is about 19 ms.

Layer II

This layer provides additional coding of bit allocation, scalefactors and samples. Different framing is used. The theoretical minimum encoding/decoding delay for Layer II is about 35 ms.

Layer III

This layer introduces increased frequency resolution based on a hybrid filterbank. It adds a different (nonuniform) quantizer, adaptive segmentation and entropy coding of the quantized values. The theoretical minimum encoding/decoding delay for Layer III is about 59 ms.

Joint Stereo coding can be added as an additional feature to any of the layers.

### 0.3 Storage

Various streams of encoded video, encoded audio, synchronization data, systems data and auxiliary data may be stored together on a storage medium. Editing of the audio will be easier if the edit point is constrained to coincide with an addressable point.

Access to storage may involve remote access over a communication system. Access is assumed to be controlled by a functional unit other than the audio decoder itself. This control unit accepts user commands, reads and interprets data base structure information, reads the stored information from the media, demultiplexes non-audio information and passes the stored audio bitstream to the audio decoder at the required rate.

### 0.4 Decoding

The decoder accepts the compressed audio bitstream in the syntax defined in 2.4.1, decodes the data elements according to 2.4.2, and uses the information to produce digital audio output according to 2.4.3.



Figure 2 -- Sketch of the basic structure of a decoder

Figure 2 illustrates the basic structure of a audio decoder. Bitstream data is fed into the decoder. The bitstream unpacking and decoding block does error detection if error-check is applied in the encoder (see 2.4.2.4). The bitstream data are unpacked to recover the various pieces of information. The reconstruction block reconstructs the quantized version of the set of mapped samples. The inverse mapping transforms these mapped samples back into uniform PCM.

vi

LUC 017179

LUCDB 0017182

INTERNATIONAL STANDARD © ISO/IEC                     ISO/IEC 11172-3: 1993 (E)

# Information technology — Coding of moving pictures and associated audio for digital storage media at up to about 1,5 Mbit/s —

## Part 3:
Audio

### Section 1: General

#### 1.1 Scope

This part of ISO/IEC 11172 specifies the coded representation of high quality audio for storage media and the method for decoding of high quality audio signals. The input of the encoder and the output of the decoder are compatible with existing PCM standards such as standard Compact Disc and Digital Audio Tape.

This part of the ISO/IEC 11172 is intended for application to digital storage media providing a total continuous transfer rate of about 1,5 Mbits/sec for both audio and video bitstreams, such as CD, DAT and magnetic hard disc. The storage media may either be connected directly to the decoder, or via other means such as communication lines and the ISO/IEC 11172 multiplexed stream defined in ISO/IEC 11172-1. This part of ISO/IEC 11172 is intended for sampling rates of 32 kHz, 44,1 kHz, and 48 kHz.

#### 1.2 Normative references

The following International Standards contain provisions which, through reference in this text, constitute provisions of this part of ISO/IEC 11172. At the time of publication, the editions indicated were valid. All standards are subject to revision, and parties to agreements based on this part of ISO/IEC 11172 are encouraged to investigate the possibility of applying the most recent editions of the standards indicated below. Members of IEC and ISO maintain registers of currently valid International Standards.

ISO/IEC 11172-1:1993 *Information technology - Coding of moving pictures and associated audio for digital storage media at up to about 1,5 Mbit/s - Part 1 Systems.*

ISO/IEC 11172-2:1993 *Information technology - Coding of moving pictures and associated audio for digital storage media at up to about 1,5 Mbit/s - Part 2: Video.*

CCIR Recommendation 601-2 *Encoding parameters of digital television for studios.*

CCIR Report 624-4 *Characteristics of systems for monochrome and colour television.*

CCIR Recommendation 648 *Recording of audio signals.*

CCIR Report 955-2 *Sound broadcasting by satellite for portable and mobile receivers, including Annex IV Summary description of Advanced Digital System II.*

CCITT Recommendation J.17 *Pre-emphasis used on Sound-Programme Circuits.*

IEEE Draft Standard P1180/D2 1990 *Specification for the implementation of 8x 8 inverse discrete cosine transform".*

IEC publication 908:1987 *CD Digital Audio System.*

LUC 017180

1

LUCDB 0017183

## Section 2: Technical elements
## 2.1 Definitions

For the purposes of ISO/IEC 11172, the following definitions apply. If specific to a part, this is noted in square brackets.

**2.1.1 ac coefficient [video]:** Any DCT coefficient for which the frequency in one or both dimensions is non-zero.

**2.1.2 access unit [system]:** In the case of compressed audio an access unit is an audio access unit. In the case of compressed video an access unit is the coded representation of a picture.

**2.1.3 adaptive segmentation [audio]:** A subdivision of the digital representation of an audio signal in variable segments of time.

**2.1.4 adaptive bit allocation [audio]:** The assignment of bits to subbands in a time and frequency varying fashion according to a psychoacoustic model.

**2.1.5 adaptive noise allocation [audio]:** The assignment of coding noise to frequency bands in a time and frequency varying fashion according to a psychoacoustic model.

**2.1.6 alias [audio]:** Mirrored signal component resulting from sub-Nyquist sampling.

**2.1.7 analysis filterbank [audio]:** Filterbank in the encoder that transforms a broadband PCM audio signal into a set of subsampled subband samples.

**2.1.8 audio access unit [audio]:** For Layers I and II an audio access unit is defined as the smallest part of the encoded bitstream which can be decoded by itself, where decoded means "fully reconstructed sound". For Layer III an audio access unit is part of the bitstream that is decodable with the use of previously acquired main information.

**2.1.9 audio buffer [audio]:** A buffer in the system target decoder for storage of compressed audio data.

**2.1.10 audio sequence [audio]:** A non-interrupted series of audio frames in which the following parameters are not changed:
- ID
- Layer
- Sampling Frequency
- For Layer I and II: Bitrate index

**2.1.11 backward motion vector [video]:** A motion vector that is used for motion compensation from a reference picture at a later time in display order.

**2.1.12 Bark [audio]:** Unit of critical band rate. The Bark scale is a non-linear mapping of the frequency scale over the audio range closely corresponding with the frequency selectivity of the human ear across the band.

**2.1.13 bidirectionally predictive-coded picture; B-picture [video]:** A picture that is coded using motion compensated prediction from a past and/or future reference picture.

**2.1.14 bitrate:** The rate at which the compressed bitstream is delivered from the storage medium to the input of a decoder.

**2.1.15 block companding [audio]:** Normalizing of the digital representation of an audio signal within a certain time period.

**2.1.16 block [video]:** An 8-row by 8-column orthogonal block of pels.

**2.1.17 bound [audio]:** The lowest subband in which intensity stereo coding is used.

LUC 017181

LUCDB 0017184

**2.1.18 byte aligned:** A bit in a coded bitstream is byte-aligned if its position is a multiple of 8-bits from the first bit in the stream.

**2.1.19 byte:** Sequence of 8-bits.

**2.1.20 channel:** A digital medium that stores or transports an ISO/IEC 11172 stream.

**2.1.21 channel [audio]:** The left and right channels of a stereo signal

**2.1.22 chrominance (component) [video]:** A matrix, block or single pel representing one of the two colour difference signals related to the primary colours in the manner defined in CCIR Rec 601. The symbols used for the colour difference signals are Cr and Cb.

**2.1.23 coded audio bitstream [audio]:** A coded representation of an audio signal as specified in this part of ISO/IEC 11172.

**2.1.24 coded video bitstream [video]:** A coded representation of a series of one or more pictures as specified in ISO/IEC 11172-2.

**2.1.25 coded order [video]:** The order in which the pictures are stored and decoded. This order is not necessarily the same as the display order.

**2.1.26 coded representation:** A data element as represented in its encoded form.

**2.1.27 coding parameters [video]:** The set of user-definable parameters that characterize a coded video bitstream. Bitstreams are characterised by coding parameters. Decoders are characterised by the bitstreams that they are capable of decoding.

**2.1.28 component [video]:** A matrix, block or single pel from one of the three matrices (luminance and two chrominance) that make up a picture.

**2.1.29 compression:** Reduction in the number of bits used to represent an item of data.

**2.1.30 constant bitrate coded video [video]:** A compressed video bitstream with a constant average bitrate.

**2.1.31 constant bitrate:** Operation where the bitrate is constant from start to finish of the compressed bitstream.

**2.1.32 constrained parameters [video]:** The values of the set of coding parameters defined in 2.4.3.2 of ISO/IEC 11172-2.

**2.1.33 constrained system parameter stream (CSPS) [system]:** An ISO/IEC 11172 multiplexed stream for which the constraints defined in 2.4.6 of ISO/IEC 11172-1 apply.

**2.1.34 CRC:** Cyclic redundancy code.

**2.1.35 critical band rate [audio]:** Psychoacoustic function of frequency. At a given audible frequency it is proportional to the number of critical bands below that frequency. The units of the critical band rate scale are Barks.

**2.1.36 critical band [audio]:** Psychoacoustic measure in the spectral domain which corresponds to the frequency selectivity of the human ear. This selectivity is expressed in Bark.

**2.1.37 data element:** An item of data as represented before encoding and after decoding.

**2.1.38 dc-coefficient [video]:** The DCT coefficient for which the frequency is zero in both dimensions.

LUC 017182

LUCDB 0017185

**2.1.39 dc-coded picture; D-picture [video]:** A picture that is coded using only information from itself. Of the DCT coefficients in the coded representation, only the dc-coefficients are present.

**2.1.40 DCT coefficient:** The amplitude of a specific cosine basis function.

**2.1.41 decoded stream:** The decoded reconstruction of a compressed bitstream.

**2.1.42 decoder input buffer [video]:** The first-in first-out (FIFO) buffer specified in the video buffering verifier.

**2.1.43 decoder input rate [video]:** The data rate specified in the video buffering verifier and encoded in the coded video bitstream.

**2.1.44 decoder:** An embodiment of a decoding process.

**2.1.45 decoding (process):** The process defined in ISO/IEC 11172 that reads an input coded bitstream and produces decoded pictures or audio samples.

**2.1.46 decoding time-stamp; DTS [system]:** A field that may be present in a packet header that indicates the time that an access unit is decoded in the system target decoder.

**2.1.47 de-emphasis [audio]:** Filtering applied to an audio signal after storage or transmission to undo a linear distortion due to emphasis.

**2.1.48 dequantization [video]:** The process of rescaling the quantized DCT coefficients after their representation in the bitstream has been decoded and before they are presented to the inverse DCT.

**2.1.49 digital storage media; DSM:** A digital storage or transmission device or system.

**2.1.50 discrete cosine transform; DCT [video]:** Either the forward discrete cosine transform or the inverse discrete cosine transform. The DCT is an invertible, discrete orthogonal transformation. The inverse DCT is defined in annex A of ISO/IEC 11172-2.

**2.1.51 display order [video]:** The order in which the decoded pictures should be displayed. Normally this is the same order in which they were presented at the input of the encoder.

**2.1.52 dual channel mode [audio]:** A mode, where two audio channels with independent programme contents (e.g. bilingual) are encoded within one bitstream. The coding process is the same as for the stereo mode.

**2.1.53 editing:** The process by which one or more compressed bitstreams are manipulated to produce a new compressed bitstream. Conforming edited bitstreams must meet the requirements defined in this ISO/IEC 11172.

**2.1.54 elementary stream [system]:** A generic term for one of the coded video, coded audio or other coded bitstreams.

**2.1.55 emphasis [audio]:** Filtering applied to an audio signal before storage or transmission to improve the signal-to-noise ratio at high frequencies.

**2.1.56 encoder:** An embodiment of an encoding process.

**2.1.57 encoding (process):** A process, not specified in ISO/IEC 11172, that reads a stream of input pictures or audio samples and produces a valid coded bitstream as defined in ISO/IEC 11172.

**2.1.58 entropy coding:** Variable length lossless coding of the digital representation of a signal to reduce redundancy.

**2.1.59 fast forward playback [video]:** The process of displaying a sequence, or parts of a sequence, of pictures in display-order faster than real-time.

**LUC 017183**

LUCDB 0017186

© ISO/IEC                                                                                                                         ISO/IEC 11172-3: 1993 (E)

**2.1.60 FFT**: Fast Fourier Transformation. A fast algorithm for performing a discrete Fourier transform (an orthogonal transform).

**2.1.61 filterbank [audio]**: A set of band-pass filters covering the entire audio frequency range.

**2.1.62 fixed segmentation [audio]**: A subdivision of the digital representation of an audio signal into fixed segments of time.

**2.1.63 forbidden**: The term "forbidden" when used in the clauses defining the coded bitstream indicates that the value shall never be used. This is usually to avoid emulation of start codes.

**2.1.64 forced updating [video]**: The process by which macroblocks are intra-coded from time-to-time to ensure that mismatch errors between the inverse DCT processes in encoders and decoders cannot build up excessively.

**2.1.65 forward motion vector [video]**: A motion vector that is used for motion compensation from a reference picture at an earlier time in display order.

**2.1.66 frame [audio]**: A part of the audio signal that corresponds to audio PCM samples from an Audio Access Unit.

**2.1.67 free format [audio]**: Any bitrate other than the defined bitrates that is less than the maximum valid bitrate for each layer.

**2.1.68 future reference picture [video]**: The future reference picture is the reference picture that occurs at a later time than the current picture in display order.

**2.1.69 granules [Layer II] [audio]**: The set of 3 consecutive subband samples from all 32 subbands that are considered together before quantization. They correspond to 96 PCM samples.

**2.1.70 granules [Layer III] [audio]**: 576 frequency lines that carry their own side information.

**2.1.71 group of pictures [video]**: A series of one or more coded pictures intended to assist random access. The group of pictures is one of the layers in the coding syntax defined in ISO/IEC 11172-2.

**2.1.72 Hann window [audio]**: A time function applied sample-by-sample to a block of audio samples before Fourier transformation.

**2.1.73 Huffman coding**: A specific method for entropy coding.

**2.1.74 hybrid filterbank [audio]**: A serial combination of subband filterbank and MDCT.

**2.1.75 IMDCT [audio]**: Inverse Modified Discrete Cosine Transform.

**2.1.76 intensity stereo [audio]**: A method of exploiting stereo irrelevance or redundancy in stereophonic audio programmes based on retaining at high frequencies only the energy envelope of the right and left channels.

**2.1.77 interlace [video]**: The property of conventional television pictures where alternating lines of the picture represent different instances in time.

**2.1.78 intra coding [video]**: Coding of a macroblock or picture that uses information only from that macroblock or picture.

**2.1.79 intra-coded picture; I-picture [video]**: A picture coded using information only from itself.

**2.1.80 ISO/IEC 11172 (multiplexed) stream [system]**: A bitstream composed of zero or more elementary streams combined in the manner defined in ISO/IEC 11172-1.

LUC 017184

LUCDB 0017187

**2.1.81 joint stereo coding [audio]:** Any method that exploits stereophonic irrelevance or stereophonic redundancy.

**2.1.82 joint stereo mode [audio]:** A mode of the audio coding algorithm using joint stereo coding.

**2.1.83 layer [audio]:** One of the levels in the coding hierarchy of the audio system defined in this part of ISO/IEC 11172.

**2.1.84 layer [video and systems]:** One of the levels in the data hierarchy of the video and system specifications defined in ISO/IEC 11172-1 and ISO/IEC 11172-2.

**2.1.85 luminance (component) [video]:** A matrix, block or single pel representing a monochrome representation of the signal and related to the primary colours in the manner defined in CCIR Rec 601. The symbol used for luminance is Y.

**2.1.86 macroblock [video]:** The four 8 by 8 blocks of luminance data and the two corresponding 8 by 8 blocks of chrominance data coming from a 16 by 16 section of the luminance component of the picture. Macroblock is sometimes used to refer to the pel data and sometimes to the coded representation of the pel values and other data elements defined in the macroblock layer of the syntax defined in ISO/IEC 11172-2. The usage is clear from the context.

**2.1.87 mapping [audio]:** Conversion of an audio signal from time to frequency domain by subband filtering and/or by MDCT.

**2.1.88 masking [audio]:** A property of the human auditory system by which an audio signal cannot be perceived in the presence of another audio signal.

**2.1.89 masking threshold [audio]:** A function in frequency and time below which an audio signal cannot be perceived by the human auditory system.

**2.1.90 MDCT [audio]:** Modified Discrete Cosine Transform.

**2.1.91 motion compensation [video]:** The use of motion vectors to improve the efficiency of the prediction of pel values. The prediction uses motion vectors to provide offsets into the past and/or future reference pictures containing previously decoded pel values that are used to form the prediction error signal.

**2.1.92 motion estimation [video]:** The process of estimating motion vectors during the encoding process.

**2.1.93 motion vector [video]:** A two-dimensional vector used for motion compensation that provides an offset from the coordinate position in the current picture to the coordinates in a reference picture.

**2.1.94 MS stereo [audio]:** A method of exploiting stereo irrelevance or redundancy in stereophonic audio programmes based on coding the sum and difference signal instead of the left and right channels.

**2.1.95 non-intra coding [video]:** Coding of a macroblock or picture that uses information both from itself and from macroblocks and pictures occurring at other times.

**2.1.96 non-tonal component [audio]:** A noise-like component of an audio signal.

**2.1.97 Nyquist sampling:** Sampling at or above twice the maximum bandwidth of a signal.

**2.1.98 pack [system]:** A pack consists of a pack header followed by one or more packets. It is a layer in the system coding syntax described in ISO/IEC 11172-1.

**2.1.99 packet data [system]:** Contiguous bytes of data from an elementary stream present in a packet.

**2.1.100 packet header [system]:** The data structure used to convey information about the elementary stream data contained in the packet data.

LUC 017185

LUCDB 0017188

**2.1.101 packet [system]:** A packet consists of a header followed by a number of contiguous bytes from an elementary data stream. It is a layer in the system coding syntax described in ISO/IEC 11172-1.

**2.1.102 padding [audio]:** A method to adjust the average length in time of an audio frame to the duration of the corresponding PCM samples, by conditionally adding a slot to the audio frame.

**2.1.103 past reference picture [video]:** The past reference picture is the reference picture that occurs at an earlier time than the current picture in display order.

**2.1.104 pel aspect ratio [video]:** The ratio of the nominal vertical height of pel on the display to its nominal horizontal width.

**2.1.105 pel [video]:** Picture element.

**2.1.106 picture period [video]:** The reciprocal of the picture rate.

**2.1.107 picture rate [video]:** The nominal rate at which pictures should be output from the decoding process.

**2.1.108 picture [video]:** Source, coded or reconstructed image data. A source or reconstructed picture consists of three rectangular matrices of 8-bit numbers representing the luminance and two chrominance signals. The Picture layer is one of the layers in the coding syntax defined in ISO/IEC 11172-2. Note that the term "picture" is always used in ISO/IEC 11172 in preference to the terms field or frame.

**2.1.109 polyphase filterbank [audio]:** A set of equal bandwidth filters with special phase interrelationships, allowing for an efficient implementation of the filterbank.

**2.1.110 prediction [video]:** The use of a predictor to provide an estimate of the pel value or data element currently being decoded.

**2.1.111 predictive-coded picture; P-picture [video]:** A picture that is coded using motion compensated prediction from the past reference picture.

**2.1.112 prediction error [video]:** The difference between the actual value of a pel or data element and its predictor.

**2.1.113 predictor [video]:** A linear combination of previously decoded pel values or data elements.

**2.1.114 presentation time-stamp; PTS [system]:** A field that may be present in a packet header that indicates the time that a presentation unit is presented in the system target decoder.

**2.1.115 presentation unit; PU [system]:** A decoded audio access unit or a decoded picture.

**2.1.116 psychoacoustic model [audio]:** A mathematical model of the masking behaviour of the human auditory system.

**2.1.117 quantization matrix [video]:** A set of sixty-four 8-bit values used by the dequantizer.

**2.1.118 quantized DCT coefficients [video]:** DCT coefficients before dequantization. A variable length coded representation of quantized DCT coefficients is stored as part of the compressed video bitstream.

**2.1.119 quantizer scalefactor [video]:** A data element represented in the bitstream and used by the decoding process to scale the dequantization.

**2.1.120 random access:** The process of beginning to read and decode the coded bitstream at an arbitrary point.

LUC 017186

LUCDB 0017189

**2.1.121 reference picture [video]:** Reference pictures are the nearest adjacent I- or P-pictures to the current picture in display order.

**2.1.122 reorder buffer [video]:** A buffer in the system target decoder for storage of a reconstructed I-picture or a reconstructed P-picture.

**2.1.123 requantization [audio]:** Decoding of coded subband samples in order to recover the original quantized values.

**2.1.124 reserved:** The term "reserved" when used in the clauses defining the coded bitstream indicates that the value may be used in the future for ISO/IEC defined extensions.

**2.1.125 reverse playback [video]:** The process of displaying the picture sequence in the reverse of display order.

**2.1.126 scalefactor band [audio]:** A set of frequency lines in Layer III which are scaled by one scalefactor.

**2.1.127 scalefactor index [audio]:** A numerical code for a scalefactor.

**2.1.128 scalefactor [audio]:** Factor by which a set of values is scaled before quantization.

**2.1.129 sequence header [video]:** A block of data in the coded bitstream containing the coded representation of a number of data elements.

**2.1.130 side information:** Information in the bitstream necessary for controlling the decoder.

**2.1.131 skipped macroblock [video]:** A macroblock for which no data are stored.

**2.1.132 slice [video]:** A series of macroblocks. It is one of the layers of the coding syntax defined in ISO/IEC 11172-2.

**2.1.133 slot [audio]:** A slot is an elementary part in the bitstream. In Layer I a slot equals four bytes, in Layers II and III one byte.

**2.1.134 source stream:** A single non-multiplexed stream of samples before compression coding.

**2.1.135 spreading function [audio]:** A function that describes the frequency spread of masking.

**2.1.136 start codes [system and video]:** 32-bit codes embedded in that coded bitstream that are unique. They are used for several purposes including identifying some of the layers in the coding syntax.

**2.1.137 STD input buffer [system]:** A first-in first-out buffer at the input of the system target decoder for storage of compressed data from elementary streams before decoding.

**2.1.138 stereo mode [audio]:** Mode, where two audio channels which form a stereo pair (left and right) are encoded within one bitstream. The coding process is the same as for the dual channel mode.

**2.1.139 stuffing (bits); stuffing (bytes):** Code-words that may be inserted into the compressed bitstream that are discarded in the decoding process. Their purpose is to increase the bitrate of the stream.

**2.1.140 subband [audio]:** Subdivision of the audio frequency band.

**2.1.141 subband filterbank [audio]:** A set of band filters covering the entire audio frequency range. In this part of ISO/IEC 11172 the subband filterbank is a polyphase filterbank.

**2.1.142 subband samples [audio]:** The subband filterbank within the audio encoder creates a filtered and subsampled representation of the input audio stream. The filtered samples are called subband samples.

LUC 017187

LUCDB 0017190

© ISO/IEC  ISO/IEC 11172-3: 1993 (E)

From 384 time-consecutive input audio samples, 12 time-consecutive subband samples are generated within each of the 32 subbands.

**2.1.143 syncword [audio]:** A 12-bit code embedded in the audio bitstream that identifies the start of a frame.

**2.1.144 synthesis filterbank [audio]:** Filterbank in the decoder that reconstructs a PCM audio signal from subband samples.

**2.1.145 system header [system]:** The system header is a data structure defined in ISO/IEC 11172-1 that carries information summarising the system characteristics of the ISO/IEC 11172 multiplexed stream.

**2.1.146 system target decoder; STD [system]:** A hypothetical reference model of a decoding process used to describe the semantics of an ISO/IEC 11172 multiplexed bitstream.

**2.1.147 time-stamp [system]:** A term that indicates the time of an event.

**2.1.148 triplet [audio]:** A set of 3 consecutive subband samples from one subband. A triplet from each of the 32 subbands forms a granule.

**2.1.149 tonal component [audio]:** A sinusoid-like component of an audio signal.

**2.1.150 variable bitrate:** Operation where the bitrate varies with time during the decoding of a compressed bitstream.

**2.1.151 variable length coding; VLC:** A reversible procedure for coding that assigns shorter code-words to frequent events and longer code-words to less frequent events.

**2.1.152 video buffering verifier; VBV [video]:** A hypothetical decoder that is conceptually connected to the output of the encoder. Its purpose is to provide a constraint on the variability of the data rate that an encoder or editing process may produce.

**2.1.153 video sequence [video]:** A series of one or more groups of pictures. It is one of the layers of the coding syntax defined in ISO/IEC 11172-2.

**2.1.154 zig-zag scanning order [video]:** A specific sequential ordering of the DCT coefficients from (approximately) the lowest spatial frequency to the highest.

9

LUC 017188

LUCDB 0017191

ISO/IEC 11172-3: 1993 (E) © ISO/IEC

## 2.2 Symbols and abbreviations

The mathematical operators used to describe this International Standard are similar to those used in the C programming language. However, integer division with truncation and rounding are specifically defined. The bitwise operators are defined assuming twos-complement representation of integers. Numbering and counting loops generally begin from zero.

### 2.2.1 Arithmetic operators

+     Addition.

−     Subtraction (as a binary operator) or negation (as a unary operator).

++     Increment.

--     Decrement.

*     Multiplication.

^     Power.

/     Integer division with truncation of the result toward zero. For example, 7/4 and -7/-4 are truncated to 1 and -7/4 and 7/-4 are truncated to -1.

//     Integer division with rounding to the nearest integer. Half-integer values are rounded away from zero unless otherwise specified. For example 3//2 is rounded to 2, and -3//2 is rounded to -2.

DIV     Integer division with truncation of the result towards -∞.

| |     Absolute value. $|x| = x$ when $x > 0$
                                     $|x| = 0$ when $x == 0$
                                     $|x| = -x$ when $x < 0$

%     Modulus operator. Defined only for positive numbers.

Sign( )     $\text{Sign}(x) = 1 \quad x > 0$
                                       $0 \quad x == 0$
                                       $-1 \quad x < 0$

NINT ( )     Nearest integer operator. Returns the nearest integer value to the real-valued argument. Half-integer values are rounded away from zero.

sin     Sine.

cos     Cosine.

exp     Exponential.

√     Square root.

$\log_{10}$     Logarithm to base ten.

$\log_e$     Logarithm to base e.

$\log_2$     Logarithm to base 2.

### 2.2.2 Logical operators

||     Logical OR.

&&     Logical AND.

LUC 017189

LUCDB 0017192

© ISO/IEC                                                                                               ISO/IEC 11172-3: 1993 (E)

    !        Logical NOT

### 2.2.3 Relational operators

    >       Greater than.

    >=      Greater than or equal to.

    <       Less than.

    <=      Less than or equal to.

    ==      Equal to.

    !=      Not equal to.

max [,...,]     the maximum value in the argument list.

min [,...,]     the minimum value in the argument list.

### 2.2.4 Bitwise operators

A twos complement number representation is assumed where the bitwise operators are used.

    &       AND

    |       OR

    >>      Shift right with sign extension.

    <<      Shift left with zero fill.

### 2.2.5 Assignment

    =       Assignment operator.

### 2.2.6 Mnemonics

The following mnemonics are defined to describe the different data types used in the coded bit-stream.

| | |
|---|---|
| bslbf | Bit string, left bit first, where "left" is the order in which bit strings are written in ISO/IEC 11172. Bit strings are written as a string of 1s and 0s within single quote marks, e.g. '1000 0001'. Blanks within a bit string are for ease of reading and have no significance. |
| ch | Channel. If ch has the value 0, the left channel of a stereo signal or the first of two independent signals is indicated. (Audio) |
| nch | Number of channels; equal to 1 for single_channel mode, 2 in other modes. (Audio) |
| gr | Granule of 3 * 32 subband samples in audio Layer II, 18 * 32 sub-band samples in audio Layer III. (Audio) |
| main_data | The main_data portion of the bitstream contains the scalefactors, Huffman encoded data, and ancillary information. (Audio) |
| main_data_beg | The location in the bitstream of the beginning of the main_data for the frame. The location is equal to the ending location of the previous frame's main_data plus one bit. It is calculated from the main_data_end value of the previous frame. (Audio) |
| part2_length | The number of main_data bits used for scalefactors. (Audio) |

LUC 017190

LUCDB 0017193

| | |
|---|---|
| rpchof | Remainder polynomial coefficients, highest order first. (Audio) |
| sb | Subband. (Audio) |
| sblimit | The number of the lowest sub-band for which no bits are allocated. (Audio) |
| scfsi | Scalefactor selection information. (Audio) |
| switch_point_l | Number of scalefactor band (long block scalefactor band) from which point on window switching is used. (Audio) |
| switch_point_s | Number of scalefactor band (short block scalefactor band) from which point on window switching is used. (Audio) |
| uimsbf | Unsigned integer, most significant bit first. |
| vlclbf | Variable length code, left bit first, where "left" refers to the order in which the VLC codes are written. |
| window | Number of the actual time slot in case of block_type=2, $0 \leq $ window $\leq 2$. (Audio) |

The byte order of multi-byte words is most significant byte first.

### 2.2.7 Constants

| | |
|---|---|
| $\pi$ | 3,14159265358... |
| e | 2,71828182845... |

## 2.3    Method of describing bitstream syntax

The bitstream retrieved by the decoder is described in 2.4.1. Each data item in the bitstream is in bold type. It is described by its name, its length in bits, and a mnemonic for its type and order of transmission.

The action caused by a decoded data element in a bitstream depends on the value of that data element and on data elements previously decoded. The decoding of the data elements and definition of the state variables used in their decoding are described in 2.4.2. The following constructs are used to express the conditions when data elements are present, and are in normal type:

Note this syntax uses the 'C'-code convention that a variable or expression evaluating to a non-zero value is equivalent to a condition that is true.

| | |
|---|---|
| while ( condition ) {<br>    **data_element**<br>    . . .<br>} | If the condition is true, then the group of data elements occurs next in the data stream. This repeats until the condition is not true. |
| do {<br>    **data_element**<br>    . . .<br>} while ( condition ) | The data element always occurs at least once.<br><br>The data element is repeated until the condition is not true. |
| if ( condition) {<br>    **data_element**<br>    . . .<br>} | If the condition is true, then the first group of data elements occurs next in the data stream. |
| else {<br>    **data_element**<br>    . . .<br>} | If the condition is not true, then the second group of data elements occurs next in the data stream. |

LUC 017191

LUCDB 0017194

```
for (expr1; expr2; expr3) {    expr1 is an expression specifying the initialization of the loop. Normally it
    data_element              specifies the initial state of the counter. expr2 is a condition specifying a test
        ...                   made before each iteration of the loop. The loop terminates when the condition
}                             is not true. expr3 is an expression that is performed at the end of each iteration
                              of the loop, normally it increments a counter.
```

Note that the most common usage of this construct is as follows:

```
for ( i = 0; i < n; i++) {    The group of data elements occurs n times. Conditional constructs
    data_element              within the group of data elements may depend on the value of the
        ...                   loop control variable i, which is set to zero for the first occurrence,
}                             incremented to one for the second occurrence, and so forth.
```

As noted, the group of data elements may contain nested conditional constructs. For compactness, the { } may be omitted when only one data element follows.

**data_element [ ]**         data_element [] is an array of data. The number of data elements is indicated by the context.

**data_element [n]**         data_element [n] is the n+1th element of an array of data.

**data_element [m][n]**      data_element [m][n] is the m+1,n+1 th element of a two-dimensional array of data.

**data_element [l][m][n]**   data_element [l][m][n] is the l+1,m+1,n+1 th element of a three-dimensional array of data.

**data_element [m..n]**      is the inclusive range of bits between bit m and bit n in the data_element.

While the syntax is expressed in procedural terms, it should not be assumed that 2.4.3 implements a satisfactory decoding procedure. In particular, it defines a correct and error-free input bitstream. Actual decoders must include a means to look for start codes in order to begin decoding correctly.

### Definition of bytealigned function

The function bytealigned () returns 1 if the current position is on a byte boundary, that is the next bit in the bitstream is the first bit in a byte. Otherwise it returns 0.

### Definition of nextbits function

The function nextbits () permits comparison of a bit string with the next bits to be decoded in the bitstream.

### Definition of next_start_code function

The next_start_code function removes any zero bit and zero byte stuffing and locates the next start code.

| Syntax | No. of bits | Mnemonic |
|---|---|---|
| next_start_code() {<br>    while ( !bytealigned() )<br>        zero_bit<br>    while ( nextbits() != '0000 0000 0000 0000 0000 0001' )<br>        zero_byte<br>} | 1<br><br>8 | '0'<br><br>'00000000' |

This function checks whether the current position is bytealigned. If it is not, zero stuffing bits are present. After that any number of zero bytes may be present before the start-code. Therefore start-codes are always bytealigned and may be preceded by any number of zero stuffing bits.

LUC 017192

LUCDB 0017195