ISO/IEC 11172-3: 1993 (E)    © ISO/IEC

(64 000/48 000)*576 = 768 bit at 48 kHz sampling frequency. This means that there is a maximum deviation (short time buffer) of 7 680 - 4*768 = 4 608 bits is allowed at 64 kbits/s. The actual deviation is equal to the number of bytes denoted by the main_data_begin offset pointer. The actual maximum deviation is 2**9 * 8 bit = 4 096 bits. For intermediate bitrates the delay and buffer length can be calculated accordingly. The exchange of buffer between the left and right channel in a stereo bitstream is allowed without restrictions. Because of the constraint on the buffer size main_data_begin is always set to 0 in the case of bitrate_index==14, i.e. data rate 320 kbits/s per stereo signal. In this case all data are allocated between adjacent header words.

At sampling frequencies lower than 48 kHz the buffer should be constrained such that the same physical buffer size is sufficient as the one calculated for the 48 kHz case above.

## 2.4.3.4.5    Scalefactors

The scalefactors are decoded according to the slen1 and slen2 which themselves are determined from the values of scalefac_compress. The decoded values can be used as entries into a table or used to calculate the factors for each scalefactor band directly. When decoding the second granule, the scfsi has to be considered. For the bands in which the corresponding scfsi is set to 1, the scalefactors of the first granule are also used for the second granule, therefore they are not transmitted for the second granule.

The number of bits used to encode scalefactors is called part2_length, and is calculated as follows.

For block_type == 0, 1, or 3 (long blocks):

$$part2\_length = 11 * slen1 + 10 * slen2 .$$

For block_type==2 (short blocks) and mixed_block_flag == 0:

$$part2\_length = 18 * slen1 + 18 * slen2 .$$

For block_type==2 (short blocks) and mixed_block_flag == 1:

$$part2\_length = 17 * slen1 + 18 * slen2 .$$

These formulas are valid if gr==0 or if gr==1 and scfsi[ch][scfsi_band]==0 for all scfsi_bands, i.e. scalefactor selection information is not used.

## 2.4.3.4.6    Huffman decoding

All necessary information including the table which realizes the Huffman code tree can be generated from the tables in table B.7. First the big_values data are decoded, using the tables with the number table_select[gr][ch][region]. The frequency lines in region 0, region 1 and region 2 are Huffman decoded in pairs until big_values number of line-pairs have been decoded. The remaining Huffmancodebits are decoded using the table according to count1table_select[gr][ch]. Decoding is done until all Huffman code bits have been decoded or until quantized values representing 576 frequency lines have been decoded, whichever comes first. If there are more Huffman code bits than necessary to decode 576 values they are regarded as stuffing bits and discarded. The variable count1 is implicitely derived as the number of quadruples of decoded values using count1table_select.

## 2.4.3.4.7    Requantizer

The nonuniform quantizer uses a power law. For each output value, "is", from the Huffman decoder, "$is^{4/3}$" is calculated. This can be done either by table lookup or by explicit calculation.

### 2.4.3.4.7.1    Formula for requantization and all scaling

One complete formula describes all the processing from the Huffman decoded values to the input of the synthesis filterbank. All necessary scaling factors are contained within this formula. The output data are reconstructed from requantized samples. Global gain and subblock gain values affect all values within one time window (in the case of block_type==2). Scalefactors and preflag further adjust the gain within each scalefactor band. An illustration can be found in figure A.8.

LUC 017213

LUCDB 0017216

© ISO/IEC                                ISO/IEC 11172-3: 1993 (E)

The following is the requantization equation for short windows. The Huffman decoded value at buffer index i is called $is_i$, the input to the synthesis filterbank at index i is called $xr_i$:

$$xr_i = \text{sign}(is_i) * |is_i|^{\frac{4}{3}} * 2^{\frac{1}{4}(\text{global\_gain}[gr] - 210 - 8 * \text{subblock\_gain}[\text{window}][gr])}$$

$$* 2^{-(\text{scalefac\_multiplier} * \text{scalefac\_s}[gr][ch][sfb][\text{window}])}$$

For long blocks, the formula is:

$$xr_i = \text{sign}(is_i) * |is_i|^{\frac{4}{3}} * 2^{\frac{1}{4}(\text{global\_gain}[gr] - 210)}$$

$$* 2^{-(\text{scalefac\_multiplier} * (\text{scalefac\_l}[sfb][ch][gr] + \text{preflag}[gr] * \text{pretab}[sfb]))}$$

Pretab[sfb] is a value given in the preemphasis table B.6. The constant 210 in this formula is needed to scale the output appropriately. It is a system constant. The synthesis filterbank is assumed to be implemented according to the formulas below. The range of the output values of the decoder (PCM samples) is between - 1.0 and + 1.0.

## 2.4.3.4.8    Reordering

If short blocks are used (block_type==2), the rescaled data xr[scf_band][window][freq_line] (as described in huffmancodebits() in 2.4.1.7) shall be reordered in subband order, xr[subband][window][freq_line], prior to the IMDCT operation.

## 2.4.3.4.9    Stereo Processing

After requantization, the reconstructed values are processed for MS or intensity stereo modes or both, before going to the synthesis filterbank. In MS_stereo mode, both channels of a granule must have the same block_type.

### 2.4.3.4.9.1    MS_stereo mode

This mode switch (found in the header: mode_extension) allows switching from "independent stereo" to MS_stereo. If MS_stereo is enabled but intensity stereo is not enabled the entire spectrum is decoded in MS_stereo. If both MS_Stereo and intensity stereo are enabled, the upper bound of the scalefactor bands decoded in MS_stereo is derived from the "zero_part" of the difference (right) channel. In this case the scalefactor band in which the last non-zero (right channel) frequency line occurs is the last scalefactor band to which the MS_stereo equations apply. Above this bound intensity stereo may be applied if enabled in the header. The "zero_part" of the difference channel is the part of the spectrum from "bigvalues * 2 + count1 * 4" (see 2.4.2.7) to the Nyquist rate.

### 2.4.3.4.9.2    MS matrix

In MS stereo mode the values of the normalized middle/side channels $M_i/S_i$ are transmitted instead of the left/right channel values $L_i/R_i$. Thus $L_i/R_i$ are reconstructed using

$$L_i = \frac{M_i + S_i}{\sqrt{2}} \text{ and } R_i = \frac{M_i - S_i}{\sqrt{2}}.$$

The values $M_i$ are transmitted in the left, values $S_i$ are transmitted in the right channel.

If window switching occurs, then the M and S channels must switch synchronously.

LUC 017214

### 2.4.3.4.9.3    Intensity stereo mode

This mode switch (found in the header: mode_extension) allows switching from 'normal stereo' to intensity stereo. In Layer III, intensity stereo is not done using a pair of scalefactor s as in Layers I and II, but by specifying the magnitude (via the scalefactors of the right channel as normal) and a stereo position $is\_pos_{sb}[sfb]$. $is\_pos_{sb}[sfb]$ is transmitted instead of scalefactors for the right channels. The stereo position is used to derive the left and right channel signals according to the formulas below. The lower bound of the scalefactor bands decoded in intensity stereo is derived from the "zero_part" of the right

LUCDB 0017217

ISO/IEC 11172-3: 1993 (E)

© ISO/IEC

channel. Above this bound decoding of intensity stereo is applied using the scalefactors of the right channel as intensity stereo positions. An intensity stereo position of 7 in one scalefactor band indicates that this scalefactor band is not decoded as intensity stereo.

```
Scalefactor bands :
|    |    |    |    |    |    |    |    |    | . . . |    |
|<--- nonzero_part of spectrum (right chan) --->|<----- zero_part of spectrum ------>|
|<------- m/s or l/r stereo coded part --------->|<- intensity stereo coded part ->|
```

For each scalefactor band (sb) coded in intensity stereo, the following steps are executed:

1) the intensity stereo position $is\_pos_{sb}$ is read from the scalefactor of the right channel.

2) if ($is\_pos_{sb} == 7$) do not perform the following steps (illegal is_pos).

3) $is\_ratio = \tan\left(is\_pos_{sb} * \frac{\pi}{12}\right)$.

4) $L_i := L_i * \dfrac{is\_ratio}{1 + is\_ratio}$   for all indices i within the actual scalefactor band sb.

5) $R_i := L_i * \dfrac{1}{1 + is\_ratio}$   for all indices i within the actual scalefactor band sb.

## 2.4.3.4.10   Synthesis filterbank

Figure A.4. shows a block diagram including the synthesis filterbank. The frequency lines are preprocessed by the "alias reduction" scheme (see the block diagrams in in figure A.5 and in table B.9. for the coefficients) and fed into the IMDCT matrix, each 18 into one transform block. The first half of the output values are added to the stored overlap values from the last block. These values are new output values and are input values for the polyphase filterbank. The second half of the output values is stored for overlap with the next data granule. For every second subband of the polyphase filterbank every second input value is multiplied by -1 to correct for the frequency inversion of the polyphase filterbank.

### 2.4.3.4.10.1   Alias reduction

For long block_type granules (block_type != 2) the input to the synthesis filterbank is processed for alias reduction before processing by the IMDCT. The following pseudo code describes the alias reduction computation:

```
for (sb=1; sb<32; sb++)
    for (i=0; i<8; i++) {
        xar[18*sb-1-i] = xr[18*sb-1-i]Cs[i] - xr[18*sb+i]Ca[i]
        xar[18*sb+i] = xr[18*sb+i]Cs[i] + xr[18*sb-1-i]Ca[i]
    }
```

The indices of arrays xar[] and xr[] label the frequency lines in a granule, arranged in order of lowest frequency to highest frequency, with zero being the index of the lowest frequency line, and 575 being the index of the highest. The coefficients Cs[i] and Ca[i] can be found in table B.9. Figures A.5 and A.6 illustrate the alias reduction computation.

Alias reduction is not applied for granules with block_type == 2 (short block).

### 2.4.3.4.10.2   IMDCT

In the following, n is the number of windowed samples (for short blocks n is 12, for long blocks n is 36). In the case of a block of type "short", each of the three short blocks is transformed separately. n/2 values $X_k$ are transformed to n values $x_i$. The analytical expression of the IMDCT is:

$$x_i = \sum_{k=0}^{\frac{n}{2}-1} X_k \cos\left(\frac{\pi}{2n}\left(2i + 1 + \frac{n}{2}\right)(2k+1)\right) \quad \text{for } i = 0 \text{ to } n-1$$

LUC 017215

LUCDB 0017218

© ISO/IEC

### 2.4.3.4.10.3   Windowing

Depending on the block_type different shapes of windows are used.

a)    block_type=0 (normal window)

$$z_i = x_i \sin\left(\frac{\pi}{36}\left(i + \frac{1}{2}\right)\right) \quad \text{for } i = 0 \text{ to } 35$$

b)    block_type=1 (start block)

$$z_i = \begin{cases} x_i \sin\left(\frac{\pi}{36}\left(i + \frac{1}{2}\right)\right) & \text{for } i = 0 \text{ to } 17 \\ x_i & \text{for } i = 18 \text{ to } 23 \\ x_i \sin\left(\frac{\pi}{12}\left(i - 18 + \frac{1}{2}\right)\right) & \text{for } i = 24 \text{ to } 29 \\ 0 & \text{for } i = 30 \text{ to } 35 \end{cases}$$

c)    block_type=3 (stop block)

$$z_i = \begin{cases} 0 & \text{for } i = 0 \text{ to } 5 \\ x_i \sin\left(\frac{\pi}{12}\left(i - 6 + \frac{1}{2}\right)\right) & \text{for } i = 6 \text{ to } 11 \\ x_i & \text{for } i = 12 \text{ to } 17 \\ x_i \sin\left(\frac{\pi}{30}\left(i + \frac{1}{2}\right)\right) & \text{for } i = 18 \text{ to } 35 \end{cases}$$

d)    block_type=2 (short block)

Each of the three short blocks is windowed separately.

$$y_i^{(j)} = x_i^{(j)} \sin\left(\frac{\pi}{12}\left(i + \frac{1}{2}\right)\right) \quad \text{for } i = 0 \text{ to } 11, \ j = 0 \text{ to } 2$$

The windowed short blocks must be overlapped and concatenated.

$$z_i = \begin{cases} 0 & \text{for } i = 0 \text{ to } 5 \\ y_{i-6}^{(1)} & \text{for } i = 6 \text{ to } 11 \\ y_{i-6}^{(1)} + y_{i-12}^{(2)} & \text{for } i = 12 \text{ to } 17 \\ y_{i-12}^{(2)} + y_{i-18}^{(3)} & \text{for } i = 18 \text{ to } 23 \\ y_{i-18}^{(3)} & \text{for } i = 24 \text{ to } 29 \\ 0 & \text{for } i = 30 \text{ to } 35 \end{cases}$$

### 2.4.3.4.10.4   Overlapping and adding with previous block

The first half of the block of 36 values is overlapped with the second half of the previous block. The second half of the actual block is stored to be used in the next block:

$$\text{result}_i = z_i + s_i \quad \text{for } i = 0 \text{ to } 17$$
$$s_i = z_{i+18} \quad \text{for } i = 0 \text{ to } 17$$

### 2.4.3.4.10.5   Compensation for frequency inversion of polyphase filterbank

The output of the overlap add consists of 18 time samples for each of the 32 polyphase subbands. If the time samples are labeled 0 through 17, with 0 being the earliest time sample, and subbands are labeled 0 through 31, with 0 being the lowest subband, then every odd time sample of every odd subband is multiplied by -1 before processing by the polyphase filter bank.

LUC 017216

LUCDB 0017219

ISO/IEC 11172-3: 1993 (E)                                        © ISO/IEC

# Annex A

(normative)

## Diagrams



Figure A.1 -- Layer I and II decoder flow chart

38

LUC 017217

LUCDB 0017220

© ISO/IEC    ISO/IEC 11172-3: 1993 (E)



Figure   A.2 -- Synthesis  subband  filter  flow  chart

---

[1]    V to be initialized with zeroes during startup.

LUC 017218

LUCDB 0017221

ISO/IEC 11172-3: 1993 (E)                    © ISO/IEC



**Figure A.3 -- Layer III decoder flow chart**

LUC 017219

LUCDB 0017222

© ISO/IEC                                                ISO/IEC 11172-3: 1993 (E)





Each IMDCT module
calculates 18 output
values y0..y17 out of
18 input spectral
values.
For every other
subband every other
output sample should
be multiplied by -1, as
shown in the diagram.

**Figure  A.4  --  Layer  III  decoder  diagram**

LUC 017220

LUCDB 0017223

ISO/IEC 11172-3: 1993 (E)    © ISO/IEC



**Figure   A.5 -- Layer III aliasing reduction decoder diagram**



**Figure   A.6 -- Layer III aliasing-butterfly, decoder**

LUC 017221

LUCDB 0017224

© ISO/IEC                                                    ISO/IEC 11172-3: 1993 (E)



Figure   A.7.a  --  Layer III bitstream organization



**) main_data_begin 4 == 0 : This signifies that main data starts directly after the side
    Information for frame 4.   This is the lower limit for main_data_begin;
    main_data cannot start later than this point.  Note that data bytes used by "sync" and
    "side info" are not counted by the main_data_begin pointer.
Note: 'info' means information

Figure   A.7.b  --  Layer III bitstream organization with peak demand at main info 3 and
                    small demand at main info 2.

LUC 017222

LUCDB 0017225

ISO/IEC 11172-3: 1993 (E)

© ISO/IEC



**Figure A.8 -- Layer III illustration of granules for frame with block_type == 0 in first granule and block_type == 2 in second granule.**



**Figure A.9 -- CRC-check diagram**

LUC 017223

LUCDB 0017226

© ISO/IEC                                                    ISO/IEC 11172-3: 1993 (E)

# Annex B

(normative)

## Tables

Table   B.1 -- Layer I,II scalefactors

| index | scalefactor | index | scalefactor |
|---|---|---|---|
| 0 | 2,00000000000000 | 32 | 0,00123039165029 |
| 1 | 1,58740105196820 | 33 | 0,00097656250000 |
| 2 | 1,25992104989487 | 34 | 0,00077509816991 |
| 3 | 1,00000000000000 | 35 | 0,00061519582514 |
| 4 | 0,79370052598410 | 36 | 0,00048828125000 |
| 5 | 0,62996052494744 | 37 | 0,00038754908495 |
| 6 | 0,50000000000000 | 38 | 0,00030759791257 |
| 7 | 0,39685026299205 | 39 | 0,00024414062500 |
| 8 | 0,31498026247372 | 40 | 0,00019377454248 |
| 9 | 0,25000000000000 | 41 | 0,00015379895629 |
| 10 | 0,19842513149602 | 42 | 0,00012207031250 |
| 11 | 0,15749013123686 | 43 | 0,00009688727124 |
| 12 | 0,12500000000000 | 44 | 0,00007689947814 |
| 13 | 0,09921256574801 | 45 | 0,00006103515625 |
| 14 | 0,07874506561843 | 46 | 0,00004844363562 |
| 15 | 0,06250000000000 | 47 | 0,00003844973907 |
| 16 | 0,04960628287401 | 48 | 0,00003051757813 |
| 17 | 0,03937253280921 | 49 | 0,00002422181781 |
| 18 | 0,03125000000000 | 50 | 0,00001922486954 |
| 19 | 0,02480314143700 | 51 | 0,00001525878906 |
| 20 | 0,01968626640461 | 52 | 0,00001211090890 |
| 21 | 0,01562500000000 | 53 | 0,00000961243477 |
| 22 | 0,01240157071850 | 54 | 0,00000762939453 |
| 23 | 0,00984313320230 | 55 | 0,00000605545445 |
| 24 | 0,00781250000000 | 56 | 0,00000480621738 |
| 25 | 0,00620078535925 | 57 | 0,00000381469727 |
| 26 | 0,00492156660115 | 58 | 0,00000302772723 |
| 27 | 0,00390625000000 | 59 | 0,00000240310869 |
| 28 | 0,00310039267963 | 60 | 0,00000190734863 |
| 29 | 0,00246078330058 | 61 | 0,00000151386361 |
| 30 | 0,00195312500000 | 62 | 0,00000120155435 |
| 31 | 0,00155019633981 | | |

**LUC 017224**

LUCDB 0017227

ISO/IEC 11172-3: 1993 (E)                                      © ISO/IEC

## Table B.2 -- Layer II bit allocation tables

### Table B.2a -- Possible quantization per subband

Fs = 48 kHz      Bit rates per channel = 56, 64, 80, 96, 112, 128, 160, 192 kbits/s, and free format.
Fs = 44,1 kHz    Bit rates per channel = 56, 64, 80 kbits/s.
Fs = 32 kHz      Bit rates per channel = 56, 64, 80 kbits/s.

| sb | nbal | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|----|------|---|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|
| 0 | 4 | - | 3 | 7 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 16383 | 32767 | 65535 |
| 1 | 4 | - | 3 | 7 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 16383 | 32767 | 65535 |
| 2 | 4 | - | 3 | 7 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 16383 | 32767 | 65535 |
| 3 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 4 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 5 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 6 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 7 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 8 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 9 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 10 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 11 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 12 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 13 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 14 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 15 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 16 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 17 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 18 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 19 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 20 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 21 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 22 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 23 | 2 | - | 3 | 5 | 65535 | | | | | | | | | | | | |
| 24 | 2 | - | 3 | 5 | 65535 | | | | | | | | | | | | |
| 25 | 2 | - | 3 | 5 | 65535 | | | | | | | | | | | | |
| 26 | 2 | - | 3 | 5 | 65535 | | | | | | | | | | | | |
| 27 | 0 | - | | | | | | | | | | | | | | | |
| 28 | 0 | - | | | | | | | | | | | | | | | |
| 29 | 0 | - | | | | | | | | | | | | | | | |
| 30 | 0 | - | | | | | | | | | | | | | | | |
| 31 | 0 | - | | | | | | | | | | | | | | | |

sblimit = 27
Sum of nbal = 88

46

LUC 017225

LUCDB 0017228

© ISO/IEC                                          ISO/IEC 11172-3: 1993 (E)

Table   B.2b  --  Possible  quantization  per  subband

Fs = 48 kHz        -------------- not relevant --------------
Fs = 44,1 kHz      Bitrates per channel = 96, 112, 128, 160, 192 kbits/s and free format
Fs = 32 kHz        Bitrates per channel = 96, 112, 128, 160, 192 kbits/s and free format

index

| sb | nbal | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|----|------|---|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|
| 0 | 4 | - | 3 | 7 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 16383 | 32767 | 65535 |
| 1 | 4 | - | 3 | 7 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 16383 | 32767 | 65535 |
| 2 | 4 | - | 3 | 7 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 16383 | 32767 | 65535 |
| 3 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 4 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 5 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 6 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 7 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 8 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 9 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 10 | 4 | - | 3 | 5 | 7 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 65535 |
| 11 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 12 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 13 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 14 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 15 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 16 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 17 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 18 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 19 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 20 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 21 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 22 | 3 | - | 3 | 5 | 7 | 9 | 15 | 31 | 65535 | | | | | | | | |
| 23 | 2 | - | 3 | 5 | 65535 | | | | | | | | | | | | |
| 24 | 2 | - | 3 | 5 | 65535 | | | | | | | | | | | | |
| 25 | 2 | - | 3 | 5 | 65535 | | | | | | | | | | | | |
| 26 | 2 | - | 3 | 5 | 65535 | | | | | | | | | | | | |
| 27 | 2 | - | 3 | 5 | 65535 | | | | | | | | | | | | |
| 28 | 2 | - | 3 | 5 | 65535 | | | | | | | | | | | | |
| 29 | 2 | - | 3 | 5 | 65535 | | | | | | | | | | | | |
| 30 | 0 | - | | | | | | | | | | | | | | | |
| 31 | 0 | - | | | | | | | | | | | | | | | |

sblimit = 30
Sum of nbal = 94

LUC 017226

LUCDB 0017229

ISO/IEC 11172-3: 1993 (E)                                                © ISO/IEC

### Table B.2c -- Possible quantization per subband

Fs = 48 kHz      Bitrates per channel = 32, 48 kbits/s
Fs = 44,1 kHz    Bitrates per channel = 32, 48 kbits/s
Fs = 32 kHz      -------- not relevant --------

|     |      |   |   |   |   |    |    |    |     | index |     |      |      |      |      |       |       |
| sb  | nbal | 0 | 1 | 2 | 3 | 4  | 5  | 6  | 7   | 8   | 9   | 10   | 11   | 12   | 13   | 14    | 15    |
|-----|------|---|---|---|---|----|----|----|-----|-----|-----|------|------|------|------|-------|-------|
| 0   | 4    | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 16383 | 32767 |
| 1   | 4    | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 16383 | 32767 |
| 2   | 3    | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 |     |     |      |      |      |      |       |       |
| 3   | 3    | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 |     |     |      |      |      |      |       |       |
| 4   | 3    | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 |     |     |      |      |      |      |       |       |
| 5   | 3    | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 |     |     |      |      |      |      |       |       |
| 6   | 3    | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 |     |     |      |      |      |      |       |       |
| 7   | 3    | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 |     |     |      |      |      |      |       |       |
| 8   | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 9   | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 10  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 11  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 12  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 13  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 14  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 15  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 16  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 17  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 18  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 19  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 20  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 21  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 22  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 23  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 24  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 25  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 26  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 27  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 28  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 29  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 30  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |
| 31  | 0    | - |   |   |   |    |    |    |     |     |     |      |      |      |      |       |       |

sblimit = 8
Sum of nbal = 26

LUC 017227

LUCDB 0017230

© ISO/IEC                                           ISO/IEC 11172-3: 1993 (E)

### Table  B.2d. -- Possible  quantization  per  subband

Fs = 48 kHz       ------- not relevant -------
Fs = 44,1kHz      ------- not relevant -------
Fs = 32 kHz       Bitrates per channel = 32, 48 kbits/s.

| | | | | | | | | | index | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sb | nbal | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 0 | 4 | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 16383 | 32767 |
| 1 | 4 | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | 255 | 511 | 1023 | 2047 | 4095 | 8191 | 16383 | 32767 |
| 2 | 3 | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | | | | | | | | |
| 3 | 3 | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | | | | | | | | |
| 4 | 3 | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | | | | | | | | |
| 5 | 3 | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | | | | | | | | |
| 6 | 3 | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | | | | | | | | |
| 7 | 3 | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | | | | | | | | |
| 8 | 3 | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | | | | | | | | |
| 9 | 3 | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | | | | | | | | |
| 10 | 3 | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | | | | | | | | |
| 11 | 3 | - | 3 | 5 | 9 | 15 | 31 | 63 | 127 | | | | | | | | |
| 12 | 0 | - | | | | | | | | | | | | | | | |
| 13 | 0 | - | | | | | | | | | | | | | | | |
| 14 | 0 | - | | | | | | | | | | | | | | | |
| 15 | 0 | - | | | | | | | | | | | | | | | |
| 16 | 0 | - | | | | | | | | | | | | | | | |
| 17 | 0 | - | | | | | | | | | | | | | | | |
| 18 | 0 | - | | | | | | | | | | | | | | | |
| 19 | 0 | - | | | | | | | | | | | | | | | |
| 20 | 0 | - | | | | | | | | | | | | | | | |
| 21 | 0 | - | | | | | | | | | | | | | | | |
| 22 | 0 | - | | | | | | | | | | | | | | | |
| 23 | 0 | - | | | | | | | | | | | | | | | |
| 24 | 0 | - | | | | | | | | | | | | | | | |
| 25 | 0 | - | | | | | | | | | | | | | | | |
| 26 | 0 | - | | | | | | | | | | | | | | | |
| 27 | 0 | - | | | | | | | | | | | | | | | |
| 28 | 0 | - | | | | | | | | | | | | | | | |
| 29 | 0 | - | | | | | | | | | | | | | | | |
| 30 | 0 | - | | | | | | | | | | | | | | | |
| 31 | 0 | - | | | | | | | | | | | | | | | |

sblimit = 12
Sum of nbal = 38

**LUC 017228**

49

LUCDB 0017231

ISO/IEC 11172-3: 1993 (E)                                                  © ISO/IEC

## Table  B.3 -- Coefficients  $D_i$  of  the  synthesis  window

| | | | |
|---|---|---|---|
| D[  0]=  0,000000000 | D[  1]=-0,000015259 | D[  2]=-0,000015259 | D[  3]=-0,000015259 |
| D[  4]=-0,000015259 | D[  5]=-0,000015259 | D[  6]=-0,000015259 | D[  7]=-0,000030518 |
| D[  8]=-0,000030518 | D[  9]=-0,000030518 | D[ 10]=-0,000030518 | D[ 11]=-0,000045776 |
| D[ 12]=-0,000045776 | D[ 13]=-0,000061035 | D[ 14]=-0,000061035 | D[ 15]=-0,000076294 |
| D[ 16]=-0,000076294 | D[ 17]=-0,000091553 | D[ 18]=-0,000106812 | D[ 19]=-0,000106812 |
| D[ 20]=-0,000122070 | D[ 21]=-0,000137329 | D[ 22]=-0,000152588 | D[ 23]=-0,000167847 |
| D[ 24]=-0,000198364 | D[ 25]=-0,000213623 | D[ 26]=-0,000244141 | D[ 27]=-0,000259399 |
| D[ 28]=-0,000289917 | D[ 29]=-0,000320435 | D[ 30]=-0,000366211 | D[ 31]=-0,000396729 |
| D[ 32]=-0,000442505 | D[ 33]=-0,000473022 | D[ 34]=-0,000534058 | D[ 35]=-0,000579834 |
| D[ 36]=-0,000625610 | D[ 37]=-0,000686646 | D[ 38]=-0,000747681 | D[ 39]=-0,000808716 |
| D[ 40]=-0,000885010 | D[ 41]=-0,000961304 | D[ 42]=-0,001037598 | D[ 43]=-0,001113892 |
| D[ 44]=-0,001205444 | D[ 45]=-0,001296997 | D[ 46]=-0,001388550 | D[ 47]=-0,001480103 |
| D[ 48]=-0,001586914 | D[ 49]=-0,001693726 | D[ 50]=-0,001785278 | D[ 51]=-0,001907349 |
| D[ 52]=-0,002014160 | D[ 53]=-0,002120972 | D[ 54]=-0,002243042 | D[ 55]=-0,002349854 |
| D[ 56]=-0,002456665 | D[ 57]=-0,002578735 | D[ 58]=-0,002685547 | D[ 59]=-0,002792358 |
| D[ 60]=-0,002899170 | D[ 61]=-0,002990723 | D[ 62]=-0,003082275 | D[ 63]=-0,003173828 |
| D[ 64]=-0,003250122 | D[ 65]=-0,003326416 | D[ 66]=-0,003387451 | D[ 67]=-0,003433228 |
| D[ 68]=-0,003463745 | D[ 69]=-0,003479004 | D[ 70]=-0,003479004 | D[ 71]=-0,003463745 |
| D[ 72]=-0,003417969 | D[ 73]=-0,003372192 | D[ 74]=-0,003280640 | D[ 75]=-0,003173828 |
| D[ 76]=-0,003051758 | D[ 77]=-0,002883911 | D[ 78]=-0,002700806 | D[ 79]=-0,002487183 |
| D[ 80]=-0,002227783 | D[ 81]=-0,001937866 | D[ 82]=-0,001617432 | D[ 83]=-0,001266479 |
| D[ 84]=-0,000869751 | D[ 85]=-0,000442505 | D[ 86]=-0,000030518 | D[ 87]= 0,000549316 |
| D[ 88]= 0,001098633 | D[ 89]= 0,001693726 | D[ 90]= 0,002334595 | D[ 91]= 0,003005981 |
| D[ 92]= 0,003723145 | D[ 93]= 0,004486084 | D[ 94]= 0,005294800 | D[ 95]= 0,006118774 |
| D[ 96]= 0,007003784 | D[ 97]= 0,007919312 | D[ 98]= 0,008865356 | D[ 99]= 0,009841919 |
| D[100]= 0,010848999 | D[101]= 0,011886597 | D[102]= 0,012939453 | D[103]= 0,014022827 |
| D[104]= 0,015121460 | D[105]= 0,016235352 | D[106]= 0,017349243 | D[107]= 0,018463135 |
| D[108]= 0,019577026 | D[109]= 0,020690918 | D[110]= 0,021789551 | D[111]= 0,022857666 |
| D[112]= 0,023910522 | D[113]= 0,024932861 | D[114]= 0,025909424 | D[115]= 0,026840210 |
| D[116]= 0,027725220 | D[117]= 0,028533936 | D[118]= 0,029281616 | D[119]= 0,029937744 |
| D[120]= 0,030532837 | D[121]= 0,031005859 | D[122]= 0,031387329 | D[123]= 0,031661987 |
| D[124]= 0,031814575 | D[125]= 0,031845093 | D[126]= 0,031738281 | D[127]= 0,031478882 |
| D[128]= 0,031082153 | D[129]= 0,030517578 | D[130]= 0,029785156 | D[131]= 0,028884888 |
| D[132]= 0,027801514 | D[133]= 0,026535034 | D[134]= 0,025085449 | D[135]= 0,023422241 |
| D[136]= 0,021575928 | D[137]= 0,019531250 | D[138]= 0,017257690 | D[139]= 0,014801025 |
| D[140]= 0,012115479 | D[141]= 0,009231567 | D[142]= 0,006134033 | D[143]= 0,002822876 |
| D[144]=-0,000686646 | D[145]=-0,004394531 | D[146]=-0,008316040 | D[147]=-0,012420654 |
| D[148]=-0,016708374 | D[149]=-0,021179199 | D[150]=-0,025817871 | D[151]=-0,030609131 |
| D[152]=-0,035552979 | D[153]=-0,040634155 | D[154]=-0,045837402 | D[155]=-0,051132202 |
| D[156]=-0,056533813 | D[157]=-0,061996460 | D[158]=-0,067520142 | D[159]=-0,073059082 |
| D[160]=-0,078628540 | D[161]=-0,084182739 | D[162]=-0,089706421 | D[163]=-0,095169067 |
| D[164]=-0,100540161 | D[165]=-0,105819702 | D[166]=-0,110946655 | D[167]=-0,115921021 |
| D[168]=-0,120697021 | D[169]=-0,125259399 | D[170]=-0,129562378 | D[171]=-0,133590698 |
| D[172]=-0,137298584 | D[173]=-0,140670776 | D[174]=-0,143676758 | D[175]=-0,146255493 |
| D[176]=-0,148422241 | D[177]=-0,150115967 | D[178]=-0,151306152 | D[179]=-0,151962280 |
| D[180]=-0,152069092 | D[181]=-0,151596069 | D[182]=-0,150497437 | D[183]=-0,148773193 |
| D[184]=-0,146362305 | D[185]=-0,143264771 | D[186]=-0,139450073 | D[187]=-0,134887695 |
| D[188]=-0,129577637 | D[189]=-0,123474121 | D[190]=-0,116577148 | D[191]=-0,108856201 |
| D[192]=-0,100311279 | D[193]= 0,090927124 | D[194]= 0,080688477 | D[195]= 0,069595337 |
| D[196]= 0,057617187 | D[197]= 0,044784546 | D[198]= 0,031082153 | D[199]= 0,016510010 |
| D[200]= 0,001068115 | D[201]=-0,015228271 | D[202]=-0,032379150 | D[203]=-0,050354004 |
| D[204]=-0,069168091 | D[205]=-0,088775635 | D[206]=-0,109161377 | D[207]=-0,130310059 |
| D[208]=-0,152206421 | D[209]=-0,174789429 | D[210]=-0,198059082 | D[211]=-0,221984863 |
| D[212]=-0,246505737 | D[213]=-0,271591187 | D[214]=-0,297210693 | D[215]=-0,323318481 |
| D[216]=-0,349868774 | D[217]=-0,376800537 | D[218]=-0,404083252 | D[219]=-0,431655884 |
| D[220]=-0,459472656 | D[221]=-0,487472534 | D[222]=-0,515609741 | D[223]=-0,543823242 |

LUC 017229

LUCDB 0017232

© ISO/IEC                                                    ISO/IEC 11172-3: 1993 (E)

```
D[224]=-0,572036743   D[225]=-0,600219727   D[226]=-0,628295898   D[227]=-0,656219482
D[228]=-0,683914185   D[229]=-0,711318970   D[230]=-0,738372803   D[231]=-0,765029907
D[232]=-0,791213989   D[233]=-0,816864014   D[234]=-0,841949463   D[235]=-0,866363525
D[236]=-0,890090942   D[237]=-0,913055420   D[238]=-0,935195923   D[239]=-0,956481934
D[240]=-0,976852417   D[241]=-0,996246338   D[242]=-1,014617920   D[243]=-1,031936646
D[244]=-1,048156738   D[245]=-1,063217163   D[246]=-1,077117920   D[247]=-1,089782715
D[248]=-1,101211548   D[249]=-1,111373901   D[250]=-1,120223999   D[251]=-1,127746582
D[252]=-1,133926392   D[253]=-1,130763428   D[254]=-1,142211914   D[255]=-1,144287109
D[256]= 1,144989014   D[257]= 1,144287109   D[258]= 1,142211914   D[259]= 1,138763428
D[260]= 1,133926392   D[261]= 1,127746582   D[262]= 1,120223999   D[263]= 1,111373901
D[264]= 1,101211548   D[265]= 1,089782715   D[266]= 1,077117920   D[267]= 1,063217163
D[268]= 1,048156738   D[269]= 1,031936646   D[270]= 1,014617920   D[271]= 0,996246338
D[272]= 0,976852417   D[273]= 0,956481934   D[274]= 0,935195923   D[275]= 0,913055420
D[276]= 0,890090942   D[277]= 0,866363525   D[278]= 0,841949463   D[279]= 0,816864014
D[280]= 0,791213989   D[281]= 0,765029907   D[282]= 0,738372803   D[283]= 0,711318970
D[284]= 0,683914185   D[285]= 0,656219482   D[286]= 0,628295898   D[287]= 0,600219727
D[288]= 0,572036743   D[289]= 0,543823242   D[290]= 0,515609741   D[291]= 0,487472534
D[292]= 0,459472656   D[293]= 0,431655884   D[294]= 0,404083252   D[295]= 0,376800537
D[296]= 0,349868774   D[297]= 0,323318481   D[298]= 0,297210693   D[299]= 0,271591187
D[300]= 0,246505737   D[301]= 0,221984863   D[302]= 0,198059082   D[303]= 0,174789429
D[304]= 0,152206421   D[305]= 0,130310059   D[306]= 0,109161377   D[307]= 0,088775635
D[308]= 0,069168091   D[309]= 0,050354004   D[310]= 0,032379150   D[311]= 0,015228271
D[312]=-0,001068115   D[313]=-0,016510010   D[314]=-0,031082153   D[315]=-0,044784546
D[316]=-0,057617187   D[317]=-0,069595337   D[318]=-0,080688477   D[319]=-0,090927124
D[320]= 0,100311279   D[321]= 0,108856201   D[322]= 0,116577148   D[323]= 0,123474121
D[324]= 0,129577637   D[325]= 0,134887695   D[326]= 0,139450073   D[327]= 0,143264771
D[328]= 0,146362305   D[329]= 0,148773193   D[330]= 0,150497437   D[331]= 0,151596069
D[332]= 0,152069092   D[333]= 0,151962280   D[334]= 0,151306152   D[335]= 0,150115967
D[336]= 0,148422241   D[337]= 0,146255493   D[338]= 0,143676758   D[339]= 0,140670776
D[340]= 0,137298584   D[341]= 0,133590698   D[342]= 0,129562378   D[343]= 0,125259399
D[344]= 0,120697021   D[345]= 0,115921021   D[346]= 0,110946655   D[347]= 0,105819702
D[348]= 0,100540161   D[349]= 0,095169067   D[350]= 0,089706421   D[351]= 0,084182739
D[352]= 0,078628540   D[353]= 0,073059082   D[354]= 0,067520142   D[355]= 0,061996460
D[356]= 0,056533813   D[357]= 0,051132202   D[358]= 0,045837402   D[359]= 0,040634155
D[360]= 0,035552979   D[361]= 0,030609131   D[362]= 0,025817871   D[363]= 0,021179199
D[364]= 0,016708374   D[365]= 0,012420654   D[366]= 0,008316040   D[367]= 0,004394531
D[368]= 0,000686646   D[369]=-0,002822876   D[370]=-0,006134033   D[371]=-0,009231567
D[372]=-0,012115479   D[373]=-0,014801025   D[374]=-0,017257690   D[375]=-0,019531250
D[376]=-0,021575928   D[377]=-0,023422241   D[378]=-0,025085449   D[379]=-0,026535034
D[380]=-0,027801514   D[381]=-0,028884888   D[382]=-0,029785156   D[383]=-0,030517578
D[384]= 0,031082153   D[385]= 0,031478882   D[386]= 0,031738281   D[387]= 0,031845093
D[388]= 0,031814575   D[389]= 0,031661987   D[390]= 0,031387329   D[391]= 0,031005859
D[392]= 0,030532837   D[393]= 0,029937744   D[394]= 0,029281616   D[395]= 0,028533936
D[396]= 0,027725220   D[397]= 0,026840210   D[398]= 0,025909424   D[399]= 0,024932861
D[400]= 0,023910522   D[401]= 0,022857666   D[402]= 0,021789551   D[403]= 0,020690918
D[404]= 0,019577026   D[405]= 0,018463135   D[406]= 0,017349243   D[407]= 0,016235352
D[408]= 0,015121460   D[409]= 0,014022827   D[410]= 0,012939453   D[411]= 0,011886597
D[412]= 0,010848999   D[413]= 0,009841919   D[414]= 0,008865356   D[415]= 0,007919312
D[416]= 0,007003784   D[417]= 0,006118774   D[418]= 0,005294800   D[419]= 0,004486084
D[420]= 0,003723145   D[421]= 0,003005981   D[422]= 0,002334595   D[423]= 0,001693726
D[424]= 0,001098633   D[425]= 0,000549316   D[426]= 0,000030518   D[427]=-0,000442505
D[428]=-0,000869751   D[429]=-0,001266479   D[430]=-0,001617432   D[431]=-0,001937866
D[432]=-0,002227783   D[433]=-0,002487183   D[434]=-0,002700806   D[435]=-0,002883911
D[436]=-0,003051758   D[437]=-0,003173828   D[438]=-0,003280640   D[439]=-0,003372192
D[440]=-0,003417969   D[441]=-0,003463745   D[442]=-0,003479004   D[443]=-0,003479004
D[444]=-0,003463745   D[445]=-0,003433228   D[446]=-0,003387451   D[447]=-0,003326416
D[448]= 0,003250122   D[449]= 0,003173828   D[450]= 0,003082275   D[451]= 0,002990723
D[452]= 0,002899170   D[453]= 0,002792358   D[454]= 0,002685547   D[455]= 0,002578735
```

LUC 017230

LUCDB 0017233

© ISO/IEC

```
D[456]= 0,002456665    D[457]= 0,002349854    D[458]= 0,002243042    D[459]= 0,002120972
D[460]= 0,002014160    D[461]= 0,001907349    D[462]= 0,001785278    D[463]= 0,001693726
D[464]= 0,001586914    D[465]= 0,001480103    D[466]= 0,001388550    D[467]= 0,001296997
D[468]= 0,001205444    D[469]= 0,001113892    D[470]= 0,001037598    D[471]= 0,000961304
D[472]= 0,000885010    D[473]= 0,000808716    D[474]= 0,000747681    D[475]= 0,000686646
D[476]= 0,000625610    D[477]= 0,000579834    D[478]= 0,000534058    D[479]= 0,000473022
D[480]= 0,000442505    D[481]= 0,000396729    D[482]= 0,000366211    D[483]= 0,000320435
D[484]= 0,000289917    D[485]= 0,000259399    D[486]= 0,000244141    D[487]= 0,000213623
D[488]= 0,000198364    D[489]= 0,000167847    D[490]= 0,000152588    D[491]= 0,000137329
D[492]= 0,000122070    D[493]= 0,000106812    D[494]= 0,000106812    D[495]= 0,000091553
D[496]= 0,000076294    D[497]= 0,000076294    D[498]= 0,000061035    D[499]= 0,000061035
D[500]= 0,000045776    D[501]= 0,000045776    D[502]= 0,000030518    D[503]= 0,000030518
D[504]= 0,000030518    D[505]= 0,000030518    D[506]= 0,000015259    D[507]= 0,000015259
D[508]= 0,000015259    D[509]= 0,000015259    D[510]= 0,000015259    D[511]= 0,000015259
```

**LUC 017231**

LUCDB 0017234

© ISO/IEC                                                ISO/IEC 11172-3: 1993 (E)

Table  B.4 -- Layer II classes of quantization

| Number of steps | C | D | grouping | Samples per codeword | Bits per codeword |
|---|---|---|---|---|---|
| 3 | 1,33333333333 | 0,50000000000 | yes | 3 | 5 |
| 5 | 1,60000000000 | 0,50000000000 | yes | 3 | 7 |
| 7 | 1,14285714286 | 0,25000000000 | no | 1 | 3 |
| 9 | 1,77777777777 | 0,50000000000 | yes | 3 | 10 |
| 15 | 1,06666666666 | 0,12500000000 | no | 1 | 4 |
| 31 | 1,03225806452 | 0,06250000000 | no | 1 | 5 |
| 63 | 1,01587301587 | 0,03125000000 | no | 1 | 6 |
| 127 | 1,00787401575 | 0,01562500000 | no | 1 | 7 |
| 255 | 1,00392156863 | 0,00781250000 | no | 1 | 8 |
| 511 | 1,00195694716 | 0,00390625000 | no | 1 | 9 |
| 1023 | 1,00097751711 | 0,00195312500 | no | 1 | 10 |
| 2047 | 1,00048851979 | 0,00097656250 | no | 1 | 11 |
| 4095 | 1,00024420024 | 0,00048828125 | no | 1 | 12 |
| 8191 | 1,00012208522 | 0,00024414063 | no | 1 | 13 |
| 16383 | 1,00006103888 | 0,00012207031 | no | 1 | 14 |
| 32767 | 1,00003051851 | 0,00006103516 | no | 1 | 15 |
| 65535 | 1,00001525902 | 0,00003051758 | no | 1 | 16 |

Table  B.5 -- Number of protected audio_data bits

| Layer | Protected Fields |
|---|---|
| I | bits 16...31 of header<br>bit allocation |
| II | bits 16...31 of header<br>bit allocation<br>scalefactor selection information |
| III | bits 16...31 of header<br>side information:<br>- bits 0...135 of audio_data in single_channel mode<br>- bits 0...255 of audio_data in other modes |

Table  B.6 -- Layer III preemphasis (pretab)

| scalefactor band (cb) | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| pretab[cb] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 2 | 2 | 3 | 3 | 2 |

**LUC 017232**

LUCDB 0017235