Jenny N. Lee (Bar No. 247684)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorney for Defendants*
*Lucent Technologies Inc.*
*and Alcatel-Lucent, S.A.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LUCENT TECHNOLOGIES INC. and<br>ALCATEL-LUCENT, S.A.,<br><br>　　　　Defendants. | Case No. C 07-03618 JF<br><br>**[PROPOSED] ORDER GRANTING**<br>**DEFENDANTS' FED. R. CIV. P. 56(F)**<br>**MOTION FOR DISCOVERY**<br><br>Date:　　　　November 30, 2007<br>Time:　　　　9:00 a.m.<br>Courtroom:　Courtroom 3, 5th Floor<br>Judge:　　　Hon. Jeremy Fogel |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Upon consideration of Defendants' Fed. R. Civ. P. 56(f) Motion For Discovery, the opposition or reply papers filed by the partie, and the oral argument presented by the parties;

**IT IS HEREBY ORDERED** that Defendants' Fed. R. Civ. P. 56(f) Motion For Discovery is **GRANTED.**

DATED: November 9, 2007            /s/
                                    Honorable Jeremy Fogel
                                    United States District Judge