Bingham McCutchen LLP
GREGORY LIPPETZ (SBN 154228)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
gregory.lippetz@bingham.com

Bingham McCutchen LLP
RICHARD S. TAFFET *Pro Hac Vice*
(NY SBN 1721182)
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
richard.taffet@bingham.com

Bingham McCutchen LLP
ROBERT C. BERTIN *Pro Hac Vice*
(VA Bar No. 42,478)
2020 K Street, NW
Washington, DC 20006
Telephone: (202) 427-4126
Facsimile (202) 373-6413
r.bertin@bingham.com

Attorneys for Plaintiff/Counter-Defendant
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: C 07-03618 JF<br><br>**SECOND DECLARATION OF GREGORY L. LIPPETZ IN SUPPORT OF SANDISK'S MOTION FOR SUMMARY JUDGMENT** |

1    I, Gregory L. Lippetz, declare as follows:

2    1.   I am an attorney duly admitted to practice before this Court, and am a partner at Bingham McCutchen, LLP, Counsel for SanDisk herein.  This declaration is submitted in support of SanDisk's Motion For Summary Judgment and Accompanying Reply Brief.  If called as a witness I would and could testify to the following:

6    2.   Attached as Exhibit A is a true and correct copy of a document entitled Mutual Non-Disclosure Agreement.

8    3.   Attached as Exhibit B is a true and correct copy of an e-mail from Tanya de la Fuente Holland to Ivan Chaperot, dated July 13, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  November 16, 2007

By:   /s/ Gregory L. Lippetz
      Gregory L. Lippetz