| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>GREGORY LIPPETZ (SBN 154228) |
| 2 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 3 | Telephone:  (415) 393-2000<br>Facsimile:  (415) 393-2286 |
| 4 | gregory.lippetz@bingham.com |
| 5 | Bingham McCutchen LLP<br>RICHARD S. TAFFET Pro Hac Vice |
| 6 | (NY SBN 1721182)<br>399 Park Avenue |
| 7 | New York, NY  10022-4689<br>Telephone:  (212) 705-7000 |
| 8 | Facsimile:  (212) 752-5378<br>richard.taffet@bingham.com |
| 9 | |
| 10 | Bingham McCutchen LLP<br>ROBERT C. BERTIN Pro Hac Vice |
| 11 | (VA Bar No. 42,478)<br>2020 K Street, NW |
| 12 | Washington, DC 20006<br>Telephone: (202) 427-4126 |
| 13 | Facsimile (202) 373-6413<br>r.bertin@bingham.com |
| 14 | Attorneys for Plaintiff/Counter-Defendant<br>SANDISK CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SANDISK CORPORATION, | No. C 07-03618 JF | |
| Plaintiff, | SANDISK CORPORATION'S ADMINISTRATIVE REQUEST TO ALLOW EQUIPMENT INTO THE COURTROOM | |
| vs. | | |
| LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A., | Date: November 30, 2007<br>Time: 9:00 a.m.<br>Location: Courtroom 3 | |
| Defendants. | Judge: Hon. Jeremy Fogel | |
| AND RELATED COUNTERCLAIM | | |

A/72323968.1/3002631-0000326417

SANDISK CORPORATION'S ADMINISTRATIVE REQUEST TO ALLOW EQUIPMENT INTO THE
COURTROOM C 07-03618 JF

1           In accordance with this Court's security procedures, Plaintiff and Counter-Defendant SanDisk Corporation requests the Court's authorization to bring and use equipment in the courtroom for a short presentation in conjunction with its oral argument at the hearings on Motion for Summary Judgment and Motion to Dismiss held on November 30, 2007. SanDisk respectfully requests the Court enter the attached [Proposed] Order allowing SanDisk to bring the following equipment into Judge Fogel's courtroom prior to the hearing:

    1. Laptop computer
    2. Power cables
    3. Projector
    4. Cables
    5. Audio/Visual Cart (for equipment)

DATED: November 20, 2007

        Bingham McCutchen LLP


By:     /s/ Gregory L. Lippetz
      Gregory L. Lippetz
    Attorneys for Plaintiff/Counter-Defendant
      SanDisk Corporation