# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>    Defendants. | No. C 07-03618 JF<br><br>[PROPOSED] ORDER GRANTING SANDISK CORPORATION'S ADMINISTRATIVE REQUEST TO ALLOW EQUIPMENT INTO THE COURTROOM<br><br>Date:     November 30, 2007<br>Time:    9:00 a.m.<br>Location: Courtroom 3<br>Judge:   Hon. Jeremy Fogel |
| AND RELATED COUNTERCLAIM | |

The Court, having considered SanDisk Corporation's Administrative Request to Allow Equipment Into the Courtroom at its hearings on the Motion for Summary Judgment and the Motion to Dismiss held on November 30, 2007, good cause appearing, hereby orders as follows:

A/72324087.1/3002631-0000326417

1       **IT IS HEREBY ORDERED** that SanDisk Corporation's Administrative Request

2 to Allow Equipment in the Courtroom is **GRANTED**.

3

4

5

6 DATED: November _____, 2007

7

8

9                                       By:_____

                                                Jeremy Fogel

10                                                District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/72324087.1/3002631-0000326417    2

[PROPOSED] ORDER GRANTING SANDISK CORPORATION'S ADMINISTRATIVE REQUEST TO ALLOW EQUIPMENT INTO THE COURTROOM C 07-03618 JF