**\*\*E-filed 11/26/07\*\***

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>        Defendants. | No. C 07-03618 JF<br><br>[~~PROPOSED~~] ORDER GRANTING SANDISK CORPORATION'S ADMINISTRATIVE REQUEST TO ALLOW EQUIPMENT INTO THE COURTROOM<br><br>Date:       November 30, 2007<br>Time:       9:00 a.m.<br>Location:  Courtroom 3<br>Judge:      Hon. Jeremy Fogel |
| AND RELATED COUNTERCLAIM | |

The Court, having considered SanDisk Corporation's Administrative Request to Allow Equipment Into the Courtroom at its hearings on the Motion for Summary Judgment and the Motion to Dismiss held on November 30, 2007, good cause appearing, hereby orders as follows:

A/72324087.1/3002631-0000326417

1       **IT IS HEREBY ORDERED** that SanDisk Corporation's Administrative Request
2 to Allow Equipment in the Courtroom is **GRANTED**.

6 DATED: November  26 , 2007

By: _____
                  Jeremy Fogel
                District Court Judge

A/72324087.1/3002631-0000326417      2

[PROPOSED] ORDER GRANTING SANDISK CORPORATION'S ADMINISTRATIVE REQUEST TO
ALLOW EQUIPMENT INTO THE COURTROOM C 07-03618 JF