Clerk's Use Only

Initial for fee pd.:

Robert A. Appleby, KIRKLAND & ELLIS LLP, 153 East 53rd Street, New York, New York 10022, (212) 446-4800

# FILED

## UNITED STATES DISTRICT COURT A 11: 34

2007 NOV 26

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SANDISK CORPORATION,

                    Plaintiff(s),

        v.

LUCENT TECHNOLOGIES INC. AND
ALCATEL-LUCENT, S.A.,

                    Defendant(s).                    /

CASE NO. 5:07-cv-03618 JF

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Robert A. Appleby                    , an active member in good standing of the bar of the State of New York                    , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants                    in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jenny N. Lee, KIRKLAND & ELLIS LLP, 555 California Street, San Francisco, California 94104-1501, (415) 439-1400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11-19-2007

                                        Robert A. Appleby

RECEIVED

2007 NOV 26  AM 11: 0 6

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES  DISTRICT COURT
## Northern District of California

1

2

3

4

5    SANDISK CORPORATION,

6                                                    **CASE NO.  5:07-cv-03618 JF**

7                                                    **(Proposed)**
                              Plaintiff(s),          **ORDER GRANTING APPLICATION**
8              v.                                    **FOR ADMISSION OF ATTORNEY**
                                                     ***PRO HAC VICE***
9    LUCENT TECHNOLOGIES INC. AND
     ALCATEL-LUCENT, S.A.,
10

11

12                           Defendant(s).
                                                /

13    Robert A. Appleby                              , an active member in good standing of the bar of

14    the State of New York                          whose business address and telephone number

15    (particular court to which applicant is admitted)

16    is

17    KIRKLAND & ELLIS LLP, 153 East 53rd Street
      New York, New York  10022, (212) 446-4800
18

19    having applied in the above-entitled action for admission to practice in the Northern District of

20    California on a *pro hac vice* basis, representing Defendants

21          IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23    *vice*. Service of papers upon and communication with co-counsel designed in the application will

24    constitute notice to the party. All future filings in this action are subject to the requirements

25    contained in General Order No. 45, *Electronic Case Filing*.

26

27    Dated:

28                                                   _____

                                                     United States District      Judge

UNITED STATES DISTRICT COURT
For the Northern District of California