UNITED STATES DISTRICT COURT

Northern District of California

SANDISK CORPORATION,

            Plaintiff(s),

v.

LUCENT TECHNOLOGIES INC. AND ALCATEL-LUCENT, S.A.,

            Defendant(s).

CASE NO. 5:07-cv-03618 JF

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Robert A. Appleby, an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is

KIRKLAND & ELLIS LLP, 153 East 53rd Street
New York, New York 10022, (212) 446-4800

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11-27-07

            United States District Judge

RECEIVED 2007 NOV 26 AM 11: RICHARD W. WIEKING CLERK

Filed NOV 28 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE