UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, November 30, 2007
**Case Number:** CV-07-3618-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:      SANDISK CORPORATION V. LUCENT TECHNOLOGIES, ET AL

PLAINTIFF                                          DEFENDANT

Attorneys Present: Gregory Lippetz              Attorneys Present: Robert Appleby, James
Richard Taffet                                                      Mc Manis, Boaz Brickman

PROCEEDINGS:

Hearing on Motion to Dismiss and Motion for Summary Judgment held. Parties are present. The motions are taken under submission. Counsel are directed to file any agreements within one week. The case management conference is continued to 1/25/08 at 10:30 a.m.