| Clerk's Use Only |
|---|
| Initial for fee pd.: |

William C. Mercer, KIRKLAND & ELLIS LLP, 153 East 53rd Street, New York, New York 10022, (212) 446-4800

FILED
2007 NOV -3 A 11: 29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDISK CORPORATION,

           Plaintiff(s),

v.

LUCENT TECHNOLOGIES INC. AND ALCATEL-LUCENT, S.A.,

           Defendant(s).

CASE NO. 5:07-cv-03618

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, William C. Mercer, an active member in good standing of the bar of the States of New York and Connecticut, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jenny N. Lee, KIRKLAND & ELLIS LLP, 555 California Street, San Francisco, California 94104-1501, (415) 439-1400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11-19-2007

William C. Mercer

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002172
Cashier ID: harwellt
Transaction Date: 12/03/2007
Payer Name: Kirkland and Ellis
------------------------------------
PRO HAC VICE
 For: William C. Mercer
 Case/Party: D-CAN-5-07-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 18886
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 07-cv-03618-JF

For Attorney: William C. Mercer


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```