RECEIVED

2007 DEC -3  AM 11: 40

RICHARD W. WIEKING
CLERK
U S DISTRICT COURT
NO DIST OF CA S.J.

**Filed**

DEC – 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

SANDISK CORPORATION,

                                  Plaintiff(s),

            v.

LUCENT TECHNOLOGIES INC. AND
ALCATEL-LUCENT, S.A.,

                                  Defendant(s).
_____/

CASE NO.  5:07-cv-03618

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

William C. Mercer                                    , an active member in good standing of the bar of

the States of New York and Connecticut                whose business address and telephone number

(particular court to which applicant is admitted)

is

KIRKLAND & ELLIS LLP, 153 East 53rd Street
New York, New York  10022, (212) 446-4800

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Defendants

        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac
vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
                United States District        Judge

UNITED STATES DISTRICT COURT
For the Northern District of California