1 | Jenny N. Lee (Bar No. 247684)
2 | KIRKLAND & ELLIS LLP
   | 555 California Street
3 | San Francisco, California 94104-1501
   | Telephone: (415) 439-1400
4 | Facsimile: (415) 439-1500

5 | *Attorney for Defendants*
   | *Lucent Technologies Inc.*
6 | *and Alcatel-Lucent, S.A.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| SANDISK CORPORATION, | ) | Case No. C 07-03618 JF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY PENDING RESOLUTION OF THE MICROSOFT APPEAL** |
| LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A., | ) | |
| Defendants. | ) | |

# [PROPOSED] ORDER

Upon consideration of Defendants' Motion To Dismiss Without Prejudice Or Stay Pending Resolution Of Appeal In Related Case, the opposition or reply papers filed by the parties, the oral argument presented by the parties, and Lucent's agreement to waive its right to seek past damages and any damages accruing during a stay pending resolution of the *Microsoft* appeal;

**IT IS HEREBY ORDERED** that Defendants' Motion For Stay Pending Resolution Of The *Microsoft* Appeal is **GRANTED.**

DATED: December 21, 2007          /s/
                          Honorable Jeremy Fogel
                          United States District Judge