Jenny N. Lee (Bar No. 247684)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone:   (415) 439-1400
Facsimile:    (415) 439-1500
Email:         jlee@kirkland.com

JAMES McMANIS (40958)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:    (408) 279-3244
Email:         jmcmanis@mfmlaw.com

Attorneys for Defendants/Counterclaimants,
LUCENT TECHNOLOGIES INC. and
ALCATEL-LUCENT, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC. and<br>ALCATEL-LUCENT, S.A.,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C-07-03618 JF<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Kirkland & Ellis LLP, attorneys for defendants and counterclaimants LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A., hereby associates as co-counsel James McManis of the law firm of McManis Faulkner & Morgan, whose address is 50 West San Fernando Street, 10th Floor, San Jose, CA 95113, telephone: (408) 279-8700, facsimile: (408) 279-3244, e-mail: jmcmanis@mfmlaw.com.

---
1
NOTICE OF ASSOCIATION OF COUNSEL, CASE NO. C-07-03618 JF

1
2
3                                     KIRKLAND & ELLIS LLP
4  DATED: Dec. 14, 2007           /s/ Jenny Lee
5                                    Attorneys for Defendants/Counterclaimants,
6                                    LUCENT TECHNOLOGIES INC. and
                                    ALCATEL-LUCENT, S.A.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28