1   Bingham McCutchen LLP
    GREGORY LIPPETZ (SBN 154228)
2   Three Embarcadero Center
    San Francisco, CA  94111-4067
3   Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
4   gregory.lippetz@bingham.com

5   Bingham McCutchen LLP
    RICHARD S. TAFFET Pro Hac Vice
6   (NY SBN 1721182)
    399 Park Avenue
7   New York, NY  10022-4689
    Telephone:  (212) 705-7000
8   Facsimile:  (212) 752-5378
    richard.taffet@bingham.com
9
    Attorneys for Plaintiff/Counter-Defendant
10  SANDISK CORPORATION

11  Kirkland & Ellis LLP
    JENNY N. LEE (SBN 247684)
12  555 California Street
    San Francisco, CA 94104-1501
13  Telephone: (415) 439-1400
    Facsimile: (415) 439-1500
14  jlee@kirkland.com

15  Attorneys for Defendants/Counter-Plaintiffs
    Lucent Technologies Inc. and
16  Alcatel-Lucent, S.A.

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19                  SAN JOSE DIVISION

20

| 21 | SANDISK CORPORATION, | No. C 07-03618 JF |
|---|---|---|
| 22 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| 23 | vs. | |
| 24 | LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A., | Date:       December 21, 2007 Time:       9:00 a.m. Location:   Courtroom 3 |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | AND RELATED COUNTERCLAIM | |

A/72353733.1/3002631-0000326417

1                Pursuant Civil L.R. 6-1(a) and Civil L.R. 7-7(b)(1), the parties stipulate to the

2 following:

3                WHEREAS, on July 17, 2007, this action for declaratory judgment of patent non-

4 infringement and invalidity was commenced in United States District Court, Northern District

5 of California, San Jose Division;

6                WHEREAS, on October 12, 2007, defendants Lucent Technologies, Inc. and

7 Alcatel Lucent, S.A. (collectively "Lucent") filed a Motion to Dismiss Without Prejudice or

8 Stay Pending Resolution of Appeal in Related Case ("Lucent's Motion");

9                WHEREAS, on October 26, 2007, plaintiff SanDisk Corporation ("SanDisk")

10 filed a Motion for Summary Judgment and a Motion to Dismiss Lucent's Counterclaim;

11                WHEREAS, on November 30, 2007, the Court heard argument on SanDisk's

12 Motions, and took the motions under submission.  The Court also set a Case Management

13 Conference for January 25, 2008;

14                WHEREAS, the hearing on Lucent's Motion is calendared for December 21,

15 2007;

16                WHEREAS, for efficiency, SanDisk requested, and Lucent agreed, to continue

17 the hearing on Lucent's Motion until January 25, 2008, the date of the Court ordered CMC;

18                WHEREAS, the parties have not previously stipulated to continue the hearing.

19                NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as

20 follows:

21                The hearing on defendant Lucent's Motion to Dismiss Without Prejudice or Stay

22 Pending Resolution of Appeal in Related Case will be continued to January 25, 2008 at a time

23 to be determined by the Court.

24 ///

25 ///

26 ///

27 ///

28 ///

1

2   DATED:  December 17, 2007

3                                              Bingham McCutchen LLP

4

5
                                               By:_____/s/ Gregory L. Lippetz_____
6                                                       Gregory L. Lippetz
                                               Attorneys for Plaintiff/Counter-Defendant
7                                                     SanDisk Corporation

8   DATED:  December 17, 2007

9

10                                             Kirkland & Ellis LLP

11

12
                                               By:_____/s/ Jenny N. Lee_____
13                                                      Jenny N. Lee
                                               Attorneys for Defendants/Counter-Plaintiffs
14                                                  Lucent Technologies Inc. and
                                                      Alcatel-Lucent, S.A.
15

16

17
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
18
    DATED:  _____          By:_____
19                                         THE HONORABLE JEREMY FOGEL
                                           UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28
    A/72353733.1/3002631-0000326417                3