1  Bingham McCutchen LLP
   GREGORY LIPPETZ (SBN 154228)
2  Three Embarcadero Center
   San Francisco, CA  94111-4067
3  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
4  gregory.lippetz@bingham.com

5  Bingham McCutchen LLP                        **E-filed 12/18/07**
   RICHARD S. TAFFET Pro Hac Vice
6  (NY SBN 1721182)
   399 Park Avenue
7  New York, NY  10022-4689
   Telephone:  (212) 705-7000
8  Facsimile:  (212) 752-5378
   richard.taffet@bingham.com
9
   Attorneys for Plaintiff/Counter-Defendant
10 SANDISK CORPORATION

11 Kirkland & Ellis LLP
   JENNY N. LEE (SBN 247684)
12 555 California Street
   San Francisco, CA 94104-1501
13 Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
14 jlee@kirkland.com

15 Attorneys for Defendants/Counter-Plaintiffs
   Lucent Technologies Inc. and
16 Alcatel-Lucent, S.A.

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                            SAN JOSE DIVISION

20

| | |
|---|---|
| 21  SANDISK CORPORATION,            | No. C 07-03618 JF |
| 22       Plaintiff,                 | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| 23  vs.                             | |
| 24  LUCENT TECHNOLOGIES INC. and    | Date:      December 21, 2007 |
|     ALCATEL-LUCENT, S.A.,           | Time:      9:00 a.m. |
| 25                                  | Location:  Courtroom 3 |
|          Defendants.                | |
| 26                                  | |
| 27                                  | |
| 28  AND RELATED COUNTERCLAIM        | |

A/72353733.1/3002631-0000326417

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING C 07-03618 JF

1        Pursuant Civil L.R. 6-1(a) and Civil L.R. 7-7(b)(1), the parties stipulate to the
2   following:
3        WHEREAS, on July 17, 2007, this action for declaratory judgment of patent non-
4   infringement and invalidity was commenced in United States District Court, Northern District
5   of California, San Jose Division;
6        WHEREAS, on October 12, 2007, defendants Lucent Technologies, Inc. and
7   Alcatel Lucent, S.A. (collectively "Lucent") filed a Motion to Dismiss Without Prejudice or
8   Stay Pending Resolution of Appeal in Related Case ("Lucent's Motion");
9        WHEREAS, on October 26, 2007, plaintiff SanDisk Corporation ("SanDisk")
10  filed a Motion for Summary Judgment and a Motion to Dismiss Lucent's Counterclaim;
11       WHEREAS, on November 30, 2007, the Court heard argument on SanDisk's
12  Motions, and took the motions under submission.  The Court also set a Case Management
13  Conference for January 25, 2008;
14       WHEREAS, the hearing on Lucent's Motion is calendared for December 21,
15  2007;
16       WHEREAS, for efficiency, SanDisk requested, and Lucent agreed, to continue
17  the hearing on Lucent's Motion until January 25, 2008, the date of the Court ordered CMC;
18       WHEREAS, the parties have not previously stipulated to continue the hearing.
19       NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as
20  follows:
21       The hearing on defendant Lucent's Motion to Dismiss Without Prejudice or Stay
22  Pending Resolution of Appeal in Related Case will be continued to January 25, 2008 at a time
23  to be determined by the Court.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

A/72353733.1/3002631-0000326417                 2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING C 07-03618 JF

DATED: December 17, 2007

Bingham McCutchen LLP

By: /s/ Gregory L. Lippetz
Gregory L. Lippetz
Attorneys for Plaintiff/Counter-Defendant
SanDisk Corporation

DATED: December 17, 2007

Kirkland & Ellis LLP

By: /s/ Jenny N. Lee
Jenny N. Lee
Attorneys for Defendants/Counter-Plaintiffs
Lucent Technologies Inc. and
Alcatel-Lucent, S.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/18/07    By: [signature]
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE