Bingham McCutchen LLP
GREGORY LIPPETZ (SBN 154228)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
gregory.lippetz@bingham.com

Attorneys for Plaintiff/Counter-Defendant
SANDISK CORPORATION

Jenny N. Lee (Bar No. 247684)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant/Counterclaimant
LUCENT TECHNOLOGIES INC. AND ALCATEL-LUCENT, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: C 07 03618 JF<br><br>JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT<br><br>Date: January 25, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 3<br>Judge: Hon. Jeremy Fogel |

SanDisk Corporation ("SanDisk") and Lucent Technologies and Alcatel-Lucent, S.A. (collectively "Lucent") hereby jointly submit this Supplemental Case Management Statement in preparation for the January 25, 2008 Continued Case Management Conference.

A/72390542.1/3002631-0000326417

1       On November 21, 2007, SanDisk and Lucent filed a Joint Case Management
2  Statement Pursuant To Federal Rule Of Civil Procedure 26(f).

3       On November 30, 2007, SanDisk and Lucent appeared for hearings on SanDisk's
4  Motion for Summary Judgment and SanDisk's Motion to Dismiss Lucent's Counterclaim.  The
5  Court heard argument and took these motions under submission.  The Court further requested
6  that the parties meet and confer regarding whether they could agree on the terms of a consensual
7  stay of this case pending the appeal of *Lucent Technologies Inc. v. Gateway, Inc. et al.*, Case No.
8  02CV2060, LEXIS U.S. Dist. LEXIS 57135 (S.D. Cal. Aug. 6, 2007) (the "*Microsoft* case"), that
9  is currently before the Federal Circuit.  The Court also continued the Case Management
10 Conference to January 25, 2008.

11      The parties met and conferred, but were unable to reach an agreement.  On
12 December 7, 2007, the parties separately filed statements regarding the parties' attempts to agree
13 on the terms of a consensual stay.  *See* SanDisk Corporation's Report Following November 30,
14 2007 Hearing, *see also* Lucent's Supplemental Case Management Statement.

15      Other than as discussed herein, the parties have no changes to the November 21,
16 2007 Joint Case Management Statement.

DATED:  January 18, 2008        Bingham McCutchen LLP

By:     /s/ Gregory L. Lippetz
        Gregory L. Lippetz
        Attorneys for Plaintiff/Counter-Defendant
        SanDisk Corporation

DATED:  January 18, 2008        KIRKLAND & ELLIS LLP

By:     /s/ Jenny N. Lee
        Jenny N. Lee
        Attorneys for Defendant/Counterclaimant
        Lucent Technologies Inc. and Alcatel-Lucent, S.A

A/72390542.1/3002631-0000326417        2

JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT C 07-03618 JF