Bingham McCutchen LLP
GREGORY LIPPETZ (SBN 154228)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
gregory.lippetz@bingham.com

Bingham McCutchen LLP
RICHARD S. TAFFET Pro Hac Vice
(NY SBN 1721182)
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
richard.taffet@bingham.com

Attorneys for Plaintiff/Counter-Defendant
SANDISK CORPORATION

Kirkland & Ellis LLP
JENNY N. LEE (SBN 247684)
555 California Street
San Francisco, CA 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
jlee@kirkland.com

Attorneys for Defendants/Counter-Plaintiffs
Lucent Technologies Inc. and
Alcatel-Lucent, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>    Defendants. | No. C 07-03618 JF<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING<br><br>Date:     Feb. 8, 2008<br>Time:     9:00 a.m.<br>Location: Courtroom 3 |
| AND RELATED COUNTERCLAIM | |

1   Pursuant Civil L.R. 6-1(a) and Civil L.R. 7-7(b)(1), the parties stipulate to the
2   following:
3   WHEREAS, on January 25, 2008, the Court was scheduled to hear argument on
4   Lucent's Motion to Dismiss Without Prejudice or Stay Pending Resolution of Appeal in
5   Related Case, and to conduct a further Case Management Conference;
6   WHEREAS, the Court has informed the parties that the matters set for hearing on
7   January 25, 2008, will be rescheduled to a later hearing date;
8   WHEREAS, the Court initially continued the January 25, 2008 hearing date to
9   February 8, 2008;
10  WHEREAS, the parties agree that February 8, 2008 is not a mutually convenient
11  date;
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as follows:

2  The hearing on defendant Lucent's Motion to Dismiss Without Prejudice or Stay
3  Pending Resolution of Appeal in Related Case, will be continued to February 15, 2008 at 9:00
4  a.m. and the Case Management Conference will be continued to February 15, 2008 at 10:30
5  a.m.

7  DATED:  January 25, 2008

Bingham McCutchen LLP

By:        /s/ Gregory L. Lippetz
           Gregory L. Lippetz
Attorneys for Plaintiff/Counter-Defendant
           SanDisk Corporation

14  DATED:  January 25, 2008

Kirkland & Ellis LLP

By:        /s/ Jenny N. Lee
           Jenny N. Lee
Attorneys for Defendants/Counter-Plaintiffs
           Lucent Technologies Inc. and
           Alcatel-Lucent, S.A.

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24  DATED: _____     By:_____
                                 THE HONORABLE JEREMY FOGEL
                                 UNITED STATES DISTRICT JUDGE