| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | GREGORY LIPPETZ (SBN 154228) |
| 2 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 3 | Telephone:  (415) 393-2000 |
|   | Facsimile:  (415) 393-2286 |
| 4 | gregory.lippetz@bingham.com |
| 5 | Bingham McCutchen LLP |
|   | RICHARD S. TAFFET Pro Hac Vice |
| 6 | (NY SBN 1721182) |
|   | 399 Park Avenue |
| 7 | New York, NY  10022-4689 |
|   | Telephone:  (212) 705-7000 |
| 8 | Facsimile:  (212) 752-5378 |
|   | richard.taffet@bingham.com |
| 9 | |
|   | Attorneys for Plaintiff/Counter-Defendant |
| 10 | SANDISK CORPORATION |
| 11 | Kirkland & Ellis LLP |
|   | JENNY N. LEE (SBN 247684) |
| 12 | 555 California Street |
|   | San Francisco, CA 94104-1501 |
| 13 | Telephone: (415) 439-1400 |
|   | Facsimile: (415) 439-1500 |
| 14 | jlee@kirkland.com |
| 15 | Attorneys for Defendants/Counter-Plaintiffs |
|   | Lucent Technologies Inc. and |
| 16 | Alcatel-Lucent, S.A. |

17           UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA

19                    SAN JOSE DIVISION

20

| | | |
|---|---|---|
| 21 | SANDISK CORPORATION, | No. C 07-03618 JF |
| 22 |     Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| 23 | vs. | |
| 24 | LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A., | Date:      Feb. 8, 2008<br>Time:      9:00 a.m.<br>Location:  Courtroom 3 |
| 25 |     Defendants. | |
| 26 | | |
| 27 | | |
| 28 | AND RELATED COUNTERCLAIM | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING C 07-03618 JF

A/72398236.1/3002631-0000326417

1     Pursuant Civil L.R. 6-1(a) and Civil L.R. 7-7(b)(1), the parties stipulate to the
2  following:
3     WHEREAS, on January 25, 2008, the Court was scheduled to hear argument on
4  Lucent's Motion to Dismiss Without Prejudice or Stay Pending Resolution of Appeal in
5  Related Case, and to conduct a further Case Management Conference;
6     WHEREAS, the Court has informed the parties that the matters set for hearing on
7  January 25, 2008, will be rescheduled to a later hearing date;
8     WHEREAS, the Court initially continued the January 25, 2008 hearing date to
9  February 8, 2008;
10    WHEREAS, the parties agree that February 8, 2008 is not a mutually convenient
11 date;
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1   NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as follows:

2         The hearing on defendant Lucent's Motion to Dismiss Without Prejudice or Stay

3   Pending Resolution of Appeal in Related Case, will be continued to February 15, 2008 at 9:00

4   a.m. and the Case Management Conference will be continued to February 15, 2008 at 10:30

5   a.m.

7   DATED: January 25, 2008

                Bingham McCutchen LLP

11  By: _____/s/ Gregory L. Lippetz_____
             Gregory L. Lippetz
      Attorneys for Plaintiff/Counter-Defendant
             SanDisk Corporation

14  DATED: January 25, 2008

                Kirkland & Ellis LLP

18  By: _____/s/ Jenny N. Lee_____
             Jenny N. Lee
    Attorneys for Defendants/Counter-Plaintiffs
        Lucent Technologies Inc. and
          Alcatel-Lucent, S.A.

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24  DATED: __1/28/08_____    By: _____[signature]_____
                                THE HONORABLE JEREMY FOGEL
                                UNITED STATES DISTRICT JUDGE