## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

### CIVIL MINUTES

**Court Proceedings:** Law and Motion Hearing, February 15, 2008
**Case Number:** CV-07-3618-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          SANDISK CORPORATION V. LUCENT TECHNOLOGIES, ET AL

               PLAINTIFF                              DEFENDANT

**Attorneys Present:** Gregory Lippetz          **Attorneys Present:** Robert Appleby
                       Richard Taffet                                    James Mc Manis

PROCEEDINGS:

Hearing on Motion to Dismiss or Stay held. Parties are present. The motion is taken under submission. The Court shall withhold ruling for two weeks, pending further notice from counsel. The case management conference is not held.