| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>GREGORY LIPPETZ (SBN 154228) |
| 2 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 3 | Telephone:  (415) 393-2000<br>Facsimile:  (415) 393-2286 |
| 4 | gregory.lippetz@bingham.com |
| 5 | Bingham McCutchen LLP<br>RICHARD S. TAFFET Pro Hac Vice |
| 6 | (NY SBN 1721182)<br>399 Park Avenue |
| 7 | New York, NY  10022-4689<br>Telephone:  (212) 705-7000 |
| 8 | Facsimile:  (212) 752-5378<br>richard.taffet@bingham.com |
| 9 | |
| 10 | Attorneys for Plaintiff/Counter-Defendant<br>SANDISK CORPORATION |
| 11 | Kirkland & Ellis LLP<br>JENNY N. LEE (SBN 247684) |
| 12 | 555 California Street<br>San Francisco, CA 94104-1501 |
| 13 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 14 | jlee@kirkland.com |
| 15 | Attorneys for Defendants/Counter-Plaintiffs<br>Lucent Technologies Inc. and |
| 16 | Alcatel-Lucent, S.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 21 | SANDISK CORPORATION, | No. C 07-03618 JF |
| 22 | Plaintiff, | **STIPULATION AND REQUEST FOR AN EXTENSION OF TIME FOR THE PARTIES TO NEGOTIATE** |
| 23 | vs. | |
| 24 | LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A., | |
| 25 | Defendants. | |
| 26 | | |
| 27 | AND RELATED COUNTERCLAIM | |
| 28 | | |

C 07-03618 JF

STIPULATION AND REQUEST FOR AN EXTENSION OF TIME FOR THE PARTIES TO NEGOTIATE

A/72451809.1

1  Plaintiff SanDisk Corporation ("SanDisk") and defendants Lucent Technologies
2  Inc. and Alcatel-Lucent S.A. (collectively "Lucent") hereby stipulate as follows:
3  WHEREAS, on October 12, 2007, Lucent filed a Motion to Dismiss Without
4  Prejudice or Stay Pending Resolution of Appeal in Related Case,
5  WHEREAS, on November 30, 2007, and on February 15, 2008, the Court heard
6  argument from the parties related to Lucent's Motion, and requested that the parties meet and
7  confer to discuss whether they could reach an agreement under which this action could be
8  stayed, and requested the parties to report back to the Court by February 29, 2008,
9  WHEREAS, pursuant to the Court's request, the parties have been negotiating the
10 terms under which SanDisk would consent to a stay of this action, and
11 WHEREAS, the parties request the Court provide them with an additional one
12 week to reach an agreement.
13 THEREFORE, the parties stipulate as follows:
14 The parties will continue to negotiate the terms of a settlement agreement and
15 provide the Court with a report by March 7, 2008.
16 SO STIPULATED
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND REQUEST FOR AN EXTENSION OF TIME FOR THE PARTIES TO NEGOTIATE
A/72451809.1

1  DATED: February 29, 2008
2
3                                           Bingham McCutchen LLP
4
5
                                            By:        /s/ Gregory L. Lippetz
6                                                  Gregory L. Lippetz
                                            Attorneys for Plaintiff/Counter-Defendant
7                                                  SanDisk Corporation
8
   DATED: February 29, 2008
9
10                                          Kirkland & Ellis LLP
11
12
                                            By:        /s/ Jenny N. Lee
13                                                 Jenny N. Lee
                                            Attorneys for Defendants/Counter-Plaintiffs
14                                              Lucent Technologies Inc. and
                                                    Alcatel-Lucent, S.A.
15
16
17
18 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 DATED: _____
                                            By:_____
20                                          THE HONORABLE JEREMY FOGEL
                                            UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

                                            3                              C 07-03618 JF

STIPULATION AND REQUEST FOR AN EXTENSION OF TIME FOR THE PARTIES TO NEGOTIATE
A/72451809.1