**E-filed 3/4/08**

Bingham McCutchen LLP
GREGORY LIPPETZ (SBN 154228)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
gregory.lippetz@bingham.com

Bingham McCutchen LLP
RICHARD S. TAFFET Pro Hac Vice
(NY SBN 1721182)
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
richard.taffet@bingham.com

Attorneys for Plaintiff/Counter-Defendant
SANDISK CORPORATION

Kirkland & Ellis LLP
JENNY N. LEE (SBN 247684)
555 California Street
San Francisco, CA 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
jlee@kirkland.com

Attorneys for Defendants/Counter-Plaintiffs
Lucent Technologies Inc. and
Alcatel-Lucent, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | No. C 07-03618 JF<br><br>**STIPULATION AND REQUEST FOR AN EXTENSION OF TIME FOR THE PARTIES TO NEGOTIATE** |

1  Plaintiff SanDisk Corporation ("SanDisk") and defendants Lucent Technologies
2  Inc. and Alcatel-Lucent S.A. (collectively "Lucent") hereby stipulate as follows:
3  WHEREAS, on October 12, 2007, Lucent filed a Motion to Dismiss Without
4  Prejudice or Stay Pending Resolution of Appeal in Related Case,
5  WHEREAS, on November 30, 2007, and on February 15, 2008, the Court heard
6  argument from the parties related to Lucent's Motion, and requested that the parties meet and
7  confer to discuss whether they could reach an agreement under which this action could be
8  stayed, and requested the parties to report back to the Court by February 29, 2008,
9  WHEREAS, pursuant to the Court's request, the parties have been negotiating the
10 terms under which SanDisk would consent to a stay of this action, and
11 WHEREAS, the parties request the Court provide them with an additional one
12 week to reach an agreement.
13 THEREFORE, the parties stipulate as follows:
14 The parties will continue to negotiate the terms of a settlement agreement and
15 provide the Court with a report by March 7, 2008.
16 SO STIPULATED
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND REQUEST FOR AN EXTENSION OF TIME FOR THE PARTIES TO NEGOTIATE
A/72451809.1

1

DATED: February 29, 2008

2

3                                                Bingham McCutchen LLP

4

5
                                                 By:           /s/ Gregory L. Lippetz
6                                                              Gregory L. Lippetz
                                                 Attorneys for Plaintiff/Counter-Defendant
7                                                              SanDisk Corporation

8
DATED: February 29, 2008
9

10                                               Kirkland & Ellis LLP

11

12
                                                 By:           /s/ Jenny N. Lee
13                                                              Jenny N. Lee
                                                 Attorneys for Defendants/Counter-Plaintiffs
14                                                     Lucent Technologies Inc. and
                                                              Alcatel-Lucent, S.A.
15

16

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  DATED: ___3/3/08_____

                                                 By: _____
20                                               THE HONORABLE JEREMY FOGEL
                                                 UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

                                                 3                          C 07-03618 JF

A/72451809.1