1  Bingham McCutchen LLP
   GREGORY LIPPETZ (SBN 154228)
2  Three Embarcadero Center
   San Francisco, CA  94111-4067
3  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
4  gregory.lippetz@bingham.com

5  Bingham McCutchen LLP
   RICHARD S. TAFFET Pro Hac Vice
6  (NY SBN 1721182)
   399 Park Avenue
7  New York, NY  10022-4689
   Telephone:  (212) 705-7000
8  Facsimile:  (212) 752-5378
   richard.taffet@bingham.com
9
   Attorneys for Plaintiff/Counter-Defendant
10 SANDISK CORPORATION

11 Kirkland & Ellis LLP
   JENNY N. LEE (SBN 247684)
12 555 California Street
   San Francisco, CA 94104-1501
13 Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
14 jlee@kirkland.com

15 Attorneys for Defendants/Counter-Plaintiffs
   Lucent Technologies Inc. and
16 Alcatel-Lucent, S.A.

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                             SAN JOSE DIVISION

20

| 21 | SANDISK CORPORATION, | No. C 07-03618 JF |
|---|---|---|
| 22 | Plaintiff, | **STIPULATION AND REQUEST FOR ORDER STAYING ACTION** |
| 23 | vs. | |
| 24 | LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A., | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | AND RELATED COUNTERCLAIM | |

1    Plaintiff SanDisk Corporation ("SanDisk") and defendants Lucent Technologies
2  Inc. and Alcatel-Lucent S.A. (collectively "Lucent") hereby stipulate as follows:
3    WHEREAS, on October 12, 2007, Lucent filed a Motion to Dismiss Without
4  Prejudice or Stay Pending Resolution of Appeal in Related Case,
5    WHEREAS, on November 30, 2007, and on February 15, 2008, the Court heard
6  argument from the parties related to Lucent's Motion, and requested that the parties meet and
7  confer to discuss whether they could reach an agreement under which this action could be
8  stayed,
9    WHEREAS, pursuant to the Court's request, the parties have been negotiating the
10 terms under which SanDisk would consent to a stay of this action, and
11   WHEREAS, the parties have reached an agreement that will allow SanDisk to
12 consent to a stay of this action.
13   THEREFORE, the parties stipulate as follows:
14 **I.    DEFINITIONS:**
15   "Lucent" shall mean Lucent Technologies, Inc., Alcatel-Lucent S.A., their
16 subsidiaries and all predecessors and assigns.
17   "Lucent Patents" shall mean U.S. Patent No. 5,341,457, U.S. Patent No.
18 RE39,080 and all predecessor patents and all patents issuing from all corresponding reissue,
19 reexamination, divisional, continuation and continuation-in-part applications
20   "SanDisk Media Players" shall mean all past and current digital media players,
21 and all natural evolutions, derivatives or updates to such players, manufactured, sold or offered
22 for sale by SanDisk capable of storing or playing digital music files recorded in accordance
23 with the MP3 standard.
24   "Termination Date" shall mean the date on which all of the issues currently on
25 appeal, except those specifically related to damages, in the "Group 2: Audio Patents" portion of
26 the case captioned *Lucent Technologies, Inc., et al v. Gateway, et. al.*, Appeal Nos. 2007-1546,
27 -1580 are fully and finally resolved, including exhaustion of all appeals, re-trials, or other
28 proceedings of any kind.

2                                                                                      C 07-03618 JF
STIPULATION AND REQUEST FOR ORDER STAYING ACTION

1      "SanDisk Parties" shall mean SanDisk, SanDisk's direct or indirect suppliers, SanDisk's distributors, resellers and direct and indirect customers and any other person who sells, offers for sale or uses any SanDisk Media Player.

**II.    AGREEMENT:**

1. Waiver of damages. Lucent waives its right to seek past damages, including claims for enhanced damages or attorneys fees, from the SanDisk Parties for direct or indirect infringement of the Lucent Patents by the SanDisk Media Players. Lucent's waiver shall include all past damages and any damages that accrue through nine months after the Termination Date.

2. Covenant Not to Sue. Lucent covenants not to sue the SanDisk Parties for any claim for direct or indirect infringement of the Lucent Patents by the SanDisk Media Players from the date of this Agreement until nine months after the Termination Date.

3. Waiver of right to seek injunctive relief. Lucent forever waives its right to seek injunctive relief against the SanDisk Parties based on direct or indirect infringement of the Lucent Patents by the SanDisk Media Players.

4. Stay of Lawsuit. In consideration for Lucent's agreements set forth above, SanDisk consents to a stay of the case captioned *SanDisk Corporation v. Lucent Technologies, Inc.*, Case No. C07 03618 JF, currently pending in the United States District Court for the Northern District of California until nine months after the Termination Date.

SO STIPULATED

STIPULATION AND REQUEST FOR ORDER STAYING ACTION
A/72442186.1/3002631-0000326417

1  DATED: March ___, 2008
2
3                                              Bingham McCutchen LLP
4
5
                                               By:_____
6                                                    Gregory L. Lippetz
                                                  Attorneys for Plaintiff/Counter-Defendant
7                                                       SanDisk Corporation
8
   DATED: March __, 2008
9
10                                             Kirkland & Ellis LLP
11
12
                                               By:_____
13                                                      Jenny N. Lee
                                                  Attorneys for Defendants/Counter-Plaintiffs
14                                                  Lucent Technologies Inc. and
                                                       Alcatel-Lucent, S.A.
15
16
17
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
18
19  DATED: _____             By:_____
                                           THE HONORABLE JEREMY FOGEL
20                                         UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28
                                       4                        C 07-03618 JF
              STIPULATION AND REQUEST FOR ORDER STAYING ACTION