1  Jenny N. Lee (Bar No. 247684)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, California 94104-1501
3  Telephone:   (415) 439-1400
   Facsimile:   (415) 439-1500
4  Email:       jlee@kirkland.com

5  JAMES McMANIS (40958)
   NEDA MANSOORIAN (207832)
6  McMANIS FAULKNER
   50 West San Fernando Street, 10th Floor
7  San Jose, California 95113
   Telephone:   (408)279-8700
8  Facsimile:   (408) 279-3244
   Email:       jmcmanis@mcmanisfaulkner.com
9
   Attorneys for Defendants/Counterclaimants,
10 LUCENT TECHNOLOGIES INC. and
   ALCATEL-LUCENT, S.A.
11

12                 UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
14                         SAN JOSE DIVISION

15
   SANDISK CORPORATION,              |  Case No. C-07-03618 JF
16
          Plaintiff,                 |  **NOTICE OF CHANGE OF FIRM NAME**
17
   vs.
18
   LUCENT TECHNOLOGIES INC. and
19 ALCATEL-LUCENT, S.A.,
20
          Defendants.
21
22 AND RELATED COUNTERCLAIM
23
24 ///
25
26
27
28

                                    1
   Notice of Change of Firm Name

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, counsel for Defendants/Counterclaimants, formerly known as McManis Faulkner & Morgan, has changed its name to McManis Faulkner. McManis Faulkner's email addresses have also changed as noted above.

McManis Faulkner's address, telephone and fax numbers shall remain the same.

Please update your records accordingly.

DATED: 5/7/08

McMANIS FAULKNER

JAMES McMANIS
Attorneys for Defendants/Counterclaimants,
LUCENT TECHNOLOGIES INC. and
ALCATEL-LUCENT, S.A.

Notice of Change of Firm Name

2