Gregory L. Lippetz (State Bar No. 154228)
gllippetz@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   650-739-3939
Facsimile:    650-739-3900

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>LUCENT TECHNOLOGIES, INC., et al.,<br><br>            Defendant. | Case No. C 07-3618 JF (RS)<br><br>NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR ORDER RE: SAME |

Please take notice that, as of June 16, 2008, Gregory L. Lippetz is no longer counsel for Plaintiff SanDisk Corporation in this matter. Plaintiff SanDisk has been aware of counsel's withdrawal since June 16, 2008. Since June 16, 2008, Richard Taffet has and will continue to act as lead counsel for Plaintiff SanDisk in this matter.

///
///
///
///
///
///
///

Case No. C 07-3618 JF (RS)
NOTICE OF WITHDRAWAL OF COUNSEL AND
REQUEST FOR ORDER RE: SAME
SVI-61903v1

| | |
|---|---|
| 1   DATED: 9/24/08 | Respectfully submitted, |
| 2 | Jones Day |
| 3 | |
| 4 | By: /s/ Gregory L. Lippetz |
| 5 |       Gregory L. Lippetz |
| | Counsel for Plaintiff |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 07-3618 JF (RS)
NOTICE OF WITHDRAWAL OF COUNSEL AND
REQUEST FOR ORDER RE: SAME
SVI-61903v1

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Court hereby approves the withdrawal of Gregory L. Lippetz as counsel for Plaintiff SanDisk Corporation, effective June 16, 2008.

DATED: ~~9/24/08~~ 10/2/08

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-3618 JF (RS)
NOTICE OF WITHDRAWAL OF COUNSEL AND
REQUEST FOR ORDER RE: SAME
SVI-61903v1

3

## PROOF OF SERVICE BY MAIL & E-MAIL

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California 94303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 24, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

(1) NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR ORDER RE: SAME

in a sealed envelope, postage fully paid, addressed as follows:

    **Robert Alan Appleby, 153 E 53rd St # 39, New York, NY 10022**

    **Richard S. Taffet, 399 Park Avenue, New York, NY, 10022-4689**

by e-mailing a copy thereof to the following individual(s) at the following e-mail addresses:

    **Robert Alan Appleby   (rappleby@kirkland.com, jemden@kirkland.com)**
    **Richard S. Taffet   (richard.taffet@bingham.com)**

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 24, 2008, at Palo Alto, California.

                                                 Ashkan Beiklou

Case No. C 07-3618 JF (RS)
NOTICE OF WITHDRAWAL OF COUNSEL AND
REQUEST FOR ORDER RE: SAME
SVI-61903v1

4