1  Bingham McCutchen LLP
   RICHARD S. TAFFET (*admitted pro hac vice*)
2  THOMAS E. KUHNLE (SBN 178055)
   1900 University Avenue
3  East Palo Alto, CA 94303
   Telephone:  (650) 849-4400
4  Facsimile:  (650) 849-4800
   thomas.kuhnle@bingham.com
5
   Attorneys for Plaintiff/Counter-Defendant
6  SanDisk Corporation

7  Kirkland & Ellis LLP
   JENNY N. LEE (SBN 247684)
8  555 California Street
   San Francisco, CA 94104
9  Telephone:  (415) 439-1400
   Facsimile:  (415) 439-1500
10 jlee@kirkland.com

11 Attorneys for Defendants/Counter-Plaintiffs
   Alcatel-Lucent USA Inc. and
12 Alcatel-Lucent, S.A.

13                 UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17 | SANDISK CORPORATION, | No. C 07-03618 JF |
|---|---|
18 | | **STIPULATION AND ORDER** |
19 | Plaintiff, | **DISMISSING COMPLAINT AND** |
   | | **COUNTERCLAIM** |
20 | vs. | |
21 | LUCENT TECHNOLOGIES INC. and ALCATEL-LUCENT, S.A., | |
22 | Defendants. | |
23 | | |
24 | AND RELATED COUNTERCLAIM | |

25

26

27

28

1      WHEREAS, on July 16, 2007, Plaintiff SanDisk Corporation ("SanDisk") served

2   a Complaint for Declaratory Judgment of Patent Non-Infringement and Invalidity in connection

3   with U.S. Patent No. 5,341,457 (the "'457 patent") and U.S. Patent No. RE39,080 (the "'080

4   patent");

5      WHEREAS, on October 12, 2007, Defendants Alcatel-Lucent USA Inc. (formerly

6   known as Lucent Technologies Inc.) and Alcatel-Lucent, S.A. (collectively, "Alcatel-Lucent")

7   filed a Motion to Dismiss Without Prejudice or Stay Pending Resolution of Appeal in Related

8   Case;

9      WHEREAS, on October 12, 2007, Alcatel-Lucent filed an Answer and

10  Counterclaim, in which it asserted that SanDisk makes, uses, sells, and offers to sell products

11  that infringe the '080 patent;

12     WHEREAS, on September 24, 2008, the Court granted Alcatel-Lucent's Motion

13  for Stay *nunc pro tunc* to March 14, 2008 pending a decision from the Federal Circuit in the

14  appeal of *Lucent Technologies, Inc. v. Gateway, Inc.* Appeal Nos. 2007-1546, -1580 (the

15  "*Microsoft* case");

16     WHEREAS, on September 25, 2008, the Federal Circuit issued its decision in the

17  appeal of the *Microsoft* case;

18     WHEREAS, in its decision the Federal Circuit affirmed the district court's

19  judgment that the '080 patent was jointly owned by Fraunhofer Gesellschaft and that "Lucent

20  lacked standing to sue in the absence of Fraunhofer";

21     WHEREAS, in its decision the Federal Circuit affirmed the district court's

22  judgment as a matter of law that use of Microsoft's Windows Media Player did not infringe the

23  '457 patent, stating among other things that the record did not contain "sufficient evidence to

24  establish that the High Quality encoder actually runs on Windows Media Player and [that] it

25  would be too speculative to conclude that Windows Media Player necessarily infringes the

26  '457 patent"; and

27     WHEREAS, the parties agree that in this case SanDisk's claims for declaratory

28  judgment related to the '457 and '080 patents and Alcatel-Lucent's counterclaim for

2                                                    C 07-03618 JF

STIPULATION AND ORDER DISMISSING COMPLAINT AND COUNTERCLAIM

1    infringement of the '080 patent should be dismissed as set forth below.

2              THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

3    the undersigned parties that:

4         1.    "Alcatel-Lucent" shall mean Alcatel-Lucent USA Inc., Alcatel-Lucent

5    S.A., their subsidiaries and all predecessors, affiliates, and assigns.

6         2.    "SanDisk" shall mean SanDisk Corporation, its subsidiaries and all

7    predecessors, affiliates, and assigns.

8         3.    "SanDisk Media Players" means the MP3 players within the SanDisk

9    DAP, e100, m200, c100, e200, c200, Express, Shaker, Connect, Clip, View, Fuze and slotMusic

10   series of MP3 players that were marketed by Sandisk on or before November 19, 2008.

11        4.    SanDisk represents that the SanDisk Media Players do not encode audio

12   using a process that employs, as claimed in the '457 patent, a chaos measure or metric, a tonality

13   measure or metric, or a randomness measure or metric.

14        5.    In consideration of SanDisk's representation in Paragraph 4, Alcatel-

15   Lucent unconditionally covenants:  (a) not to sue or otherwise seek to hold SanDisk liable for

16   direct or indirect infringement of the '457 patent based on its manufacture, having manufactured,

17   importation, distribution, use, sale and/or offering for sale of the SanDisk Media Players, and

18   (b) not to sue or otherwise seek to hold SanDisk's direct or indirect customers or distributors

19   liable for infringement of the '457 patent based upon their importation, distribution, use, sale

20   and/or offering for sale of SanDisk Media Players as offered by SanDisk.  SanDisk and Alcatel-

21   Lucent expressly recognize that this covenant does not extend to a third party for that third

22   party's use or supply of encoding software with the SanDisk Media Players.

23        6.    SanDisk's declaratory judgment claims concerning the '457 and '080

24   patents are hereby dismissed without prejudice.

25        7.    Alcatel-Lucent's counterclaim of infringement of the '080 patent is hereby

26   dismissed.  Such dismissal shall be with prejudice to the extent the Court has jurisdiction to

27   dismiss with prejudice.

28

STIPULATION AND ORDER DISMISSING COMPLAINT AND COUNTERCLAIM

1          8.    Each party shall bear its own costs and attorneys' fees incurred in this

2    Action.

3    SO STIPULATED.

4

    DATED:  November 19, 2008

5

6                                    BINGHAM MCCUTCHEN LLP

7

8
                                By:_____/s/Thomas E. Kuhnle_____
9                                            Thomas E. Kuhnle
                              Attorneys for Plaintiff/Counter-Defendant

10                                         SanDisk Corporation

11
    DATED: November 19, 2008
12

13                                     KIRKLAND & ELLIS LLP

14

15
                                By:_____/s/Jenny N. Lee_____
16                                           Jenny N. Lee
                              Attorneys for Defendants/Counter-Plaintiffs

17                                         Alcatel-Lucent USA Inc. and

18                                         Alcatel-Lucent, S.A.

19

20
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
21

22       DATED: ___11/20/08_____          By:_____
                                      THE HONORABLE JEREMY FOGEL

23                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION AND ORDER DISMISSING COMPLAINT AND COUNTERCLAIM